# EXHIBIT A

# Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer



By Brittany Ghiroli (/author/brittany-ghiroli/) and Katie Strang (/author/katie-strang/)   Jun 30, 2021

**Content warning:** *This story includes allegations of sexual assault that may be difficult to read and emotionally upsetting.*

*[**Editor's note:** This story has been updated with more information about a July 23 hearing and additional communications between Bauer and the woman.]*

A domestic violence restraining order filed against Dodgers pitcher Trevor Bauer and executed on June 28 includes multiple graphic images from the woman who filed the request. The woman, in the 67-page ex-parte document, said that Bauer assaulted her on two different

occasions. Together, the woman said those two incidents included Bauer punching her in the face, vagina, and buttocks, sticking his fingers down her throat, and strangling her to the point where she lost consciousness multiple times.

The alleged assaults described by the woman, which are extremely graphic in nature, happened during what she said began as consensual sexual encounters between the two. According to the woman's declaration attached to the request and obtained by *The Athletic*, she suffered injuries as a result of the second encounter, including two black eyes, a bloodied swollen lip, significant bruising and scratching to one side of her face. In the woman's declaration, signed under penalty of perjury of California state laws, she said that her medical notes state that she had "significant head and facial trauma" and that there were signs of basilar skull fracture.

She also said that, in one of those incidents, while unconscious, Bauer penetrated her anally, which she did not consent to in advance.

"I agreed to have consensual sex; however, I did not agree or consent to what he did next," she says. "I did not agree to be sexually assaulted."

An ex parte is a temporary restraining order that does not grant the other party an ability to respond. The accused is notified of the allegations and given a formal hearing — in Bauer's case, scheduled for July 23 — and opportunity to respond to refute any of the allegations. Bauer's camp confirmed they plan to take part in the hearing. No formal charges have been filed.

Reached by *The Athletic* on Wednesday, and presented with a request for comment regarding the ex-parte document, Bauer's camp declined further comment, and deferred to the statement made on Tuesday night by Bauer's agent, Jon Fetterolf.

That statement reads: "Mr. Bauer had a brief and wholly consensual sexual relationship initiated by [the woman] beginning in April 2021. We have messages that show [her] repeatedly asking for 'rough' sexual encounters involving requests to be 'choked out' and slapped in the face.

"In both of their encounters, [the woman] drove from San Diego to Mr. Bauer's residence in Pasadena, Calif. where she went on to dictate what she wanted from him sexually and he did what was asked. Following each of her only two meetings with Mr. Bauer, [the woman] spent

the night and left without incident, continuing to message Mr. Bauer with friendly and flirtatious banter. In the days following their second and final encounter, [the woman] shared photos of herself and indicated that she had sought medical care for a concussion. Mr. Bauer responded with concern and confusion, and [the woman] was neither angry nor accusatory.

"Mr. Bauer and [the woman] have not corresponded in over a month and have not seen each other in over six weeks. Her basis for filing a protection order is nonexistent, fraudulent, and deliberately omits key facts, information, and her own relevant communications. Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law."

Bryan Freedman, the woman's attorney, said Wednesday in a statement to *The Athletic*: "Without going into detail for the benefit of both my client and Mr. Bauer, the pictures evidencing the unconsented abuse do not lie. Any suggestion that she was not the victim of assault is not only false and defamatory but, in fact, perpetuates the abuse. Our client truly wants Mr. Bauer to engage in a medically appropriate therapeutic process where he can receive the treatment he needs to never act this way again. If he is willing to meaningfully participate in a process directed by appropriate professionals, it will go a long way toward allowing her to feel safe and resolving this matter. But, regardless, she cannot allow this to happen unknowingly to anyone else."

The pair first met on Instagram and, after messaging back and forth, on April 21 the woman said she drove from San Diego to Los Angeles to meet Bauer. After conversing, they had sex which she described in the report as initially consensual, which involved Bauer asking the woman if she had ever been choked. She responded yes, "meaning that his putting his hands around my neck and applying light pressure." She alleges Bauer then began putting his fingers down her throat in an aggressive manner to which she asked him to stop. "He stopped, but then without asking me or telling me in advance, he wrapped my hair around my neck and choked me," the report states. "I lost consciousness."

The woman says she did not know how long she was unconscious.

"I woke up face down on the bed, disoriented. I began realizing that he was having sex with me in my anus, which I never communicated that I wanted, nor did I consent," the woman said in her official declaration attached to the requested order.

She said that when she used the bathroom after the encounter she was bleeding from her anus and barely able to walk, but said in her declaration "in my state at that time, I did not think Trevor was a threat to do anything against my will for the remainder of the night." She said the following morning Bauer asked her, "You feeling a little sore this morning?" in a joking manner. She said she was taken aback that he was trying to make light of the situation and told him she didn't enjoy when he commenced having anal sex with her. She said he seemed to understand and that she left an hour later.

The two stayed in touch. After this report was published Wednesday, Bauer's representatives sent *The Athletic* screenshots of friendly messages the two exchanged between their first and second meetings discussing topics that included erotic asphyxiation and "slaps to the face."

"We continued to communicate for the next three weeks over Instagram and text message," the woman stated in the report. "We discussed subjects like baseball and my new job. We also communicated in a sexual nature."

The report says on the night of May 15, 2021, Bauer invited the woman to his house again and this time asked her to agree on a safe word. About five minutes into sex, she said that he began choking her again, at which point she lost consciousness and "was unable to speak or move my body." She says when she regained consciousness, Bauer was punching her head: "This was the first punch I felt but it is very possible that Trevor had already been punching and scratching the right side of my face while I was unconscious. Trevor then punched me hard with a closed fist to the left side of my jaw, the left side of my head, and both cheekbones. I remember this vividly and it was extremely startling and painful. I was absolutely frozen and terrified. I could not speak or move. After punching me several times, he then flipped me back onto my stomach and began choking me with hair. I lost consciousness again."

The woman said she had a terrible pain behind both of her ears and detailed tasting blood, as if her lip was split open. The woman said that when she regained consciousness, she was crying and shaking violently and that Bauer said to her repeatedly: "You're safe. I'm here. You're safe." He began scratching her back and whispered to her, "I would never do those things to you if it wasn't sexually."

The woman said she told him she thought her body was having a trauma response. Bauer, the woman said, asked if she had ever been hit before. She told him she had not. She said he then told her he was going to take a shower.

The woman, who is 27 years old, provided multiple pictures as part of the request to the court. In those photos, the woman's face is visibly bruised and swollen, including under both of her eyes. She also has a swollen jaw, bloodied lip and scratches to the side of her face.

As part of the request to the court, the woman also provided text messages and screenshots of voicemails she said Bauer sent to her inquiring about her well being and checking in with her to see what he could do; in one message, Bauer offers to deliver groceries to her. The woman also said that she underwent two medical examinations in connection with her injuries from the second encounter, including going to the emergency room at the Alvarado Hospital Medical Center in San Diego on May 16, where she said she underwent rapid CT scans for her brain, face and neck.

After telling the emergency room psychiatrist and doctor what had happened, she said she met with multiple detectives with the San Diego Police Department. According to the woman, she downplayed what had happened as "rough sex" and didn't divulge Bauer's name at the time because she feared the potential repercussions if the information became public.

"I was afraid what Trevor would do if he found out," the woman said in her account. "I remain afraid that Trevor will find me and hurt me for going to the hospital."

The woman said in her declaration she was diagnosed with an acute head injury and assault by manual strangulation, and that she is willing to share her medical notes with the court.

According to her account, the woman was then taken to another hospital, Palomar Health in Escondido, where she underwent a SART (sexual assault response team) exam by a nurse who specializes in sexual assault examinations. The woman said medical professionals photographed her entire body and that she has requested those photos.

Provided in the court request is also her account of a recorded conversation she had with Bauer at the Pasadena Police Department's direction.

Bauer had been, according to the woman, messaging her "nonstop" since the second incident occurred, asking her if she was all right. The Pasadena police had her send a text to Bauer stating that she'd like to talk over the phone and that, in the course of that recorded phone call, she asked Bauer: "What did you do to me when I was unconscious?"

Bauer admitted to punching her in the buttocks repeatedly, but when she said that she did not consent to that and did not consider it a "free-for-all," Bauer then tried to change the conversation.

"At the end of the phone call, at the police's instructions, I said, 'Thank you for acknowledging what you did to me,'" the woman's account said. "Trevor acknowledged it and asked how we could move forward and asked if he could still reach out." The woman said she told him he could because she did not know if the police needed more messages from him to collect as evidence as part of their investigation.

Lt. Bill Grisafe confirmed Wednesday the Pasadena Police Department is actively investigating this. "We were notified on or about May 16 and that's when we began looking into the accusations," he said. "It's an active investigation."

Grisafe told *The Athletic* that the case has not been presented to the district attorney's office, which would be the next step after the investigation concludes for potential charging.

"We anticipate there will be criminal action against Mr. Bauer and it is our hope law enforcement will take our client's allegations and case seriously," the woman's lawyer, Marc Garelick, said in a statement.

The woman said she waited to request the domestic violence restraining order to see how the criminal investigation would proceed and expressed concern over the timeline.

"I am deeply concerned that no arrest has been made or charges filed," she said in the document.

"One of the last text messages I sent him was, 'I appreciate all of your offers to help, but the best way you can help me is to never do that to anyone else ever again.' To this, Trevor responded, 'I would never do anything to hurt anyone. That includes you.'"

The 30-year-old Bauer signed a record-breaking, three-year, $102 million deal this winter on the heels of winning the National League Cy Young Award. He last pitched on Monday.

The Dodgers said in a statement they were made aware of the allegations against Bauer on Tuesday afternoon and "take any allegations of this nature very seriously." The statement also says the Dodgers immediately contacted Major League Baseball, which will be investigating the matter, and that the team had no further comment.

*(Photo: Brian Rothmuller / Icon Sportswire via Getty Images)*

**Brittany Ghiroli (/author/brittany-ghiroli/)** is a national MLB senior writer for The Athletic. She spent two years on the Washington Nationals beat and, prior to that, a decade with MLB.com including nine years on the Orioles beat and brief stints in Tampa Bay ('08) and New York ('09). She was Baltimore Magazine's "Best Reporter" in 2014 and D.C. Sportswriter of the Year in '19. She's a proud Michigan State graduate. Follow Brittany on Twitter **@Britt_Ghiroli (https://twitter.com/Britt_Ghiroli)**.

*Editor's Note: Comments on this story are disabled. Please visit the Code of Conduct (/code-of-conduct/) page for additional information. If you wish to contact the editor, send a note to editor@theathletic.com (mailto:editor@theathletic.com).*

The Athletic Community Team

**READ MORE**

(/2685185/2021/07/02/kyle-schwarber-is-officially-ridiculous-the-angels-continue-to-confound-joes-week-in-baseball/?article_source=related)

# Kyle Schwarber is officially ridiculous; The Angels continue to confound: Joe's Week in Baseball

(/2685185/2021/07/02/kyle-schwarber-is-officially-ridiculous-the-angels-continue-to-confound-joes-week-in-baseball/?article_source=related)

Rosenthal: All-Star Game selections for the Ohtani Sho in Denver

(/2686274/2021/07/02/rosenthal-all-star-game-selections-for-the-ohtani-sho-in-denver/?article_source=related)