# EXHIBIT B

Molly Knight on Twitter: Not possible to consent to a fractured skull



Molly Knight on Twitter: Not possible to consent to a fractured skull.

