# EXHIBIT C

3/15/22, 5:04 PM  Molly Knight on Twitter: "There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not pos…

Case 2:22-cv-02062 Document 1-3 Filed 03/29/22 Page 2 of 3 Page ID #:40



3/15/22, 5:04 PM — Molly Knight on Twitter: "There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not pos…

Case 2:22-cv-02062 Document 1-3 Filed 03/29/22 Page 3 of 3 Page ID #:41

