# EXHIBIT D

3/15/22, 4:49 PM
Molly Knight on Twitter: "Saying you'd like to engage in rough sex that involves slapping or choking does not equal consent to a cr…
Case 2:22-cv-02062 Document 1-4 Filed 03/29/22 Page 2 of 3 PageID #:43



3/15/22, 4:49 PM
Molly Knight on Twitter: "Saying you'd like to engage in rough sex that involves slapping or choking does not equal consent to a cr…

Case 2:22-cv-02062 Document 1-4 Filed 03/29/22 Page 3 of 3 Page ID #:44

