ATTACHMENT TO CIVIL COVER SHEET

Attorneys for Plaintiff

Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard., 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

Blair G. Brown (*pro hac vice* forthcoming)
Jon R. Fetterolf (*pro hac vice* forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800