| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>SHAWN HOLLEY (CAL. BAR NO. 136811)<br>KINSELLA WEITZMAN ISER KUMP HOLLEY LLP<br>808 WILSHIRE BOULEVARD., 3RD FLOOR<br>SANTA MONICA, CA 90401<br>TEL: (310) 566-9800<br><br>BLAIR G. BROWN<br>JON R. FETTEROLF<br>ATTORNEY(S) FOR: TREVOR BAUER | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TREVOR BAUER, | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br>Defendant(s) | 2:22-cv-02062<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Trevor Bauer or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TREVOR BAUER | PLAINTIFF |
| THE ATHLETIC MEDIA COMPANY | DEFENDANT |
| MOLLY KNIGHT | DEFENDANT |

3-29-22
Date

Signature *(signed)*

Attorney of record for (or name of party appearing in pro per):

Trevor Bauer