Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

Blair G. Brown (*pro hac vice* forthcoming)
Jon R. Fetterolf (*pro hac vice* forthcoming)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff, <br><br> v. <br><br> THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT, <br><br> Defendants. | Case No. 2:22-cv-02062 02062 MWF (AGRx) <br><br> **CERTIFICATE OF SERVICE** |

I, Mark Feaster, an associate of Zuckerman Spaeder LLP, hereby certify that on the 31st day of March 2022, I caused to be served a true and correct copy of the following documents by email and, on the 1st day of April 2022, by first class mail upon defendant Molly Knight:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.**

_____
Mark Feaster