Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>                                    Plaintiff(s)<br><br>                    v.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>        2:22-cv-02062 MWF (AGRx) |

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Brown, Blair G.                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800                    202.822.8106

*Telephone Number*            *Fax Number*

bbrown@zuckerman.com

*E-Mail Address*

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Holley, Shawn                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

136811            310.566.9800            310.566.9850

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

sholley@kwikhlaw.com

*E-Mail Address*

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                    _____
                                                **U.S. District Judge/U.S. Magistrate Judge**