# VIRGINIA STATE BAR

# CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BLAIR GERARD BROWN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BROWN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 19, 1989,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 11, 2022

*Karen Gould*
KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER