Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff(s) <br><br> v. <br><br> THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT, <br><br> Defendant(s). | **CASE NUMBER** <br> 2:22-cv-02062 MWF (AGRx) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, Blair G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800    202.822.8106
*Telephone Number*    *Fax Number*

bbrown@zuckerman.com
*E-Mail Address*

of

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Trevor Bauer
*Name(s) of Party(ies) Represented*

[x] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

and designating as Local Counsel

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811    310.566.9800    310.566.9850
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

of

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge