# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

                      Plaintiff(s),

    v.

THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,

                      Defendant(s).

CASE NUMBER

2:22-cv-02062 MWF (AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, Blair G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800     202.822.8106
*Telephone Number*     *Fax Number*

bbrown@zuckerman.com
*E-Mail Address*

of

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Trevor Bauer
*Name(s) of Party(ies) Represent*

✓ Plaintiff(s) ☐ Defendant(s) ☐ Other:

and designating as Local Counsel

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811     310.566.9800     310.566.9850
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of

Kinsella Weitzman Iser Kump LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: April 18, 2022

*/s/ Michael W. Fitzgerald*
**MICHAEL W. FITZGERALD, U.S. District Judge**