Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

Plaintiff(s)

v.

THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,

Defendant(s).

CASE NUMBER

2:22-cv-02062 MWF (AGRx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fetterolf, Jon R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.778.1800
*Telephone Number*

202.822.8106
*Fax Number*

jfetterolf@zuckerman.com
*E-Mail Address*

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Trevor Bauer

*Name(s) of Party(ies) Represented*     [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] Other: ____

**and designating as Local Counsel**

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

136811
*Designee's Cal. Bar No.*

310.566.9800
*Telephone Number*

310.566.9850
*Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
[ ] for failure to complete Application: ____
[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
[ ] because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated ____

____
U.S. District Judge/U.S. Magistrate Judge