# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff(s),<br>v.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-02062 MWF (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Fetterolf, Jon R.       of    Zuckerman Spaeder LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       1800 M Street, N.W., Suite 1000
202.778.1800       202.822.8106       Washington, D.C. 20036
*Telephone Number*       *Fax Number*
jfetterolf@zuckerman.com
*E-Mail Address*       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer
*Name(s) of Party(ies) Represent*       ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Holley, Shawn       of    Kinsella Weitzman Iser Kump LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       808 Wilshire Boulevard, 3rd Floor
136811       310-566-9800       310-566-9850       Santa Monica, CA 90401
*Designee's Cal. Bar No.*       *Telephone Number*       *Fax Number*
sholley@kwkhlaw.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: May 6, 2022

*/s/ Michael W. Fitzgerald*
**MICHAEL W. FITZGERALD, U.S. District Judge**