Name and address:
Shawn Holley (Cal. Bar No. 136811)
KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel: (310) 566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff(s) <br><br> v. <br><br> THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT, <br><br> Defendant(s). | CASE NUMBER <br> 2:22-cv-02062 MWF (AGRx) <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Peyser, Nell Z.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, New York 10022
*Firm/Agency Name & Address*

212.704.9600          212.704.4256
*Telephone Number*    *Fax Number*

npeyser@zuckerman.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer

*Name(s) of Party(ies) Represented*      [x] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

**and designating as Local Counsel**

Holley, Shawn
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
*Firm/Agency Name & Address*

136811              310.566.9800       310.566.9850
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

sholley@kwikhlaw.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application:
                 [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                 [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
                 [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge