1  Diana Palacios (State Bar No. 290923)
      dianapalacios@dwt.com
2  Eric H. Lamm (State Bar No. 324153)
      ericlamm@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa St., 24th Floor
4  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
5  Facsimile:   (213) 633-6899

6  Attorneys for Defendants
   THE ATHLETIC MEDIA
7  COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>               Plaintiff,<br><br>  vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>               Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER ON SPECIAL MOTION BY DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Action Filed:  March 29, 2022 |

The Special Motion to Strike Plaintiff's Complaint, filed by Defendants The Athletic Media Company and Molly Knight, came on for hearing on August 29, 2022 in Courtroom 5A of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Defendants' Motion, the arguments of counsel at the hearing, and all other pleadings and papers on record in this matter, the Court finds that Plaintiff Trevor Bauer's claims are subject to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16, and that Plaintiff has failed to demonstrate a probability of prevailing on the merits of his claims. Defendants' Special Motion to Strike is therefore **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Defendants are prevailing parties and entitled to recover their reasonable attorneys' fees and costs pursuant to Cal. Civ. Proc. Code § 425.16(c). Defendants are directed to file a motion for attorneys' fees and costs within 30 days.

**IT IS SO ORDERED.**

Dated: _____     By:_____
                                                Hon. Michael W. Fitzgerald
                                                United States District Judge