1  Diana Palacios (State Bar No. 290923)
     dianapalacios@dwt.com
2  Eric H. Lamm (State Bar No. 324153)
     ericlamm@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa St., 24th Floor
4  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
5  Facsimile:   (213) 633-6899

6  Attorneys for Defendants
   THE ATHLETIC MEDIA
7  COMPANY and MOLLY KNIGHT

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                       **WESTERN DIVISION**

12

13  TREVOR BAUER,                        Case No. 2:22-cv-02062-MWF-AGR
                                         Assigned for all purposes to the Hon.
                   Plaintiff,            Michael W. Fitzgerald
14
         vs.                             **DEFENDANTS THE ATHLETIC
15                                       MEDIA COMPANY AND MOLLY
                                         KNIGHT'S NOTICE OF
16  THE ATHLETIC MEDIA COMPANY           INTERESTED PARTIES**
   and MOLLY KNIGHT,
17
                   Defendants.
18                                       Action Filed:  March 29, 2022

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the
2  undersigned counsel of record for defendants The Athletic Media Company ("The
3  Athletic") and Molly Knight certify that the following listed parties may have a
4  pecuniary interest in the outcome of this case.  These representations are made to
5  enable the Court to evaluate possible disqualification or recusal.
6
7  **Party**:

**Relationship to Case**:

8  Trevor Bauer

Plaintiff

9  The Athletic

Defendant. The Athletic is wholly

10  owned by The New York Times

11  Company.

12  Molly Knight

Defendant

13  CNA

Insurance

14  The New York Times Company

Parent company of The Athletic Media.

15  The New York Times Company is a

16  publicly traded company and has no

17  affiliates or subsidiaries that are publicly

18  owned.  No publicly held company

19  owns 10% or more of The New York

20  Times Company's stock.

21
22  DATED: May 31, 2022

DAVIS  WRIGHT  TREMAINE  LLP
Diana Palacios
Eric H. Lamm

23
24
25  By:  */s/* Diana Palacios
Diana Palacios

26  Attorneys for Defendants THE
ATHLETIC MEDIA COMPANY and
MOLLY KNIGHT

27
28

2