Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>   Plaintiff,<br><br> vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>   Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER ON DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Action Filed: March 29, 2022 |

The Motion to Dismiss Plaintiff's Complaint, filed by Defendants The Athletic Media Company and Molly Knight, came on for hearing on August 29, 2022 in Courtroom 5A of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Defendants' Motion, the arguments of counsel at the hearing, and all other pleadings and papers on record in this matter, the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                   Hon. Michael W. Fitzgerald
                                   United States District Judge