## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

PLAINTIFF(S)

v.

THE ATHLETIC MEDIA COMPANY, et al.,

DEFENDANT(S).

CASE NUMBER

CV 22-2062 MWF (AGRx)

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 05/27/2022 | 17 | Application to Appear Pro Hac Vice (N. Peyser) |
|------------|-----|-----------------------------------------------|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken.  An Amended Application has been filed at Docket No. 19.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: May 31, 2022                    By: Rita Sanchez/sjm
                                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge