# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BAUER,<br><br>          Plaintiff(s),<br>v.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>          Defendant(s). | CASE NUMBER<br><br>CV 22-2062 MWF (AGRx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peyser, Nell Z.   of   Zuckerman Spaeder LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    485 Madison Avenue, 10th Floor
212.704.6900   212.704.4256       New York, New York 10022
*Telephone Number*   *Fax Number*
npeyser@zuckerman.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Trevor Bauer
*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Holley, Shawn   of   Kinsella Weitzman Iser Kump LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   808 Wilshire Boulevard, 3rd Floor
136811   310.566-9800   310-566-9850    Santa Monica, CA 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
sholley@kwkhlaw.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: June 2, 2022

             */s/ Michael W. Fitzgerald*
             **MICHAEL W. FITZGERALD, United States District Judge**