1  Shawn Holley (Cal. Bar No. 136811)
   KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
2  808 Wilshire Boulevard, 3rd Floor
   Santa Monica, CA 90401
3  Tel: (310) 566-9800
   Fax: (310) 566-9873
4  sholley@kwikhlaw.com

5  Blair G. Brown (admitted *pro hac vice*)
   Jon R. Fetterolf (admitted *pro hac vice*)
6  ZUCKERMAN SPAEDER LLP
   1800 M Street, N.W., Suite 1000
7  Washington, D.C. 20036
   Tel: (202) 778-1800
8  Fax: (202) 882-8106
   bbrown@zuckerman.com
9  jfetterolf@zuckerman.com

10 Nell Z. Peyser (*pro hac vice* admission pending)
   ZUCKERMAN SPAEDER LLP
11 485 Madison Ave., 10th Floor
   New York, NY 10022
12 Tel: (212) 704-9600
   Fax: (212) 704-4256
13 npeyser@zuckerman.com

14 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>Plaintiff,<br><br>v.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>Defendants. | Case No. 2:22-cv-02062 MWF (AGRx)<br><br>**STIPULATED REQUEST TO SET BRIEFING SCHEDULE FOR DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:  August 29, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald<br>Dept.:  5A |

The Parties in the above-captioned action, by and through their respective counsel of record hereby jointly stipulate and request as follows:

WHEREAS, Plaintiff initiated this action by filing the Complaint (ECF No. 1) on March 29, 2022;

WHEREAS, Defendants waived service of the summons on April 5, 2022 (ECF Nos. 10–11);

WHEREAS, Defendants filed a Special Motion to Strike (ECF No. 20) and a Motion to Dismiss (ECF No. 22) on May 31, 2022;

WHEREAS, Defendants' Special Motion to Strike and Motion to Dismiss are set for hearing on August 29, 2022, at 10:00 a.m., which Defendants noticed in accordance with the Parties' agreed-upon briefing schedule;

WHEREAS, the current deadlines for the Parties' respective oppositions and replies fall during the summer months when counsel principally responsible for drafting the briefs have previously scheduled vacations, family obligations, and professional conflicts;

WHEREAS, the Parties met and conferred telephonically on May 24, 2022, and again via email on May 27-28, 2022, and agreed upon a briefing schedule for Defendants' Motions;

WHEREAS, the Parties request that the Court set Plaintiff's deadline to file opposition briefs to July 11, 2022, and Defendants' deadline to file reply briefs to August 15, 2022;

WHEREAS, this request will not alter the date of any other event or any other deadline;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** that Plaintiff's deadline to file opposition briefs to Defendants' Special Motion to Strike and Motion to Dismiss shall be July 11, 2022, and that Defendants' deadline to file reply briefs shall be August 15, 2022.

| | | |
|---|---|---|
| Dated: June 7, 2022 | | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP |
| | | */s/ Shawn Holley* |
| | | Shawn Holley |
| | | Attorney for Plaintiff Trevor Bauer |

Dated: June 7, 2022        DAVIS WRIGHT TREMAINE LLP
                           */s/ Diana Palacios*
                           Diana Palacios
                           Attorney for Defendants The Athletic Media Company and Molly Knight

## FILER'S ATTESTATION (Civ. L.R. 5-4.3.4)

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: June 7, 2022                */s/ Shawn Holley*
                                   Shawn Holley