UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>    Plaintiff,<br><br>v.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>    Defendants. | Case No. 2:22-cv-02062 MWF (AGRx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO SET BRIEFING SCHEDULE FOR DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Upon consideration of the Parties' Stipulated Request to Set the Briefing Schedule for Defendants' Special Motion to Strike and Motion to Dismiss Plaintiffs' Complaint and for good cause shown,

IT IS HEREBY ORDERED that the Parties' Stipulated Request to Set the Briefing Schedule for Defendants' Special Motion to Strike and Motion to Dismiss Plaintiffs' Complaint is hereby GRANTED. Plaintiff's deadline to file opposition briefs to Defendants' Special Motion to Strike and Motion to Dismiss shall be July 11, 2022, and Defendants' deadline to file reply briefs shall be August 15, 2022.

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge