Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>            Plaintiff,<br><br>  vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>            Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (A) DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT AND (B) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: August 29, 2022<br>Time: 10:00 a.m.<br>Dept.: 5A<br><br>Action Filed: March 29, 2022 |

1    Defendants The Athletic Media Company ("The Athletic") and Molly Knight
2 ("Knight") respectfully request that the Court incorporate into Plaintiff Trevor
3 Bauer's ("Bauer") Complaint and/or take judicial notice of Exhibit W to the
4 concurrently filed Supplemental Declaration of Diana Palacios in support of
5 Defendants' Anti-SLAPP Motion to Strike and Defendants' Motion to Dismiss.
6    Exhibit W is a copy of the Reporter's Transcript of the August 19, 2021
7 hearing in the Los Angeles Superior Court matter captioned *[L.H.] v. Bauer*, Case
8 No. 21STRO03198. This document was filed as Exhibit 3 (Dkt. 33-3) to defendant
9 Niranjan Fred Thiagarajah's Request for Judicial Notice in Support of Special
10 Motion to Strike in the currently pending action captioned *Bauer v. [L.H.], et al.*,
11 Case No. 8:22-cv-00868-JVS-ADS (C.D. Cal.). Supp. Palacios Decl. ¶ 2. As Exhibit
12 W is a court document and public record whose accuracy cannot reasonably be
13 questioned, the Court may take judicial notice of it. *In re Icenhower*, 755 F.3d 1130,
14 1142 (9th Cir. 2014); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746
15 n.6 (9th Cir. 2006) (taking judicial notice of transcript of court hearing).
16    Additionally, the transcript of the August 19, 2021 Superior Court proceeding
17 is extensively quoted and relied upon in Bauer's Complaint. *See, e.g.*, Compl. ¶¶ 73-
18 76. For this reason, the Court may also consider Exhibit W under the incorporation
19 by reference doctrine. *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) ("[T]he
20 'incorporation by reference' doctrine . . . permits us to take into account documents
21 'whose contents are alleged in a complaint and whose authenticity no party questions,
22 but which are not physically attached to the [plaintiff's] pleading.'").
23 //
24 //
25 //
26 //
27 //
28 //

Thus, judicial notice of Ex. W is appropriate here.

DATED: August 15, 2022

DAVIS WRIGHT TREMAINE LLP
Diana Palacios
Eric H. Lamm

By: */s/ Diana Palacios*
Diana Palacios

Attorneys for Defendants THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT