Name and address:
Diana Palacios (Cal. Bar No. 290923)
Eric H. Lamm (Cal. Bar No. 324153)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor,
Los Angeles, CA 90017-2566
Telephone: (213)633-6800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER

Plaintiff(s)

v.

THE ATHLETIC MEDIA COMPANY

Defendant(s).

CASE NUMBER

2:22-CV-02062-MWF-AGR

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Green, Dana R.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)556-5290          (212)556-4634

*Telephone Number*      *Fax Number*

dana.green@nytimes.com

*E-Mail Address*

The New York Times Company
620 Eighth Avenue, 13th Floor
New York, NY 20018

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
The Athletic Media Company

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Palacios, Diana                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

290923          (213)633-6800          (213)633-6800

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dianapalacios@dwt.com

*E-Mail Address*

Davis Wright Tremaine LLP
865 S. Figueroa St., 24th Floor,
Los Angeles, CA 90017-2566

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant
is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**