Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                    Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**NOTICE OF ERRATA REGARDING DECLARATION OF DIANA PALACIOS IN SUPPORT OF (A) DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT; AND (B) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    August 29, 2022<br>Time:    10:00 a.m.<br>Dept.:    5A<br><br>Action Filed:  March 29, 2022 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On May 31, 2022, Defendants filed the Declaration of Diana Palacios in Support of (A) Defendants' Special Motion to Strike Plaintiffs' Complaint; and (B) Defendants' Motion to Dismiss Plaintiffs' Complaint, with attached Exhibits A through V, Dkt. Nos. 20-1 and 22-1.[1]  Due to inadvertent error, a document unrelated to these proceedings and containing potentially sensitive personal information was mistakenly included between Exhibits E and F, pages 106 through 247.  On August 23, 2022, the Court sealed Docket Nos. 20-1 and 22-2 at the request of Defendants' counsel.

Attached hereto as **Exhibit 1** is a corrected Declaration of Diana Palacios with the irrelevant pages redacted.  No other changes to the declaration or any exhibits have been made.

DATED: August 23, 2022

DAVIS WRIGHT TREMAINE LLP
DIANA PALACIOS
ERIC H. LAMM

By:    */s/ Diana Palacios*
Diana Palacios

Attorneys for Defendants THE
ATHLETIC MEDIA COMPANY &
MOLLY KNIGHT

---

[1]    Defendants filed an identical declaration in connection with each motion.

NOTICE OF ERRATA RE PALACIOS DECL ISO MOTION TO STRIKE
& MOTION TO DISMISS
4871-9001-7071v.1 0113180-000004

# EXHIBIT 1

Diana Palacios (State Bar No. 290923)
 dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
 ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>          Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF DIANA PALACIOS IN SUPPORT OF (A) DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT AND (B) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    August 29, 2022<br>Time:    10:00 a.m.<br>Dept.:    5A<br><br>Action Filed:  March 29, 2022 |

I, Diana Palacios, declare:

1.      I am a duly licensed attorney in the State of California and a partner at Davis Wright Tremaine LLP, counsel for Defendants The Athletic Media Company and Molly Knight in this matter. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto under oath.

**The Article and the Tweets**

2.      Attached hereto as **Exhibit A** is a true and correct copy of an article published by The Athletic, titled "Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer," by Brittany Ghiroli and Katie Strang, which is publicly available at: https://theathletic.com/2682479/2021/06/30/graphic-details-photos-emerge-in-restraining-order-filed-against-dodgers-pitcher-trevor-bauer/ (last visited May 23, 2022). A copy of this article is also attached as Exhibit A to the Complaint.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an archived image of a Twitter post by Molly Knight (@molly_knight), dated July 2, 2021 at 12:11 PM. This image is publicly available through the Internet Archive's Wayback Machine at: https://web.archive.org/web/20210702191129/https://twitter.com/molly_knight/status/1411039821091409920 (last visited April 27, 2022). A copy of this post is also attached as Exhibit B to the Complaint.

4.      Attached hereto as **Exhibit C** is a true and correct copy of an archived image of a Twitter post by Molly Knight (@molly_knight), dated July 2, 2021 at 12:12 PM. This image is publicly available through the Internet Archive's Wayback Machine at the following address: https://web.archive.org/web/20210702191312/https://twitter.com/molly_knight/status/1411040215234355201(last visited April 27, 2022). A copy of this post is also attached as Exhibit C to the Complaint.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an archived image of a Twitter post by Molly Knight (@molly_knight), dated July 2, 2021 at

2

12:14 PM. This image is publicly available through the Internet Archive's Wayback Machine at the following address: https://web.archive.org/web/20210702191419/ https://twitter.com/molly_knight/status/1411040526455898114 (last visited April 27, 2022). A copy of this post is also attached as Exhibit D to the Complaint.

**L.H.'s Petition for a Restraining Order Against Trevor Bauer**

6.      Attached collectively hereto as **Exhibit E** are true and correct copies of the Request for Domestic Violence Restraining Order, Declaration of L.H., and exhibits 1-12 filed in support thereof, in the Los Angeles Superior Court matter captioned *[L.H.] v. Bauer*, Case No. 21STRO03198. Copies of these documents were retrieved at my direction from the Los Angeles Superior Court website on April 25, 2022.

**Other Articles About Bauer Published in The Athletic**

7.      Attached hereto as **Exhibit F** is a true and correct copy of an article published by The Athletic, titled "Trevor Bauer could help the Blue Jays. But is his total package worth the risk?" by Kaitlyn McGrath, dated November 17, 2020, and publicly available at: https://theathletic.com/2201359/2020/11/17/trevor-bauer-could-help-the-blue-jays-but-is-his-total-package-worth-the-risk/ (last visited April 25, 2022). This article is discussed in paragraphs 17 through 19 of the Complaint.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an article published by The Athletic, titled "Rosenthal: Mets increasing focus on free-agent pitcher Trevor Bauer" by Ken Rosenthal, dated January 22, 2021, and publicly available at: https://theathletic.com/2340432/2021/01/22/rosenthal-mets-increasing-focus-on-free-agent-pitcher-trevor-bauer/ (last visited May 23, 2022). This article is discussed in paragraph 21 of the Complaint.

9.      Attached hereto as **Exhibit H** is a true and correct copy of an article published by The Athletic, titled "Dodgers accept Trevor Bauer's history and bet he will pitch great" by Pedro Moura and dated February 5, 2021, and publicly available

3

at: https://theathletic.com/2370891/2021/02/05/dodgers-trevor-bauer-contract/ (last visited May 23, 2022). This article is discussed in paragraph 23 of the Complaint.

10.     Attached hereto as **Exhibit I** is a true and correct copy of an article published by The Athletic, titled "Knight: Trevor Bauer isn't worth the headache, so why would the Dodgers want him?" by Molly Knight, dated February 5, 2021, and publicly available at: https://theathletic.com/2370865/2021/02/06/dodgers-trevor-bauer-clubhouse-problem/ (last visited April 26, 2022). This article is discussed in paragraphs 26 through 29 of the Complaint.

11.     Attached hereto as **Exhibit J** is a true and correct copy of an article published by The Athletic, titled "Knight: What Trevor Bauer should've said at his Dodgers press conference," by Molly Knight, dated February 11, 2021, and publicly available at: https://theathletic.com/2383113/2021/02/11/trevor-bauer-dodgers-press-conference/ (last visited May 23, 2022). This article is discussed in paragraph 31 of the Complaint.

12.     Attached hereto as **Exhibit K** is a true and correct copy of an article published by The Athletic, titled "Introduced as a Dodger, Trevor Bauer declines to address his online behavior" by Pedro Moura, dated February 11, 2021, and publicly available at: https://theathletic.com/2383080/2021/02/12/dodgers-trevor-bauer-online-behavior/ (last visited May 23, 2022). This article is discussed in paragraph 32 of the Complaint.

13.     Attached hereto as **Exhibit L** is a true and correct copy of an article published by The Athletic titled "Rosenthal: MLB cannot allow Trevor Bauer to pitch on Sunday," by Ken Rosenthal, dated July 1, 2021, and publicly available at: https://theathletic.com/2685481/2021/07/01/rosenthal-mlb-cannot-allow-trevor-bauer-to-pitch-on-sunday/ (last visited May 23, 2022). This article is discussed in paragraph 68 of the Complaint.

14.     Attached hereto as **Exhibit M** is a true and correct copy of an article published by The Athletic titled "Dodgers plan to start Trevor Bauer on Sunday amid

4

assault allegations," by Fabian Ardaya, dated July 1, 2021, and publicly available at: https://theathletic.com/2685194/2021/07/01/dodgers-plan-to-start-trevor-bauer-on-sunday-amid-assault-allegations/ (last visited May 23, 2022). This article is discussed in paragraph 69 of the Complaint.

**Other Tweets by Defendant Knight**

15.     Attached hereto as **Exhibit N** is a true and correct copy of a thread of Twitter posts by Molly Knight (@molly_knight), dated July 1, 2021. These posts are publicly available at: https://twitter.com/molly_knight/status/1410700997790355458 (last visited April 26, 2022). This thread is discussed in paragraphs 63 and 126 of the Complaint.

16.     Attached hereto as **Exhibit O** is a true and correct copy of a thread of Twitter posts by Molly Knight (@molly_knight), dated July 3, 2021. These posts are publicly available at: https://twitter.com/molly_knight/status/1411334218680913922 (last visited April 26, 2022). This thread is discussed in paragraphs 71 and 72 of the Complaint.

17.     Attached hereto as **Exhibit P** is a true and correct copy of a Twitter post by Molly Knight (@molly_knight), dated August 19, 2021. This post is publicly available at: https://twitter.com/molly_knight/status/1428433295449026561 (last visited April 26, 2022). This post is discussed in paragraph 88 of the Complaint.

**Third Party Articles About Bauer and L.H.'s Allegations Against Bauer**

18.     Attached hereto as **Exhibit Q** is a true and correct copy of an article published by SB Nation titled "Trevor Bauer accused Astros' pitchers of cheating and their response was hilariously savage," by Whitney McIntosh, dated May 1, 2018, and publicly available at: https://www.sbnation.com/mlb/2018/5/1/17308814/trevor-bauer-astros-cheating-twitter-hell-no-maga-bro (last visited April 25, 2022). This article is discussed in paragraph 25 of the Complaint.

19.     Attached hereto as **Exhibit R** is a true and correct copy of an article published by 12 Up, titled "Indians' Trevor Bauer and Reporter Molly Knight Are In

DECLARATION OF DIANA PALACIOS ISO MOTION TO STRIKE
& MOTION TO DISMISS

Middle of Worst Twitter Beef Ever," by Zack Smolen, dated October 22, 2018, and publicly available at: https://www.12up.com/posts/6203427-indians-trevor-bauer-and-reporter-molly-knight-are-in-middle-of-worst-twitter-beef-ever (last visited April 25, 2022). This article is discussed in paragraph 26 of the Complaint.

20.     Attached hereto as **Exhibit S** is a true and correct copy of an article published by Sports Illustrated titled "Trevor Bauer Must Not Start Sunday," by Stephanie Apstein, dated July 1, 2021, and publicly available at: https://www.si.com/mlb/2021/07/01/trevor-bauer-must-not-start-after-assault-allegations (last visited April 25, 2022). This article is discussed in paragraph 49 of the Complaint.

21.     Attached hereto as **Exhibit T** is a true and correct copy of an article published by Beyond the Box Score titled "Trevor Bauer is Accused of Sexual Assault," written by Sheryl Ring, Esq. and dated July 1, 2021, and publicly available at: https://www.beyondtheboxscore.com/2021/7/1/22557465/trevor-bauer-is-accused-of-sexual-assault (last visited April 25, 2022). This article is discussed in paragraph 50 of the Complaint.

22.     Attached hereto as **Exhibit U** is a true and correct copy of an article published by Fox News titled "Dodgers' Trevor Bauer sex assault allegations detailed in graphic report; pitcher denies claims," by Daniel Canova and Ryan Gaydos, dated July 2, 2021, and publicly available at: https://www.foxnews.com/sports/dodgers-trevor-bauer-sex-assault-allegations (last visited April 25, 2022). This article is discussed in paragraph 51 of the Complaint.

23.     Attached hereto as **Exhibit V** is a true and correct copy of an article published by Inside Hook titled "On the Trevor Bauer Allegations and the Need for Better Consent Education," by the editors of Inside Hook, dated July 1, 2021 (updated July 2, 2021), and publicly available at: https://www.insidehook.com/daily_brief/sports/trevor-bauer-allegations-consent/ (last visited April 25, 2022). This article is discussed in paragraph 51 of the Complaint.

1   I declare under penalty of perjury under the laws of the State of California that

2   the foregoing is true and correct. Executed on this 31st day of May, 2022, at Los

3   Angeles, California.

4

5

6   _____

    Diana Palacios

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

# EXHIBIT A

5/23/22, 9:23 AM Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer - The Athletic

Case 2:22-cv-02062-MWF-AGR - Document 38 - Filed 08/23/22 - Page 12 of 323 - Page ID #:1164

Invite Friends

Following   Warriors-Mavs   Cities   NFL   NBA   MLB   NHL   Soccer   NCAAF   WNBA   NCAAM   NCAAW   Betting   • • •

# Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer



By Brittany Ghiroli and Katie Strang   Jun 30, 2021

*Content warning:* This story includes allegations of sexual assault that may be difficult to read and emotionally upsetting.

*[Editor's note: This story has been updated with more information about a July 23 hearing, additional communications between Bauer and the woman, and additional information about her medical records.]*

A domestic violence restraining order filed against Dodgers pitcher Trevor Bauer and executed on June 28 includes multiple graphic images from the woman who filed the request. The woman, in the 67-page ex-parte document, said that Bauer assaulted her on two different occasions. Together, the woman said those two incidents included Bauer punching her in the face, vagina, and buttocks, sticking his fingers down her throat, and strangling her to the point where she lost consciousness multiple times.

The alleged assaults described by the woman, which are extremely graphic in nature, happened during what she said began as consensual sexual encounters between the two. According to the woman's declaration attached to the request and obtained by *The Athletic*, she suffered injuries as a result of the second encounter, including two black eyes, a bloodied swollen lip, significant bruising and scratching to one side of her face. In the woman's declaration, signed under penalty of perjury of California state laws, she said that her medical notes state that she had "significant head and facial trauma" and that there were signs of basilar skull fracture.

(*Update:* After publication, Trevor Bauer's representatives emphasized that medical records showed that while the woman was initially diagnosed with signs of a basilar skull fracture, a subsequent CT scan found no acute fracture.)

She also said that, in one of those incidents, while unconscious, Bauer penetrated her anally, which she did not consent to in advance.

"I agreed to have consensual sex; however, I did not agree or consent to what he did next," she says. "I did not agree to be sexually assaulted."

An ex parte is a temporary restraining order that does not grant the other party an ability to respond. The accused is notified of the allegations and given a formal hearing — in Bauer's case, scheduled for July 23 — and opportunity to respond to refute any of the allegations. Bauer's camp confirmed they plan to take part in the hearing. No formal charges have been filed.

Reached by *The Athletic* on Wednesday, and presented with a request for comment regarding the ex-parte document, Bauer's camp declined further comment, and deferred to the statement made on Tuesday night by Bauer's agent, Jon Fetterolf.

That statement reads: "Mr. Bauer had a brief and wholly consensual sexual relationship initiated by [the woman] beginning in April 2021. We have messages that show [her] repeatedly asking for 'rough' sexual encounters involving requests to be 'choked out' and slapped in the face.

"In both of their encounters, [the woman] drove from San Diego to Mr. Bauer's residence in Pasadena, Calif. where she went on to dictate what she wanted from him sexually and he did what was asked. Following each of her only two meetings with Mr. Bauer, [the woman] spent the night and left without incident, continuing to message Mr. Bauer with friendly and flirtatious banter. In the days following their second and final encounter, [the woman] shared photos of herself and indicated that she had sought medical care for a concussion. Mr. Bauer responded with concern and confusion, and [the woman] was neither angry nor accusatory.

"Mr. Bauer and [the woman] have not corresponded in over a month and have not seen each other in over six weeks. Her basis for filing a protection order is nonexistent, fraudulent, and deliberately omits key facts, information, and her own relevant communications. Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law."

Bryan Freedman, the woman's attorney, said Wednesday in a statement to *The Athletic*: "Without going into detail for the benefit of both my client and Mr. Bauer, the pictures evidencing the unconsented abuse do not lie. Any suggestion that she was not the victim of assault is not only false and defamatory but, in fact, perpetuates the abuse. Our client truly wants Mr. Bauer to engage in a medically appropriate therapeutic process where he can receive the treatment he needs to never act this way again. If he is willing to meaningfully participate in a process directed by appropriate professionals, it will go a long way toward allowing her to feel safe and resolving this matter. But, regardless, she cannot allow this to happen unknowingly to anyone else."

The pair first met on Instagram and, after messaging back and forth, on April 21 the woman said she drove from San Diego to Los Angeles to meet Bauer. After conversing, they had sex which she described in the report as initially consensual, which involved Bauer asking the woman if she had ever been choked. She responded yes, "meaning that his putting his hands around my neck and applying light pressure." She alleges Bauer then began putting his fingers down her throat in an aggressive manner to which she asked him to stop. "He stopped, but then without asking me or telling me in advance, he wrapped my hair around my neck and choked me," the report states. "I lost consciousness."

The woman says she did not know how long she was unconscious.

"I woke up face down on the bed, disoriented. I began realizing that he was having sex with me in my anus, which I never communicated that I wanted, nor did I consent," the woman said in her official declaration attached to the requested order.

She said that when she used the bathroom after the encounter she was bleeding from her anus and barely able to walk, but said in her declaration "in my state at that time, I did not think Trevor was a threat to do anything against my will for the remainder of the night." She said the following morning Bauer asked her, "You feeling a little sore this morning?" in a joking manner. She said she

5/23/22, 9:23 AM    Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer - The Athletic

Case 2:22-cv-02062-MWF-AGR    Document 38    Filed 08/23/22    Page 14 of 323    Page ID
#:1166

was taken aback that he was trying to make light of the situation and told him she didn't enjoy when he commenced having anal sex with her. She said he seemed to understand and that she left an hour later.

The two stayed in touch. After this report was published Wednesday, Bauer's representatives sent *The Athletic* screenshots of friendly messages the two exchanged between their first and second meetings discussing topics that included erotic asphyxiation and "slaps to the face."

"We continued to communicate for the next three weeks over Instagram and text message," the woman stated in the report. "We discussed subjects like baseball and my new job. We also communicated in a sexual nature."

The report says on the night of May 15, 2021, Bauer invited the woman to his house again and this time asked her to agree on a safe word. About five minutes into sex, she said that he began choking her again, at which point she lost consciousness and "was unable to speak or move my body." She says when she regained consciousness, Bauer was punching her head: "This was the first punch I felt but it is very possible that Trevor had already been punching and scratching the right side of my face while I was unconscious. Trevor then punched me hard with a closed fist to the left side of my jaw, the left side of my head, and both cheekbones. I remember this vividly and it was extremely startling and painful. I was absolutely frozen and terrified. I could not speak or move. After punching me several times, he then flipped me back onto my stomach and began choking me with hair. I lost consciousness again."

The woman said she had a terrible pain behind both of her ears and detailed tasting blood, as if her lip was split open. The woman said that when she regained consciousness, she was crying and shaking violently and that Bauer said to her repeatedly: "You're safe. I'm here. You're safe." He began scratching her back and whispered to her, "I would never do those things to you if it wasn't sexually."

The woman said she told him she thought her body was having a trauma response. Bauer, the woman said, asked if she had ever been hit before. She told him she had not. She said he then told her he was going to take a shower.

The woman, who is 27 years old, provided multiple pictures as part of the request to the court. In those photos, the woman's face is visibly bruised and swollen, including under both of her eyes. She also has a swollen jaw, bloodied lip and scratches to the side of her face.

As part of the request to the court, the woman also provided text messages and screenshots of voicemails she said Bauer sent to her inquiring about her well being and checking in with her to see what he could do; in one message, Bauer offers to deliver groceries to her. The woman also said that she underwent two medical examinations in connection with her injuries from the second encounter, including going to the emergency room at the Alvarado Hospital Medical Center in San Diego on May 16, where she said she underwent rapid CT scans for her brain, face and neck.

After telling the emergency room psychiatrist and doctor what had happened, she said she met with multiple detectives with the San Diego Police Department. According to the woman, she downplayed what had happened as "rough sex" and didn't divulge Bauer's name at the time because she feared the potential repercussions if the information became public.

"I was afraid what Trevor would do if he found out," the woman said in her account. "I remain afraid that Trevor will find me and hurt me for going to the hospital."

The woman said in her declaration she was diagnosed with an acute head injury and assault by manual strangulation, and that she is willing to share her medical notes with the court.

According to her account, the woman was then taken to another hospital, Palomar Health in Escondido, where she underwent a SART (sexual assault response team) exam by a nurse who specializes in sexual assault examinations. The woman said medical professionals photographed her entire body and that she has requested those photos.

5/23/22, 9:23 AM                Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer - The Athletic

Case 2:22-cv-02062-MWF-AGR   Document 38   Filed 08/23/22   Page 15 of 323   Page ID
#:1167

Provided in the court request is also her account of a recorded conversation she had with Bauer at the Pasadena Police Department's direction.

Bauer had been, according to the woman, messaging her "nonstop" since the second incident occurred, asking her if she was all right. The Pasadena police had her send a text to Bauer stating that she'd like to talk over the phone and that, in the course of that recorded phone call, she asked Bauer: "What did you do to me when I was unconscious?"

Bauer admitted to punching her in the buttocks repeatedly, but when she said that she did not consent to that and did not consider it a "free-for-all," Bauer then tried to change the conversation.

"At the end of the phone call, at the police's instructions, I said, 'Thank you for acknowledging what you did to me,'" the woman's account said. "Trevor acknowledged it and asked how we could move forward and asked if he could still reach out." The woman said she told him he could because she did not know if the police needed more messages from him to collect as evidence as part of their investigation.

Lt. Bill Grisafe confirmed Wednesday the Pasadena Police Department is actively investigating this. "We were notified on or about May 16 and that's when we began looking into the accusations," he said. "It's an active investigation."

Grisafe told *The Athletic* that the case has not been presented to the district attorney's office, which would be the next step after the investigation concludes for potential charging.

"We anticipate there will be criminal action against Mr. Bauer and it is our hope law enforcement will take our client's allegations and case seriously," the woman's lawyer, Marc Garelick, said in a statement.

The woman said she waited to request the domestic violence restraining order to see how the criminal investigation would proceed and expressed concern over the timeline.

"I am deeply concerned that no arrest has been made or charges filed," she said in the document.

"One of the last text messages I sent him was, 'I appreciate all of your offers to help, but the best way you can help me is to never do that to anyone else ever again.' To this, Trevor responded, 'I would never do anything to hurt anyone. That includes you.'"

The 30-year-old Bauer signed a record-breaking, three-year, $102 million deal this winter on the heels of winning the National League Cy Young Award. He last pitched on Monday.

The Dodgers said in a statement they were made aware of the allegations against Bauer on Tuesday afternoon and "take any allegations of this nature very seriously." The statement also says the Dodgers immediately contacted Major League Baseball, which will be investigating the matter, and that the team had no further comment.

*(Photo: Brian Rothmuller / Icon Sportswire via Getty Images)*

| National | | US | | Canada | Share |
| Boxing | Motorsports | Arizona | Memphis | Calgary | Buy a Gift |
| Bundesliga | NBA | Atlanta | Miami | Edmonton | Invite Friends |
| Champions League | NFL | Baltimore | Minnesota | Montreal | |
| College Football | NHL | Bay Area | Nashville | Montréal (français) | HQ |
| Culture | NWSL | Boston | New Orleans | Ottawa | Careers |
| EFL | Olympics | Buffalo | New York | Toronto | Code of Conduct |
| Europa League | Premier League | Carolina | Oklahoma | Vancouver | Business Inquiries |
| Fantasy Baseball | Scottish Premiership | Chicago | Oregon | Winnipeg | Press Inquiries |
| Fantasy Basketball | Serie A | Cincinnati | Orlando | | Support |

https://theathletic.com/2682479/2021/06/30/graphic-details-photos-emerge-in-restraining-order-filed-against-dodgers-pitcher-trevor-bauer/                                            12                4/5

| | | | | |
|---|---|---|---|---|
| Fantasy Football | Sports Betting | Cleveland | Philadelphia | FAQ |
| Fantasy Hockey | Sports Business | Columbus | Pittsburgh | Forgot Password? |
| Fantasy Premier League | UK Women's Football | Dallas | Sacramento | Redeem Gift |
| Gaming | WNBA | Denver | San Antonio | Contact Us |
| Golf | Women's College Basketball | Detroit | San Diego | |
| International Soccer | Women's Euros | Houston | Seattle | Newsletters |
| La Liga | World Cup | Indiana | St. Louis | The Pulse |
| LNH | The Athletic Ink | Jacksonville | Tampa Bay | |
| Men's College Basketball | Podcasts | Kansas City | Utah | |
| Mixed Martial Arts | Headlines | Las Vegas | Washington DC | |
| MLB | Real Time | Los Angeles | Wisconsin | |
| MLS | The Athletic UK | | | |

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support

 

 

# EXHIBIT B



INTERNET ARCHIVE WaybackMachine https://twitter.com/molly_knight/status/1411039821091409920 Go
3 captures
2 Jul 2021 - 10 Apr 2022
JUN JUL MAR
02
2020 2021 2022
About this capture

**Bob Nightengale** @BNightengale · 16m
Police say criminal investigation of #Dodgers pitcher Trevor Bauer 'bigger than we thought' usatoday.com/story/sports/m… via @USATODAY

21 46 128

**Rusty Firewater** @RFirewater · 11m
If indeed he has text messages from her agreeing to rough sex, I don't know how they have a case. Of course she's going to have bruises and black eyes. That's part and parcel of rough sex.

7 1

**Molly Knight**
@molly_knight
Los Angeles
tinyurl.com/BestTeamMoney
Joined June 2009

**Molly Knight**
@molly_knight
Follow

Replying to @RFirewater @BNightengale @USATODAY

Not possible to consent to a fractured skull.

12:11 PM - 2 Jul 2021

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

# EXHIBIT C



Document title: Molly Knight on Twitter: &quot;There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not possible to consent t…
Capture URL: https://web.archive.org/web/20210702191312/https://twitter.com/molly_knight/status/1411040215234355201
Capture timestamp (UTC): Wed, 27 Apr 2022 20:36:22 GMT

Page 1 of 1

# EXHIBIT D



Document title: Molly Knight on Twitter: &quot;Saying you'd like to engage in rough sex that involves slapping or choking does not equal consent to a cracked skull.&quot;
Capture URL: https://web.archive.org/web/20210702191419/https://twitter.com/molly_knight/status/1411040526455898114
Capture timestamp (UTC): Wed, 27 Apr 2022 20:38:23 GMT

# EXHIBIT E

**ORIGINAL**

| **DV-100** | **Request for Domestic Violence Restraining Order** |
|---|---|

*You must also complete Form CLETS-001, Confidential CLETS Information, and give it to the clerk when you file this Request.*

**(1) Name of Person Asking for Protection:**

Lindsey Hill _____ Age: 27 ____

Your lawyer in this case *(if you have one)*:
Name: Marc H. Garelick, Esq. ____ State Bar No.: 258278
Firm Name: Meyer, Olson, Lowy & Meyers, LLP

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 10100 Santa Monica Boulevard, Suite 1425
City: Los Angeles ____ State: CA ____ Zip: 90067
Telephone: (310) 277-9747 ____ Fax:(310) 277-4847
E-Mail Address: mg@molfamlaw.com

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

JUN 2 9 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By _____, Deputy
Mayra Salazar

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles Superior Court
111 N. Hill Street
Los Angeles, CA 90012

**(2) Name of Person You Want Protection From:**

Trevor Bauer

Description of person you want protection from:

*Court fills in case number when form is filed.*
**Case Number:**
21STRO003198

| Sex: ☒ M ☐ F | Height: 6-1 | Weight: 190 | Hair Color: Brown | Eye Color: Brown |
|---|---|---|---|---|

Race: Caucasian _____ Age: 30 ____ Date of Birth: January 17, 1991
Address *(if known):* _____
City: Pasadena _____ State: CA ____ Zip: ____

**(3) Do you want an order to protect family or household members?** ☐ Yes ☒ No
*If yes, list them*

| Full name | Sex | Age | Lives with you? | Relationship to you |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Protected People" for a title.*

**(4) What is your relationship to the person in (2)?** *(Check all that apply):*

a. ☐ We are now married or registered domestic partners.
b. ☐ We used to be married or registered domestic partners.
c. ☐ We live together.
d. ☐ We used to live together.
e. ☐ We are related by blood, marriage, or adoption *(specify relationship):* ___
f. ☒ We are dating or used to date, or we are or used to be engaged to be married.
g. ☐ We are the parents together of a child or children under 18:

*If you do not have one of these relationships, the court may not be able to consider your request. Read Form DV-500-INFO for help.*

Child's Name: _____ Date of Birth: ____
Child's Name: _____ Date of Birth: ____
Child's Name: _____ Date of Birth: ____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Additional Children" for a title.*

h. ☐ We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one*

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 1 of 6
→


American LegalNet, Inc.
www.FormsWorkFlow.com

Case Number:

**(5) Other Restraining Orders and Court Cases**

a. Are there any restraining/protective orders currently in place OR that have expired in the last six months (emergency protective orders, criminal, juvenile, family)?

☒ No  ☐ Yes *(date of order):* _____ and *(expiration date):* _____  *(Attach a copy if you have one.)*

b. Have you or any other person named in ③ been involved in another court case with the person in ②?

☒ No ☐ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | County or Tribe Where Filed | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| ☐ Divorce, Nullity, Legal Separation | | | |
| ☐ Civil Harassment | | | |
| ☐ Domestic Violence | | | |
| ☐ Criminal | | | |
| ☐ Juvenile, Dependency, Guardianship | | | |
| ☐ Child Support | | | |
| ☐ Parentage, Paternity | | | |
| ☐ Other *(specify):* | | | |

☐ Check here if you need more space. Attach a sheet of paper and write *"DV-100, Other Court Cases"* for a title.

# Check the orders you want. ☑

**(6) ☒ Personal Conduct Orders**

I ask the court to order the person in ② not to do the following things to me or anyone listed in ③:

a. ☒ Harass, attack, strike, threaten assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements

b. ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail or e-mail or other electronic means

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(7) ☒ Stay-Away Order**

a. I ask the court to order the person in ② to stay at least _100_ yards away from *(check all that apply):*

☒ Me  ☒ My school
☒ My home  ☐ Each person listed in ③
☒ My job or workplace  ☐ The child(ren)'s school or child care
☒ My vehicle  ☐ Other *(specify):* _____

b. If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, workplace, or vehicle? ☒ Yes ☐ No *(If no, explain):* _____

**(8) ☐ Move-Out Order**

*(If the person in ② lives with you and you want that person to stay away from your home, you must ask for this move-out order.)*

I ask the court to order the person in ② to move out from and not return to *(address):*

_____

I have the right to live at the above address because (explain):

_____

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 2 of 6
→

American LegalNet, Inc.
www.FormsWorkFlow.com

| Case Number: |
|---|
|  |

**(9) Guns or Other Firearms or Ammunition**

I believe the person in ② owns or possesses guns, firearms, or ammunition.  ☐ Yes  ☐ No  ☒ I don't know

*If the judge approves border, the person in ② will be ordered not to own, possess purchase, or receive a firearm or ammunition. The person will be ordered to sell to, or store with, a licensed gun dealer, or turn in to law enforcement, any guns or firearms that he or she owns or possesses.*

**(10) ☒ Record Unlawful Communications**

I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**(11) ☐ Care of Animals**

I ask for the sole possession, care, and control of the animals listed below. I ask the court to order the person in ② to stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:

_____

I ask for the animals to be with me because: _____

_____

**(12) ☐ Child Custody and Visitation**

a. ☐ I do not have a child custody or visitation order and I want one.

b. ☐ I have a child custody or visitation order and I want it changed.

*If you ask for orders, you must fill out and attach Form DV-105, Request for Child Custody and Visitation Orders. You and the other parent may tell the court that you want to be legal parents of the children (use Form DV-180, Agreement and Judgment of Parentage).*

**(13) ☐ Child Support** *(Check all that apply):*

a. ☐ I do not have a child support order and I want one.

b. ☐ I have a child support order and I want it changed.

c. ☐ I now receive or have applied for TANF, Welfare, CalWORKS, or Medi-Cal.

*If you ask for child support orders, you must fill out and attach form FL-150, Income and Expense Declaration or Form FL-155, Financial Statement (Simplified).*

**(14) ☐ Property Control**

I ask the court to give *only* me temporary use, possession, and control of the property listed here:

_____

_____

**(15) ☐ Debt Payment**

I ask the court to order the person in ② to make these payments while the order is in effect:

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Debt Payment" for a title.*

Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**(16) ☐ Property Restraint**

**I am married to or have a registered domestic partnership with the person in ②** . I ask the judge to order that the person in ② not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**(17) ☐ Spousal Support**

I am married to or have a registered domestic partnership with the person in ② and no spousal support order exists. I ask the court to order the person in ② to pay spousal support. *(You must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing).*

**This is not a Court Order.**

American LegalNet, Inc.
www.FormsWorkFlow.com

Case Number: _____

**(18)** ☐ **Rights to Mobile Device and Wireless Phone Account**

a. ☐ **Property control of mobile device and wireless phone account**

I ask the court to give **only** me temporary use, possession, and control of the following mobile devices: _____ and the wireless phone account for the following wireless phone numbers because the account currently belongs to the person in ② :

(including area code): _____ ☐ my number ☐ number of child in my care

(including area code): _____ ☐ my number ☐ number of child in my care

(including area code): _____ ☐ my number ☐ number of child in my care

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Rights to Mobile Device and Wireless Phone Account" for a title.*

b. ☐ **Debt Payment**

I ask the court to order the person in ② to make the payments for the wireless phone accounts listed in 18a because: _____

Name of the wireless service provider is: _____ Amount: $ _____ Due Date: _____

*If you are requesting this order, you must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing.*

c. ☐ **Transfer of Wireless Phone Account**

I ask the court to order the wireless service provider to transfer the billing responsibility and rights to the wireless phone numbers listed in 18a to me because the account currently belongs to the person in ② .

*If the judge makes this order, you will be financially responsible for these accounts, including monthly service fees and costs of any mobile devices connected to these phone numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

**(19)** ☐ **Insurance**

I ask the court to order the person in ② NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of me or the person in ② , or our child(ren), for whom support may be ordered, or both.

**(20)** ☒ **Lawyer's Fees and Costs**

I ask that the person in ② pay some or all of my lawyer's fees and costs.

*You must complete, file and serve form FL-150, Income and Expense Declaration, before your hearing.*

**(21)** ☐ **Payments for Costs and Services**

I ask the court to order the person in ② to pay the following:

*You can ask for lost earnings or your costs for services caused directly by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*

Pay to: _____ For: _____ Amount: $_____

Pay to: _____ For: _____ Amount: $_____

**(22)** ☒ **Batterer Intervention Program**

I ask the court to order the person listed in ② to go to a 52-week batterer intervention program and show proof of completion to the court.

**(23)** ☐ **Other Orders**

What other orders are you asking for? _____

_____

_____

_____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Orders" for a title.*

**This is not a Court Order.**



American LegalNet, Inc.
www.FormsWorkFlow.com

Case Number:

**(24)** ☐ **Time for Service (Notice)**

*The papers must be personally served on the person in (2) at least five days before the hearing, unless the court orders a shorter time for service. If you want ther to be fewer than five days between service and the hearing, explain why below. For help read Form DV-200-INFO, "What Is Proof of Personal Service"?*

**(25)** **No Fee to Serve (Notify) Restrained Person**

*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk what you need to do.*

**(26)** **Court Hearing**

The court will schedule a hearing on your request. If the judge does not make the orders effective right away ("temporary restraining orders"), the judge may still make the orders after the hearing. If the judge does not make the orders effective right away, you can ask the court to cancel the hearing. Read form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order*, for more information.

**(27)** **Describe Abuse**

Describe how the person in (2) abused you. Abuse means to intentionally or recklessly cause or attempt to cause bodily injury to you; or to place you or another person in reasonable fear of imminent serious bodily injury; or to harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, keep you under surveillance, impersonate (on the Internet, electronically or otherwise), batter, telephone, or contact you; or to disturb your peace; or to destroy your personal property. (For a complete definition, see Fam. Code, §§ 6203, 6320.)

a. Date of most recent abuse:  See attached Declaration of Lindsey Hill

　　1. Who was there? See attached Declaration of Lindsey Hill

　　2. Describe how the person in (2) abused you or your child(ren):
　　　See attached Declaration of Lindsey Hill

　　　　☒ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

　　3. Did the person in (2) use or threaten to use a gun or any other weapon?  ☐ No  ☒ Yes *(If yes, describe):*
　　　See attached Declaration of Lindsey Hill

　　4. Describe any injuries: See attached Declaration of Lindsey Hill
　　　See attached Declaration of Lindsey Hill

　　5. Did the police come?  ☒ No  ☐ Yes

　　　If yes, did they give you or the person in (2) an Emergency Protective Order? ☐ Yes ☒ No ☐ I don't know
　　　*Attach a copy if you have one.*
　　　The order protects ☐ you or  ☐ the person in (2)

**This is not a Court Order.**

Revised July 1, 2016

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 5 of 6

→

American LegalNet, Inc.
www.FormsWorkFlow.com

**Case Number:**

**(27) Describe Abuse (continued)**

**Has the person in ② abused you (or your child(ren)) other times?**

b. Date of abuse: <u>See attached Declaration of Lindsey Hill</u>

1. Who was there? <u>See attached Declaration of Lindsey Hill</u>
2. Describe how the person in ② abused you or your child(ren):
<u>See attached Declaration of Lindsey Hill</u>

☒ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

3. Did the person in ② use or threaten to use a gun or any other weapon? ☐ No ☒ Yes *(If yes, describe):*
<u>See attached Declaration of Lindsey Hill</u>
4. Describe any injuries: <u>See attached Declaration of Lindsey Hill</u>

5. Did the police come? ☒ No ☐ Yes
   If yes, did they give you or the person in ② an Emergency Protective Order?
   ☐ Yes ☒ No ☐ I don't know *Attach a copy if you have one.*
   The order protects ☐ you or ☐ the person in ②
   *If the person in ② abused you other times, check here* ☐ *and use* <u>*Form DV-101*</u>, *Description of Abuse or describe any previous abuse on an attached sheet of paper and write "DV-100, Previous Abuse" for a title.*

**(28) Other Persons to Be Protected**

The persons listed in item ③ need an order for protection because *(describe):*

**(29)** Number of pages attached to this form, if any: 9

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: <u>June 28, 2021</u>

<u>LINDSEY HILL</u>
*Type or print your name*
Date: <u>June 28, 2021</u>
<u>MARC H. GARELICK, ESQ.</u>
*Lawyer's name, if you have one*

► *Sign your name* →

► *Lawyer's signature*

This is not a Court Order.

Revised July 1, 2016

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 6 of 6


American LegalNet, Inc.
www.FormsWorkFlow.com

Declaration of
Lindsey Hill

**DECLARATION OF LINDSEY HILL**

**ATTACHMENT TO DV-100**

I, Lindsey Hill, declare as follows:

1.    I am the Petitioner in the above-entitled matter. If called upon as a witness, I could and would testify competently to the following:

2.    I submit this declaration in support of my Request for Domestic Violence Restraining Orders against Respondent, Trevor Bauer.

3.    I reside in San Diego and am 27-years-old. On April 18, 2021, I posted a story on the social media application, Instagram, of the Padres versus Dodgers game at Petco Park in San Diego, while I was watching the game from home. I tagged "Trevor Bauer," a pitcher for the Dodgers who was the starting pitcher that game, in my "story." At the time of my post, I had never met or spoken with Trevor, and we had no prior relationship. I did not "tag" Trevor with the expectation that he would get into contact with me, although I am aware that when a person is "tagged" on Instagram, that individual will receive a notification. I am a baseball fan and, oftentimes, tag different players, much like many other fans do.

4.    After the game, Trevor replied to my story through a direct message on Instagram. Thereafter, we continued communicating via Instagram direct message for the next couple of days. We discussed how the game went and about baseball in general. As we kept messaging using baseball metaphors, we discussed hanging out. On April 18, 2021, Trevor invited me to visit him at his home in Pasadena after the Dodgers' road trip concluded. I agreed to visit. The Instagram messages between Trevor and I are attached as **Exhibit "1."**

5.    On April 21, 2021, I drove from my home in San Diego to Los Angeles to meet Trevor. I arrived at his home at approximately 9:30 p.m. We went into his downstairs living room and spoke for a couple hours. We had a very nice conversation, during which time we got to know each other. We discussed baseball, and childhood memories. I was very open and honest with Trevor. We discussed my sobriety and history. I have been

IN RE MATTER OF HILL/BAUER

DECLARATION OF LINDSEY HILL

I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

1   sober for 17-months and remain sober. Trevor was very kind and supportive during this

2   conversation.

3        6.      At approximately 2:00 a.m., Trevor invited me to sleep upstairs in his

4   bedroom. He gave me the option of sleeping in his bed with him. I was comfortable with

5   the situation after hours of good conversation, so I agreed to sleep in his bed. We cuddled

6   and continued to talk for approximately thirty minutes. He began kissing me, which led to

7   consensual sex.

8        7.      He became slightly aggressive during sex as he began grabbing me, moving

9   my body and pulling my hair. He asked me, "What do you like?" Noticing that he preferred

10  being aggressive, I told him that it was okay to be "a little rough." I asked him what he liked

11  and he replied, "rougher than you." Our encounter was still consensual and non-

12  threatening at this point.

13       8.      He then asked me if I had ever been choked before during sex. I responded

14  yes, meaning that his putting his hands around my neck and applying light pressure. We

15  continued having sex. Trevor then began putting his fingers down my throat in an

16  aggressive manner. I had to ask him to stop. He stopped, but then without asking me or

17  telling me in advance, he wrapped my hair around my neck and choked me. I lost

18  consciousness. Attached as **Exhibit "2"** is a photo of me during the time frame I saw

19  Trevor to show the Court the length of my hair.

20       9.      I don't know exactly how long I was unconscious. I woke up face down on

21  the bed, disoriented. I began realizing that he was having sex with me in my anus, which I

22  never communicated that I wanted nor did I consent. It was extremely painful. I was, at

23  first, still disoriented and unable to speak. As soon as I was able, I said "Can we stop." and

24  he immediately did. He then held me very tightly while I was still disoriented. I think he

25  noticed that I was shaken up.

26       10.     After a minute or so, Trevor continued to try to re-initiate sex, but I resisted

27  because I felt sick from losing consciousness and had a lot of pain in my anus. He kept

28  kissing and touching me all over my body, as if he was waiting and initiating to have sex

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

2

1  again. I kept repeating that "I needed a minute." He kept asking "Are you okay?" while

2  continuing to try to initiate sex for the entirety of this time. His concern seemed

3  disingenuous, manipulative and fake. This continued for approximately 15-minutes. Trevor

4  then rolled me over onto my back and started kissing me. We proceeded to resume

5  vaginal sex for approximately five minutes. After we stopped having sex, I got up to use

6  the bathroom. I noticed I was bleeding from my anus and I was barely able to walk. I was

7  still shaken up and extremely tired. Trevor had seemed like he was going to sleep, so I

8  decided to go to sleep in Trevor's bed. In my state at that time, I did not think Trevor was a

9  threat to do anything against my will for the remainder of the night.

10      11.     We slept in until approximately 11:00 a.m. When we woke up, Trevor

11  laughed and said to me in a joking manner, "You feeling a little sore this morning?" It was

12  hard for me to speak up because I was taken back by him laughing about the matter and

13  making a joke out of this. I told him I was very sore and did not enjoy when he commenced

14  anal sex. He seemed to be understanding. I left about an hour later.

15      12.     We continued to communicate for the next three weeks over Instagram and

16  text message. We discussed subjects like baseball and my new job. We also

17  communicated in a sexual nature. Attached as **Exhibit "3"** are messages between me and

18  Trevor.

19      13.     On the night of Saturday, May 15th, Trevor invited me to his house. I arrived

20  at his home at approximately midnight (which would be the morning of Sunday the 16th).

21  Trevor had pitched that night's game and had a really good outing. He was in a very happy

22  and excited mood. We caught up over a couple of hours in his downstairs basement. He

23  started kissing me around 2:00 a.m. and asked if I wanted to go to his room. I agreed. We

24  began having sex. He asked me to agree on a safe word. I wasn't certain if he was joking

25  or not, so I made a joke to lighten the situation and responded, "daddy issues." We both

26  laughed. He then asked me in a serious tone, "What's off limits?" I told him to not put his

27  fingers in my throat. Given our communications the morning following the previous

28  encounter, I thought it was obvious that I would not want to have anal sex. I agreed to

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

3

have consensual sex; however I did not agree or consent to what he did next. I did not agree to be sexually assaulted.

14.     After about five minutes into sex, he again wrapped his hair around my neck and choked me. I again lost consciousness. I awoke extremely disoriented. I was so disoriented I did not remember where I was or who I had been with before I lost consciousness. I was unable to speak or move my body. As I was trying to regain full consciousness, Trevor then rolled me onto my back. My head was turned to the left, so that the right side of my face was on the bed. He resumed to having sex with me again and then **Trevor began punching my face.** This was the first punch I felt but it is very possible that Trevor had already been punching and scratching the right side of my face while I was unconscious.

15.     Trevor then punched me hard with a closed fist to the left side of my jaw, the left side of my head, and both cheekbones. I remember this vividly and it was extremely startling and painful. I was absolutely frozen and terrified. I could not speak or move. After punching me several times, he then flipped me back onto my stomach, and began choking me with hair. I lost consciousness again. I re-gained consciousness even more disoriented. I had a terrible pain behind both of my ears. I tasted blood in my mouth and felt that my lip was split open. My whole body hurt and I could not even tell if he was having sex with me.

16.     I then remember him putting me on my back again. I noticed we were no longer having sex. He opened my legs to expose my vagina and began punching me repeatedly in the vagina. I was crying and violently shaking. He then repeated over and over again "You're safe, I'm here. You're safe." I could not stop crying and shaking, and I couldn't talk so he moved my body again by flipping me onto my stomach, moving my arms above me. He began scratching my back. He then whispered "I would never do those things to you if it wasn't sexually." I continued to cry and shake as he scratched my back. He kept repeating, "Talk to me. Can you just talk to me?" I was scared that he would hurt me if I did not say something. I finally was able to stop crying. When I could finally

4

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

speak, I told him "I think my body is having a trauma response." He then asked me, "have you been hit before?" to which I replied I have not. He then told me he was going to shower and I responded "okay."

17.     I stayed on the bed as he showered. After he got out, he helped me into the shower to rinse off as I could not physically walk to the shower on my own. I showered quickly and got out, frozen and in extreme pain. I was nauseous and dizzy. He looked at my face in the light and said, "You have a couple of welts. I need to be more careful where I hit you. I also punched your butt while you were unconscious so you may have a bruise there." I didn't respond. I went to sit down on the bed. I wanted to drive home but did not think I would be able to physically or mentally drive anywhere. I remained in shock. I told him I just needed to go to bed, hoping he would fall asleep and I would remain awake until I felt well enough to leave. He fell asleep at 3:30 a.m. I was extremely anxious and terrified the remainder of the night, but still felt extremely disoriented and I was in significant pain. Attached as **Exhibit "4"** is a photograph of my face that night.

18.     I got out of the bed at 8:30 a.m. when he was still sleeping. It was the earliest I felt physically capable of leaving. He woke up when I was trying to quietly exit his bedroom door.  He said, "How are you feeling this morning?" I quietly responded, "I'm fine" and I left immediately.

19.     I drove home to San Diego. I continued to be in shock, horrified and embarrassed. When I got home, I went to sleep. I woke up Monday morning and was in even more pain than the previous night. I had two dark black eyes and a completely swollen jaw and cheekbones. I had over ten dark red and scabbed scratches from fingernails on the right side of my face that covered my entire cheek and chin. The lower half of my left gums were bruised black. I had a large bump on the top left side of my head. My upper lip was split open and scabbing and I had a dark bruise covering the left half of my bottom lip. I had severe black bruising over the top of my vagina, and multiple bruises all over the right cheek on my butt. Attached as **Exhibit "5"** are photographs of my face taken the day after the abuse.

IN RE MATTER OF HILL/BAUER

DECLARATION OF LINDSEY HILL

I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey 3.docx

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

20.     I threw up violently throughout the day and had severe headaches. I continued to be disoriented and had difficulty keeping my eyes open and staying awake. I called my AA sponsor Lisa and told her what had happened. Lisa told me to get help immediately. I called my best friend Mely and told her I was going to check myself in at the emergency room. At approximately 4:00 p.m., I drove to the Emergency Room at Alvarado Hospital Medical Center. When I arrived, I was immediately taken in to do rapid CT scans of my brain, face and neck. I was asked what happened, and I advised the hospital psychiatrist and doctor about everything that had happened.

21.     Later, two San Diego Police Department ("SDPD") officers came to speak with me. I told them what happened and how I got my injuries. Later, two separate SDPD detectives came to take an additional statement. I attempted to downplay what occurred out of concern for my privacy and what my statements might lead to. I informed medical staff that my injuries were a result of "rough sex." I admitted to being "choked out" and that Trevor was violent during sex. I told them that I did not want to file charges. I told them that the sexual encounter was with a baseball player, but I did not specifically provide them with Trevor's name at this point. I was afraid of the repercussions both in the public eye and my own personal life. I was afraid what Trevor would do if he found out. I remain afraid that Trevor will find me and hurt me for going to the hospital.

22.     I was diagnosed with an acute head injury and assault by manual strangulation. The May 17th After-visit Summary from Alvarado Hospital Medical Center is attached as **Exhibit "6."** The medical exam recognized ecchymoses on my cheek and orbital bone, as well as above my vagina, on my labia and buttocks. The medical notes further state that I "sustained significant head and facial trauma" and that there were signs of a basilar skull fracture. I have weighed whether to include medical notes in these pleadings, but have decided to in order to fully explain the seriousness of what occurred. I do not waive my medical history, but want to provide the Court with the medical notes relating to this incident.

23.     I was transported by the SDPD police car to another hospital (Palomar

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

IN RE MATTER OF HILL/BAUER                                    DECLARATION OF LINDSEY HILL
F:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

33

Health in Escondido) for a "SART exam," and was examined by a nurse who told me that she specializes in sexual assault examinations. Medical personnel photographed my entire body. I have requested these photographs but am not currently in possession of them. I returned from the hospital at approximately 7:00 a.m. on Tuesday morning (May 18th). At approximately 10:00 a.m., two detectives from the Pasadena Police Department arrived at my house, and I gave an additional statement. I took pictures of my face that Tuesday May 18th, which are attached as **Exhibit "7."**

24.     Three days later, that Friday May 21st, I drove to the Pasadena Police Department to conduct a "cold call." The police wanted to record a phone call between Trevor and I. Since the incident occurred, Trevor had been messaging me nonstop asking me if I was okay. The Pasadena police had me send a text to Trevor stating "Sorry for the late response I was mostly sleeping all day yesterday." Trevor replied "Do you want to talk about it?" Under the police's instructions, I replied "Yeah honestly hearing your voice would help." My text messages with Trevor sent at the instruction of the police are attached as **Exhibit "8."**

25.     Trevor then called me and the police recorded the entire conversation and instructed me on what to say during the call. The detectives instructed me that I could lie or cry to try to get Trevor to admit what he had done to me. To not sound scripted, I began the conversation with Trevor asking about the previous evening's baseball game. After Trevor asked me what was wrong, I followed the detectives' script and asked him "What did you do to me when I was unconscious?" He only admitted to punching my butt repeatedly. When I said that "I didn't ask to be punched" and that "This was not a free for all", Trevor attempted to change the topic from him punching me and said "I was trying to follow your lead." At the end of the phone call, at the police's instructions, I said "Thank you for acknowledging what you did to me." Trevor acknowledged it and asked how we could move forward and asked if he could still reach out. I told him that he could because I did not know if the police still needed to collect more messages from him as evidence. It is my understanding that there is an open criminal investigation. I have not been informed

7

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

1 | whether the proper authorities intend to arrest and press charges against Trevor. I intend

2 | to comply with whatever is requested of me in connection with criminal proceedings. As

3 | the shock has worn off, I recognize the seriousness of the sexual assault I endured. I do

4 | not want Trevor to put anyone else through what I suffered.

5 |      26.    After our second encounter, Trevor texted and called me *nonstop* for

6 | approximately two weeks. I informed him that I was seen by the doctor and was told the

7 | bruises and swelling on my face and jaw would be gone in about a week. I was unsure

8 | how long I would have the head symptoms for. Trevor responded "I feel so bad that this

9 | happened. Wish I could be there with you through it." The text message is attached as

10 | **Exhibit "9."**

11 |      27.    When I did not answer calls, he left me voicemails. On May 17, 2021 at

12 | 11:18 p.m., Trevor left me a voicemail saying he was worried about me and wants me to

13 | call or text him back because he would like to talk. A screenshot of the voicemail from

14 | Trevor is attached as **Exhibit "10."** His texts included telling me how much he cares about

15 | me, he did not want to see me hurting, and he offered to help me financially because I was

16 | unable to work due to my injuries. He even offered to send groceries to my home. I kept

17 | my texts brief, responding "no" to his inquiries. The text message from Trevor is attached

18 | as **Exhibit "11."**

19 |      28.    On June 3, 2021, I followed up with my primary care doctor at the Scripps

20 | Clinic in Carmel Valley. A follow up MRI was ordered and I was referred for a neurological

21 | consult. My June 3rd after visit summary is attached as **Exhibit "12."**

22 |      29.    I have waited to bring this request for Domestic Violence Restraining Orders

23 | to see how the criminal investigation would proceed. I am deeply concerned that no arrest

24 | has been made or charges filed. I feel isolated having to respond to Trevor's texts and I

25 | suffer extreme stress and anxiety when he sends me messages. I am scared and in fear. I

26 | have not asked him to stop contacting me because I fear what he will do. One of the last

27 | messages I sent him was "I appreciate all of your offers to help, but the best way you can

28 | help me is to never to do that to anyone else ever again." To this, Trevor responded, "I

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

8

would never do anything to hurt anyone. That includes you."

30.     I am terrified that he will again invite me to his home or how he will respond if I say no. I want Trevor to cease contacting me, entirely, I must ensure that he does not come to my home, or anywhere near me. I do not want to me contacted by anyone on his behalf. I have been physically harmed, and traumatized. I have been diagnosed with PTSD and experience severe trauma. I am unable to sleep or eat. I am in constant fear. I am severely depressed and feel isolated and lonely. I am absolutely terrified of what will happen when all of this becomes public because he is a large public figure. Trevor has a large following of loyal fans who I fear will threaten me and resort to social media bashing. I am concerned about my safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 28, 2021, at Los Angeles, California.

*Lindsey C. Hill*

LINDSEY HILL

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

IN RE MATTER OF HILL/BAUER
I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

DECLARATION OF LINDSEY HILL

36

# EXHIBIT

———————

**EXHIBIT 1**

5:41                                                        LTE

<  **baueroutage**          



4:50 PM

 Mmmm nice try but not quite. Maybe next time

> Just watch out for me for the rest of the season, my third eye meditations are pretty powerful

> Also *digital handshake, nice to meet you Bauer I'm Lindsey

> Yo 11/10 execution on the "safe" call when Turner biffed 3rd tho

 I'm more of a hug type of guy lol but thank you

 Message...          



                                 

**38**

**6:15**

 .ı LTE 🔋

<  **baueroutage** ✓

 time

Just watch out for me for the rest of the season, my third eye meditations are pretty powerful

Also *digital handshake, nice to meet you Bauer I'm Lindsey

Yo 11/10 execution on the "safe" call when Turner biffed 3rd tho

 I'm more of a hug type of guy lol but thank you

Love this for us, we can agree on the hug being the best introduction method

And of course lols needed to throw a complimentary jab in there after I presented the original rattled roast

 Strike one on the rattle roast honestly. Fell a little short of the zone ya know?

Next roast will be sick

Riff you with some chin music

Make sure to swing at it like manny did today

 Message...

39

6:25                    LTE

 **baueroutage** ✔

Next roast will be sick

Riff you with some chin music

Make sure to swing at it like manny did today

Eh, I usually don't miss 😘

Roast ya boy though for this https://twitter.com/baueroutage/status/1383940460050227205?s=21



**2020 CY YOUNG**

 **Trevor Bauer (トレバー・バウアー) on Twitter**
"Whispers *it was your toe that made the hole homie* 😘 https://t.co/zpnRls9W6G"

We'll see 😋

I am ~deceased at that. And your Manny retweet roast. Snell can go take an english class on public speaking and Manny needs to go grab his boat oar

Im threatened that your roasting skills are up to par with mine wtf?

 Message...     

7:01   LTE

 **baueroutage** 

Usually is phrased either as not up to par or on par with. But I guess combining the two is fine. Two for one special!

Ok, actually so valid. "On par with" must have slipped my brain lols but I am glad we came to this conclusion

I love to speak my own language, ya feel?

I'm usually not a fan of the feels lol

Ooooo thats gonna get ya out on the bump

No feels = suppressed emotion = tension stored in your body

So many theories on that 

Seen

Message...



7:33 ✈

•ı LTE 🔋

 **baueroutage** ✔

I'm more on the touchy side of the feels ya know? Helps relieve tension stored in the body so it doesn't get me on the mound

Um duh you are talking to the queen of physical touch. Such a spicy love language

Give me all the spice

retweet, retweet.

Another thing we agree on wowza

I mean, that's two things so we're basically at a double already.

Second base. Thats spicy

Hmmmm what else can we agree on?

You're trying to stretch it to a triple huh? That's bold this early in the game

My dads a baseball coach, I was raised to always score at least a triple

And oh dont worry, we wont reach home plate on day 1. Need more time for roasts/ sarcasm/picking your brain before that

 Message...



**7:50**

**bauteroutage** ✔

plate on day 1. Need more time for roasts/sarcasm/picking your brain before that

If a triple is your baseline I might have to add you to the team. That seems pretty valuable.

Put me in Coach

Ill even drop kick Carlos Correa on my way to third for you

Well, all that's left is the official tryout!

Easy.

Tryouts dont scare me Bauer

Bring it

Message...

< **baueroutage** ✔

Easy.

Tryouts dont scare me Bauer

Bring it

I'm willing and able whenever you're ready

Pick a day and I am there

No problem driving to LA huh?!

Oh I am a pro at that drive 😘

Love me some LA

Well, tryouts as soon as we get back home on Tuesday

Message..

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M ⌫

123    space    return

**44**

9:04 ✈

.ıl LTE 🔋

  **baueroutage** ✔



Pick a

 No problem driving to LA huh?!

Oh I am a 

Well, tryouts as soon as we get back home on Tuesday

Taco Tuesday, great choice

Sounds like a plan to me!

The one thing I will not be able to do on this adventure is eat a dodger dog tho

Well it would be late Tuesday night so...

 If you wanted a dodger dog it would have to be Thursday lol

Oh no like I actually hate dodger dogs thats my staple statement when I set foot in LA hehe

And oooo yes im down for tuesday or wednesday whateva works. Do you pitch next home series then?!

 Message...

  

**45**

# EXHIBIT

---

**EXHIBIT  2**



EXHIBIT

_____

EXHIBIT 3

10:14       LTE

 **baueroutage** ✔

> Ok tell me your fav conspiracy theory

> Best place to start. Tells me a lot aboutchu

 Oh well, simulation theory. You in or out on that?

> I was literally just watching tik toks on simulation theory today. I think its more than possible

> Most days I am like how could we not be

> Whats your verdict?

New Messages

I think it's the most probable thing

 I also think "god" is a higher dimensional species.

I think our species, if we survive long enough, will become a truly 4 dimensional species, which will allow us to become the god species for another lower dimensional species that we watch over and study

Aliens definitely have visited earth and probably are still here.

 Not completely against the idea that they helped build the pyramids.

 Message...

**49**



2:32

LTE

**baueroutage** ✓

2:06 PM

Lol nothing about that was a metaphor

Oh you can read my mind? Interesting

Id say 50/50

You are sassy af today

Just by definition it wasn't a metaphor lol

Fuck its an idiom you are right

Hate you

😘😘😘
❤️

Message...

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

123 | space | return

9:26

  **baueroutage** ✓

376K followers · 556 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

9:09 PM

 Analyze me please lol

Only bc you said please, I will 😌 need more info to analyze.

Super interesting process that goes on with emotional reactivity and how we respond when we get emotionally hooked.

Emotional hook (trigger button pushed) 🔁 our brain starts chemically rewarding us for making up stories (based on our core narratives about who we are that developed at an early age) to defend ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

Seen

 Message...

  

**52**

9:36

 **baueroutage** ✔

ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

So much to type omfg wish this was in person lol ok but for example when you were getting bullied when you were young, how did your parents react/support you in it?

 They got mad for me and tried to support me through it. Said it was going to be alright and to look towards the future

DING DING DING we have a winner

Ok, now I can do full analysis

Your inner child makes sense to me now

Reporting for duty to analyze and rock your world for new mental clarity

 Oooo yes fuck me up

Message...

**53**

11:56

 **baueroutage** 

**baueroutage** ☑
Trevor Bauer (トレバー・バウアー) · Instagram
393K followers · 564 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

MAY 4, 9:48 PM

 Haha not the longest I've received by any means. And just to clarify, my parents weren't mad at me, they were mad that I was being bullied and protective of me. Especially my mom. And supportive in telling me to just keep going and it would get better

Ahhhh yes yes. You are such a huge clarification guy. I realized when I read that a second time. Read & typed that all on my sleep meds, give me a gold star. But still, sometimes the "look ahead stay positive" can be no bueno when you are young. My dad said that to me every day too lmaoooo

But I'm glad you had supportive parents. That explains your sweet/sensitive side. Which don't worry haven't told anyone you are empathetic and cute, don't worry. Cant ruin your twitter image

 Yeah keep that shit under wraps wouldnt want people to think I'm actually a good person

 Message..

9:26

 **baueroutage** ✓

376K followers · 556 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

9:09 PM

 Analyze me please lol

> Only bc you said please, I will 😌 need more info to analyze.
>
> Super interesting process that goes on with emotional reactivity and how we respond when we get emotionally hooked.
>
> Emotional hook (trigger button pushed) ➡️ our brain starts chemically rewarding us for making up stories (based on our core narratives about who we are that developed at an early age) to defend ourselves.
>
> So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.
>
> Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

Seen

 Message...

55

9:36

 **baueroutage** ✔

ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

So much to type omfg wish this was in person lol ok but for example when you were getting bullied when you were young, how did your parents react/support you in it?

 They got mad for me and tried to support me through it. Said it was going to be alright and to look towards the future

DING DING DING we have a winner

Ok, now I can do full analysis

Your inner child makes sense to me now

Reporting for duty to analyze and rock your world for new mental clarity

 Oooo yes fuck me up

Message...

**11:56**



 **baueroutage** ✔     

### baueroutage ✔

Trevor Bauer (トレバー・バウアー) · Instagram

393K followers · 564 posts

You've followed this Instagram account since 2021

You both follow dodgers

**View Profile**

MAY 4, 9:48 PM

 Haha not the longest I've received by any means. And just to clarify, my parents weren't mad at me, they were mad that I was being bullied and protective of me. Especially my mom. And supportive in telling me to just keep going and it would get better

Ahhhh yes yes. You are such a huge clarification guy. I realized when I read that a second time. Read & typed that all on my sleep meds, give me a gold star. But still, sometimes the "look ahead stay positive" can be no bueno when you are young. My dad said that to me every day too lmaoooo

But I'm glad you had supportive parents. That explains your sweet/sensitive side. Which don't worry haven't told anyone you are empathetic and cute, don't worry. Cant ruin your twitter image

 Yeah keep that shit under wraps wouldnt want people to think I'm actually a good person

Message...     

**57**

9:26

 **baueroutage** 

376K followers · 556 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

9:09 PM

 Analyze me please lol

> Only bc you said please, I will 😏 need more info to analyze.
>
> Super interesting process that goes on with emotional reactivity and how we respond when we get emotionally hooked.
>
> Emotional hook (trigger button pushed) 🔜 our brain starts chemically rewarding us for making up stories (based on our core narratives about who we are that developed at an early age) to defend ourselves.
>
> So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.
>
> Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

Seen

 Message..

**58**

11:56

  **baueroutage** 

Ahhhh yes yes. You are such a huge clarification guy. I realized when I read that a second time. Read & typed that all on my sleep meds, give me a gold star. But still, sometimes the "look ahead stay positive" can be no bueno when you are young. My dad said that to me every day too lmaoooo

But I'm glad you had supportive parents. That explains your sweet/sensitive side. Which don't worry haven't told anyone you are empathetic and cute, don't worry. Cant ruin your twitter image

 Yeah keep that shit under wraps wouldnt want people to think I'm actually a good person

Honored to get to see the real TB

Everyone does/Not many do

 Does that make any sense? Haha

In my brain it does hahaha

You reveal what you want to who you want

Cannot even imagine living under such a microscope like you do my god

MAY 8, 1:19 AM

 Message...

**59**

**11:56**

 **baueroutage** ✔

  

MAY 8, 1:19 AM

 Thought about you tonight. Figured I'd check in and see how you're doin

MAY 8, 10:51 AM

TB! I think of you often. I'm actually super good, our new business for the recovery house just opened and the property is unreal. Living my dream out for real. But other than that, still just trying to figure out the Universe and my existence 24/7 you know how it goes. & Turning 27 on Monday FTW

But more importantly how are you? How's your heart & brain?¿ and what have you been curious about

MAY 8, 12:03 PM

Hey 27 congrats! got any big plans?!

Happy to hear you're off to a good start with the new property!

 I'm good tho. Over here trying to figure out how to wake the team up and win some games cuz damn we freaking suckkkkk right now

Lols just lucky to be alive! Got 2/9 of my lives left I think. And im just celebrating this whole weekend with my peeps. Sipping on red bull only the whole time.

 Message...

11:56

 **baueroutage** ✔   

unreal. Living my dream out for real. But other than that, still just trying to figure out the Universe and my existence 24/7 you know how it goes. & Turning 27 on Monday FTW

But more importantly how are you? How's your heart & brain?¿ and what have you been curious about

MAY 8, 12:03 PM

Hey 27 congrats! got any big plans?!

Happy to hear you're off to a good start with the new property!

I'm good tho. Over here trying to figure out how to wake the team up and win some games cuz damn we freaking suckkkkk right now

Lols just lucky to be alive! Got 2/9 of my lives left I think. And im just celebrating this whole weekend with my peeps. Sipping on red bull only the whole time. Hang with me next week to celebrate? 

And oh my god I know I have been keeping up with the doyers what is going on? Offense is brutal. Is it Dave Roberts being rattled or what?

Also feel free to send your answers to 8582136648

 Message...

1:51

LTE



Trevor >

Yes yes & yes

Mmmm. Do you even know what pain is?



Idk

Try me

Well you'd have to be here for me to show you



  

       

2:53



**Trevor** ›

It's so bad seriously fuck addiction. Just pushes me to go more beast mode in my work in sobriety world

And im glad you are doing good. Big rawrrrr energy. That's what I like to hear. Excited to see you from a very far distance this evening 🐻

Today 2:45 PM

Wreck em tonight Trev

Am I wrecking you after the game orrrrr

Lol

Thanks

Hahahahhaa absolutely you are ‼️

Delivered

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123    space    return

EXHIBIT

———————————

**EXHIBIT 4**



65

EXHIBIT

_____

67



68





70

# CONFIDENTIAL

# Exhibit

# 6

# AFTER VISIT SUMMARY


**Alvarado Hospital Medical Center**

**Lindsey Hill**   MRN: ▮▮▮▮▮▮▮     📅 5/17/2021   📍 AH Emergency Room 619-229-3130

## Instructions


**Follow up with AH Emergency Room**
Specialty: Emergency Medicine
Contact: 6655 Alvarado Road
        San Diego California 92120-5208
        619-229-3130


**Schedule an appointment with No PCP, MD as soon as possible for a visit**

## Today's Visit

Providers who cared for you today: Brigitte B Korkuch, PA

**Reason for Visit**
• Facial Pain
• Rectal Pain

**Diagnoses**
• Acute head injury
• Assault by manual strangulation

---

**Ⅾ Lab Tests Completed**
  BMP
  POCT pregnancy, urine
  POCT urinalysis dipstick
  URINALYSIS, MICROSCOPIC ONLY
  Urinalysis

---

**Ⅾ Lab Tests in Progress**
  CULTURE URINE

---

**Ⅱ Imaging Tests**
  CT Angiogram Neck W Contrast
  CT Head without Contrast
  CT Maxillofacial Bones without Contrast

---

**Ⅾ Medications Given**
  ibuprofen (ADVIL,MOTRIN) Last given at 10:27 PM
  iohexol (OMNIPAQUE) Last given at 9:06 PM
  sodium chloride 0.9% (NORMAL SALINE) Stopped at 8:53 PM

---

Lindsey Hill ▮▮▮▮▮▮▮▮   Printed at 5/17/21 10:46 PM                        Page 1 of 5   Epic

Hill, Lindsey █████████████████

# CT Head without Contrast

Status: Final result

## PACS Images

Show images for CT Head without Contrast

## Study Result

EXAM:
CT Head Without Intravenous Contrast

CLINICAL HISTORY:

Head trauma, repeat vomiting

TECHNIQUE:
Axial computed tomography images of the head/brain without intravenous contrast. CTDI is 70.55 mGy and DLP is 1443 mGy-cm. Numerous low-radiation dose strategies were employed including AEC (Automatic Exposure Control), individualized BMI-based low dose scan protocols and the exam was performed on a CT scanner that is compliant with the NEMA XR-29 Smart Dose Standard. DICOM Radiation Dose Structured Reporting capability and Dose Check Standard are also features of this scanner.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Brain: No acute intracranial hemorrhage, mass effect or evidence of intracranial edema.
Ventricles: Unremarkable.
Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Unremarkable.
Sinuses: Unremarkable as visualized.
Mastoid air cells: No mastoid effusion.
Orbits: Symmetric.

IMPRESSION

No acute intracranial process.

Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2159

StatRad Exam Id 6654059

## Imaging

CT Head without Contrast (Order: 223599510) - 5/17/2021

## Result History

CT Head without Contrast (Order #223599510) on 5/17/2021 - Order Result History Report

## Link to IMG Procedure Log

IMG Procedure Log

## Orders Requiring a Screening Form

Hill, Lindsey █████████████ inted by [124810] at 5/17/21 11:21 PM

73

Hill, Lindsey ███████████████

| Procedure | Order Status | Form Status |
|---|---|---|
| CT Head without Contrast | Completed | Created |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **MALHI, HARSHAWN** | 5/17/2021 21:59 | 858-546-3800 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 5/17/2021   20:22 | 5/17/2021   20:59 |

## IMG Transfer Details

Transfer Details:
Please
answer the
below
questions
about the
transfer.:

## External Result Report

External Result Report

## ☺ Encounter

View Encounter

## End Exam Questions

| | Answer | Comment |
|---|---|---|
| # of repeat films | | |
| Reason for repeat films? | | |
| CTDI: | 70.55 | |
| DLP: | 1443 | |
| Did you shield the patient | | |
| How was the patient shielded during exam? | | |
| Isotope expiration date? | | |
| Isotope lot #? | | |
| Was procedure discontinued? | | |
| Procedure was discontinued | | |
| Reason procedure was discontinued | | |

## Order Requisition

CT Head without Contrast (Order #223599510) on 5/17/21

## Decision Support

| Appropriateness Score | Ordering Provider |
|---|---|
| 9 - Indicated | Brigitte B Korkuch, PA |

Hill, Lindsey ███████████ Printed by [124810] at 5/17/21 11:21 PM

Hill, Lindsey █████████████████████

| Session ID | Source | CDSM Identifier | Adherence |
|---|---|---|---|
| 183411973 | Web Service | National Decision Support Company CareSelect (G1004) | Yes (ME) |

| Date Time Consulted | Exception | Comment |
|---|---|---|
| 05/17/21 19:20:50 | | |

## Reason for Exam                                                    Priority: STAT

Head trauma, repeat vomiting (Age 19-64y)
Comments:

Name:Hill, Lindsey ▮▮▮▮▮▮▮▮▮▮▮▮▮                              Page 3 of 7

**Albumin, Urine POC**

Specimen Collected: 05/17/21 19:13          Last Resulted: 05/17/21 19:20

▦ ✶ Lab Flowsheet   ▣ Order Details   ⳗ View Encounter   ⬚ Lab and Collection Details   ⤴ Routing
                                                                    ↻ Result History

⚱ **POCT pregnancy, urine**                                         Order: 223599499
Status: Final result  Visible to patient: No (not released) Next appt: None

|              | Ref Range & Units        | 5/17/21 1912 |
|--------------|--------------------------|--------------|
| Preg Test, Ur | Negative, Borderline    | Negative     |

Specimen Collected: 05/17/21 19:12          Last Resulted: 05/17/21 19:20

▦ ✶ Lab Flowsheet   ▣ Order Details   ⳗ View Encounter   ⬚ Lab and Collection Details   ⤴ Routing
                                                                    ↻ Result History

### Lab Information

Lab
AH CLINICAL LABORATORY

### ED Provider Notes

| Author | Status | Last Editor | Updated | Created |
|--------|--------|-------------|---------|---------|
| Brigitte B Korkuch, PA | Cosign Needed | Brigitte B Korkuch, PA | 5/17/2021 9:37 PM | 5/17/2021 7:08 PM |

**Emergency Department Provider Note. Enc: 5/17/2021  6:51 PM**
Lindsey Hill MRN ▮▮▮▮▮▮▮ Acct# 726000130639 AH EMERGENCY ROOM



HPI

**Chief Complaint:** Facial Pain (pt had rough sex 2 days ago, and was chocked out for 30 mins. pt states vision changes (OD 20/13  OS 20/20)  bilateral zygoma pain, right cheek pain. buttock bruising.  pt doesnt want to fill charges.   ) and Rectal Pain

Lindsey Hill is a 27 y.o. female who presents to the ED after she was physically assaulted while having intercourse with a man two days ago. The patient tells me that he became violent and started choking her. She tells me that she passed out for what she believes was about 30 minutes. She now has pain over her cheeks and in her jaw. She has a headache and vomited twice today. She also has pain behind her left ear. Current pain 6/10. She took ibuprofen 400 mg mid day today, with mild improvement. Patient does not want to file police incident report. Patient has a history of alcoholism, and has been sober for 18 months.

REVIEW OF SYSTEMS

Please refer to HPI, remainder of 10 systems reviewed are negative.

PMHx

Hill, Lindsey ▮▮▮▮▮▮▮▮▮ Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...  Page 3 of 7

Name:Hill, Lindsey ▮▮▮▮▮▮▮▮▮▮ Gender:1                                    Page 4 of 7

**PMH:**
**Past Medical History:**
Diagnosis                                                                  Date
  • Alcoholic (CMS/HCC)

History reviewed. No pertinent surgical history.

**Previous Medications:**

 Take 10 mg by mouth daily

Take 600 mg by mouth 2 (two) times a day

Take 50 mg by mouth nightly

**Social:**
**Social History**

Tobacco Use
  • Smoking status:          Current Every Day Smoker
  • Smokeless tobacco:       Never Used
Substance Use Topics
  • Alcohol use:             Not Currently
  • Drug use:                Not Currently

**Family:** History reviewed. No pertinent family history.
**Allergies:** She has No Known Allergies.

**PHYSICAL EXAMINATION :**

**Vital signs:** Temp: 99.4 °F (37.4 °C) Heart Rate: 78 Resp: 18 BP: 126/86 SpO2: 100 %
**Gen:** Patient is in NAD, WDWN, responsive.
**HEENT:** No palpable skull depressions or cephalohematomas. There is bilateral infraorbital ecchymoses, as well as left perioral ecchymoses. +TTP bilateral zygoma, more prominent on the left. +TTP left side of mandible. No battles sign. PERRL. EOMI. Nares clear, no nasal septal hematoma. Normal oropharynx. No malocclusion. MMM.
**Neck:** No midline TTP or stepoffs, no swelling, trachea midline.
**Lungs:** Equal breath sounds bilaterally. No increased work of breathing.
**Chest:** Normal heart sounds. No chest wall TTP. No crepitus.
**Abdomen:** Soft. Nontender. Nondistended. No peritoneal signs. No palpable masses.
**Back:** No midline spinal tenderness or stepoffs. No flank tenderness.
**Extr:** Well perfused, distal pulses intact. No deformity, swelling, or TTP. Full AROM in bilat UE and LE.
**Skin:** Warm, dry. Facial ecchymoses as above. There is also ecchymoses over the buttocks and the mons pubis and labia.
**Neurologic:** GCS 15. Follows commands. Normal speech. No focal motor or sensory deficits. Normal gait.

**Data**

**Lab results:**

Labs Reviewed

Hill, Lindsey ▮▮▮▮▮▮▮ Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...  Page 4 of 7

Name:Hill, Lindsey ████████████████ Gender:1

| | |
|---|---|
| BUN | 11.8 |
| Creatinine | 0.9 |
| Glucose | 94 |
| Calcium | 9.1 |
| GLOMERULAR FILTRATION RATE | >60.0 |
| Anion Gap | 10.1 |

**Imaging results as read by Radiology:**

Ct Angiogram Neck W Contrast

Result Date: 5/17/2021
Unremarkable neck CT angiogram.  Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2131  StatRad Exam Id 6653977

Labs & imaging studies/reports reviewed independently by me.
Interpretation of Results:
- Chemistry shows no acute renal dysfunction; no significant derangement of electrolytes or glucose.
- Urinalysis shows UTI, culture pending.
- CTA neck unremarkable.
- CT maxillofacial and CT head pending.
- EKG without acute ischemia or dysrhythmia.

**COURSE/MEDICAL DECISION MAKING**

**Course:**
Lindsey Hill presented to the Emergency Department by walk-in for evaluation.  I reviewed the nursing notes.

This is a 27-year-old male who presented to the ED after a physical assault that occurred 2 days prior to my examination.  Patient was alert and appropriately oriented with a nonfocal logic examination.  She appears to have sustained significant head and facial trauma, and reports a strangulation injury and loss of consciousness.

Patient presents for evaluation after suffering a minor blunt head trauma.  I considered high-risk diagnoses such as intracranial hemorrhage, spinal cord injury, acute fracture/dislocation and/or concussion.

Patient is well appearing and neurologically intact with GCS of 15

Severe headache
Vomiting x 2 or more
Signs of basilar skull fx (raccoon eyes, Battle's sign)

A Head CT was ordered based on positive indicators as stated above.  These results, in addition to CT maxillofacial for evaluation of facial fractures, are currently pending.  CT of the neck was obtained secondary to strangulation injury, and showed no acute vascular injury.  Urinalysis shows findings consistent with urinary tract infection and patient will require antibiotics. I will transfer further care of this patient to the attending.

Hill, Lindsey ██████████ Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...   Page 6 of 7

Name:Hill, Lindsey ███████████████████1                                    Page 7 of 7

**████████ DISPOSITION ████████**

Final diagnoses:
**Acute head injury**
**Assault by manual strangulation**

**New Prescriptions** ████████████████████
   No medications on file

No follow-up provider specified.

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Brigitte B Korkuch, PA
05/17/21 2137

### Print Lab Component
   BMP (Order #223599514) on 5/17/21

### Lab Component SmartPhrase Guide
   BMP (Order #223599514) on 5/17/21

## Additional Information

| Specimen ID | Bill Type | Client ID |
|---|---|---|
| 21AH137-C147 | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| May 17, 2021 | 7:36 PM | May 17, 2021 | 7:39 PM | May 17, 2021 | 8:13 PM |

Hill, Lindsey ██████████) Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...   Page 7 of 7

EXHIBIT

EXHIBIT 7



EXHIBIT

_____

EXHIBIT 8



EXHIBIT

_____

**EXHIBIT  9**

**8:48**



Trevor ›

> They said the bruises/swelling on my face & jaw will be gone in about 1 week and then for the head symptoms im not sure probably a week ish too. Its better it just makes me wanna sleep a loooot

> I just want it all to go away

I feel so bad that this happened. Wish I could be there with you through it

Today 4:39 PM

> Just grateful that you are showing that you care

Delivered

I do. I absolutely do. Never want to see you hurting ❤️ ❤️

**1:15**

.ıll LTE 🔋





Trevor >

Yesterday 4:39 PM

Just grateful that you are showing that you care

Delivered

I do. I absolutely do. Never want to see you hurting ❤️ ❤️

Today 12:47 PM



Me trying to use the force to heal you



**86**

# EXHIBIT

**EXHIBIT 10**



**9:35**   LTE

## Voicemail

phone

**+1 (_____)**   6/9/21
unknown   00:29

**Trevor Bauer**
phone
May 17, 2021 at 11:18 PM

0:00                    −0:14

### Transcription Beta
"Hey just wanted to check in and see how you're doing um obviously I'm worried about you so if you give me a text or call back whenever you have a chance I just like to talk to ___ _____ let me know bye..."

Was this transcription useful or not useful?

**Marylou**   4/25/21
phone   01:14

**+1 (_____)**   4/23/21
San Diego, CA   00:37

**Lisa _____**   4/21/21
home   00:45

**+1 (_____)**   4/9/21
Strawberry, AR   00:44

**+1 (_____)**   4/8/21
Bell City, LA   00:44

**+1 (_____)**   4/7/21
United States   00:44

Favorites   Recents   Contacts   Keypad   **Voicemail**

**88**

EXHIBIT

_____

**EXHIBIT  11**

12:06





Trevor >

iMessage
Today 11:57 AM

Hey you. Hoping you slept well and are feeling better. I know you said you'd been staying home and haven't been able to do much. Was wondering if it would be helpful if I sent you some stuff? Like groceries or desserts or something? Just trying to think of ways I can help

# CONFIDENTIAL

# Exhibit

# 12

**PALOMAR HEALTH**
Forensic Health Services

# Forensic Health Services
## 121 N. Fig Street, Escondido, CA 92025. (760)739-2150

### SART AFTER CARE INSTRUCTIONS

A Sexual Assault Nurse Examiner has examined you.

Forensic specimens were collected and submitted to law enforcement.

Please contact the assigned detective if you have any questions about these tests or about the investigation.

Case # 21023224 _____          Detective: Off Morales _____

## Medications Given Today

☐ None    Reason _____
☐ Rocephin 250mgs  Intramuscular injection                    Site:____   Time:_____
☑ Azithromycin 1 gm  oral: Time 0620
☑ Levonorgestrel 1.5 mg po: Time 0615        ☐ Ulipristal one tab po Time: _____
☐ Truvada 300/200 mg PO, Raltegavir 400 mg PO  Time:_____
☐ Ondansetron 4mg ODT  Time:_____

☐ nPEP Starter Pack: Time:_____
   Truvada 300/200 mg 1 tab PO Daily (3 tabs)  Raltegavir 400 mg PO BID (6 tabs)
   Ondansetron 4mg 1 tab ODT PRN Daily (6 tabs)
☐ nPEP Education Provided. Declined at this time, may accept meds until: _____

## Testing

- Pregnancy urine test results: Negative _____

- Specimens collected for medical testing  No

   o You will be notified of abnormal results-For Questions call 760-739-2150

## Helpful Information

- Warm soaks for soreness in genital area.  Do not use harsh soaps when washing the genital area.
- Drink lots of fluids: Cranberry juice and water are excellent.
- Wear loose clothing: cotton underwear to allow for good air circulation to genital areas.
- If menstruating, use peri-pad not tampons.
- Soreness and bruising:These may get worse over the next couple of days. If you notice any new bruising, please call the SART office.
- Any fever/increase of pain or any concerns, please contact your primary medical doctor.
- Call 911 for any medical emergencies.

Hill                          Lindsey                              05-10-1994

                                                  05-18-2021
SART AFTERCARE DISCHARGE INSTRUCTIONS  09/2017

**92**

Name: Lindsey C Hill | ██████████████████████

# Progress Notes

Varinthrej Pitis, MD at 06/03/21 1530



**Scripps Clinic Carmel Valley**
3811 Valley Centre Drive
San Diego, CA 92130

Name: Lindsey C Hill
DOB: ████████
MRN: ████████
DOS: ████████

**A/P:**
Lindsey is a 27 y.o. female with recent head trauma c/b LOC 2/2 physical assault in 05/2021,
anxiety/depression, h/o alcohol abusing habit (now sober for since 12/2019), and h/o suicidal
attempt via tylenol OD, who presents for an office visit for UC/ED f/u. PCP Varinthrej Pitis, MD.
Last seen by me via in-office visit on 01/28/2020.

**Visit Diagnosis(es)**
**Confirmed victim of physical abuse in adulthood, subsequent encounter (Primary)**
> **Overview:**
> Per patient: same perpetrator, initial assault in 04/2021 w/ strangulation during sex and 2nd
> incident on 05/16/2021 w/ head and body trauma from closed-fist punches resulting in
> concussion w/ LOC and extensive bruising. Police report filed and case is being built.
> Perpetrator is a well-known baseball athlete.

> **Assessment & Plan:**
> Repeat STD screen.
> Emotional support offered.

> **Orders:**
> - MRI brain without contrast; Future; Expected date: 06/03/2021
> - MRI face without contrast; Future; Expected date: 06/03/2021
> - CBC with Differential order; Future; Expected date: 06/03/2021
> - Comprehensive metabolic panel; Future; Expected date: 06/03/2021
> - Herpes simplex virus antibody, IgG 1 & 2; Future; Expected date: 06/03/2021

**Head injury with loss of consciousness (CMS/HCC)**
> **Overview:**
> Assault incident on 05/16/2021. P/w "severe headache, vomiting x2 or more, signs of
> basilar skull fx (racoon eyes, battle's sign" per ED note on 05/17/2021 on CareEverywhere.

93

CT brain w/o acute fracture or intracranial bleed; CT angio neck w/o dissection; CT maxillofacial w/o Fx (05/17/2021). Residual Sx: HA, dizziness, tinnitus, photophobia, sleepiness, and L jaw pain.

Assessment & Plan:
Exam w/o focal neurological finding. AOx3 w/ normal articulation.
Educate on clinical expectation after concussion w/ LOC.
Follow up MRI as ordered
Neurology referral placed.

Orders:
- MRI brain without contrast; Future; Expected date: 06/03/2021
- Ambulatory referral to Neurology; Future; Expected date: 06/03/2021

**Jaw pain, non-TMJ**
Overview:
Painful w/ mastication and opening mouth. No loose tooth. Suspected residual healing contusion but will r/o undetected Fx on CT

Assessment & Plan:
MRI as ordered
Recommend evaluation by dentist +/- dental x-ray

Orders:
- MRI face without contrast; Future; Expected date: 06/03/2021

**Recurrent major depressive disorder, in partial remission (CMS/HCC)**
Overview:
Active c/b anxiety and PTSD 2/2 acute life changing event as victim of physical abuse. Sx: insomnia, increased anxiety, daytime somnolence, decreased appetite. No SI/HI. Currently on LOA until 07/31/2021 by outside provider. Mood previously well controlled. Compliant w/ Lexapro 10daiy and Trazodone 50qHS. Inbetween mental health provider.

Assessment & Plan:
Psychological condition is worsening.
Continue current treatment regimen. and to establish care w/ new mental health providers, both psychiatrist and psychotherapist.
Psychological condition  will be reassessed in 4 weeks.
Agree w/ LOA from work for 3 months
Has good psychosocial support.
Aware that she needs trauma specialist.
Low risk of self- and others-harm

Information below provided:
Scripps Behavioral Health Inpatient: 619-260-7005
Scripps EAP: 858-626-7450
Scripps Behavioral Health Intranet:
Scrippshealth.sharepoint.com/sites/ScrippsConnect/SitePages/Behavioral-Health-Resources.aspx

The best way to find a psychiatrist (that is covered by your insurance) is as follows.

**Psychiatrists:**
Dr. Anoop Karippot at 10755 Scripps Poway Pkwy Ste 455, San Diego, CA, 92131 Tel.858-

Simple cyst on thyroid u/s (07/2018). No additional work up recommended.

**Preventative health care**
- CBC with Differential order; Future; Expected date: 06/03/2021
- Comprehensive metabolic panel; Future; Expected date: 06/03/2021
- Hemoglobin A1c; Future; Expected date: 06/03/2021
- Lipid Panel w/reflex to Direct LDL if indicated; Future; Expected date: 06/03/2021
- Thyroid stimulating hormone; Future; Expected date: 06/03/2021
- Vitamin D 25 hydroxy; Future; Expected date: 06/03/2021
- Urinalysis with Microscopic Culture if Indicated; Future; Expected date: 06/03/2021

Follow up instruction
In 4 weeks

The primary encounter diagnosis was Confirmed victim of physical abuse in adulthood,
subsequent encounter. Diagnoses of Head injury with loss of consciousness (CMS/HCC), Jaw
pain, non-TMJ, Recurrent major depressive disorder, in partial remission (CMS/HCC), Screening
for STDs (sexually transmitted diseases), History of alcohol abuse, History of suicide attempt,
Thyroid cyst, and Preventative health care were also pertinent to this visit.

S:
HPI

Medical record from Alvarado Hospital Medical Center reviewed in detail.

05/16/2021
- s/p physically abused w/ LOC during sex, unable to recall well
- closed fist punch on cheek bone and jaw and groin
- went to ED at Alvarado Hospital Medical Center on 05/17/2021: CT brain w/o acute fracture and
bleed; CT angiogram; CT maxillofacial
Per ED note "severe headache, vomiting x2 or more, signs of basilar skull fx (racoon eyes, battle's
sign"
- the guy is an athlete; 1st time in 04/2021

Still has pain on right jaw, unable to open mouth

# PTSD
- poor sleep 2/2 anxiety, nap during the day.
- unable to eat, poor appetite
- taking lexapro
- LOA from work right now

Staying sober x1 year on 06/02/2021

Review of Systems - see HPI

**Patient Active Problem List**
Diagnosis
- Recurrent major depressive disorder, in partial remission (CMS/HCC)
- History of alcohol abuse
- Chronic midline back pain

Appearance: Normal appearance. She is well-developed, well-groomed and normal weight. She is not ill-appearing, toxic-appearing or diaphoretic.

HENT:
  Head: Normocephalic.
  Jaw: Tenderness present.



Comments: **Tender over area circled. Faint residual bruising under L eyelid**
Right Ear: Tympanic membrane, ear canal and external ear normal.
Left Ear: Tympanic membrane, ear canal and external ear normal.
Nose: Nose normal.
Mouth/Throat:
  Lips: Pink.
  Mouth: Mucous membranes are moist.
  Dentition: No dental tenderness.
  Comments: **No loose tooth**
Eyes:
  General: Lids are normal. No scleral icterus.
  Extraocular Movements: Extraocular movements intact.
  Conjunctiva/sclera: Conjunctivae normal.
Neck:
  Thyroid: No thyroid mass or thyromegaly.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds and air entry.
Musculoskeletal:
  Cervical back: Full passive range of motion without pain, normal range of motion and neck supple.
Neurological:
  Mental Status: She is alert.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood is anxious.
  Speech: Speech normal.

**96**

Behavior: Behavior is not agitated, slowed, aggressive, withdrawn, hyperactive or combative.
Behavior is cooperative.
Thought Content: Thought content normal. Thought content is not paranoid or delusional.
Thought content does not include homicidal or suicidal ideation. Thought content does not include
homicidal or suicidal plan.
Judgment: Judgment normal.
Comments: **Appropriate affect and behavior considering the event patient just underwent**

Total Time Spent on Patient Care (Face to Face & Non Face to Face): 55 min

(Includes preparing to see the patient, obtaining and/or reviewing separately obtained history,
performing a medically appropriate examination and/or evaluation, counseling and educating the
patient /family/caregiver, ordering medications, tests, or procedures, referring and communicating
with other health care professionals, documenting clinical information in the electronic record,
independently interpreting results and communicating results to the patient/family/caregiver, and
care coordination)

I have an ongoing, continuous relationship with this patient. I am managing some or all of the
patient's conditions across a spectrum of diagnoses and organ systems and serve as focal point
of care for the patient's overall health needs with consistency and continuity over time. This
includes expected oversight, communication, and active monitoring outside of office visits.

This is encounter-based documentation as allowed by CMS changes for 2020 and later.
Documentation in the electronic record is not repeated in the note, but has been reviewed as
indicated in the record. Vitals, Chief Complaint, Allergies, Medications, Review of Systems,
Family, Social, Medical, and Surgical history, Labs, Results, Studies, Flowsheets, Outside
Records, Patient originated data reviewed and updated in the encounter as needed. All the above
is to be included for any coding purposes.

During the visit, the patient attested verbally that they were physically in the state of California.
This visit was performed using interactive audio and visual telecommunications system.

Varinthrej Pitis, MD
Division of Internal Medicine
Scripps Clinic Carmel Valley

# Patient Instructions

Varinthrej Pitis, MD at 06/03/21 1530
Scripps Behavioral Health Inpatient: 619-260-7005
Scripps EAP: 858-626-7450
Scripps Behavioral Health Intranet:
Scrippshealth.sharepoint.com/sites/ScrippsConnect/SitePages/Behavioral-Health-
Resources.aspx

97

# AFTER VISIT SUMMARY


**Alvarado Hospital Medical Center**

Lindsey Hill   MR▮▮▮▮▮▮▮▮

📅 5/17/2021   📍 AH Emergency Room 619-229-3130

## Instructions


**Follow up with AH Emergency Room**
Specialty: Emergency Medicine
Contact: 6655 Alvarado Road
San Diego California 92120-5208
619-229-3110


**Schedule an appointment with No PCP, MD as soon as possible for a visit**

## Today's Visit

Providers who cared for you today: Brigitte B Korkuch, PA

**Reason for Visit**
- Facial Pain
- Rectal Pain

**Diagnoses**
- Acute head injury
- Assault by manual strangulation

### ⅋ Lab Tests Completed
BMP
POCT pregnancy, urine
POCT urinalysis dipstick
URINALYSIS, MICROSCOPIC ONLY
Urinalysis

### ⅋ Lab Tests in Progress
CULTURE URINE

### 🖽 Imaging Tests
CT Angiogram Neck W Contrast
CT Head without Contrast
CT Maxillofacial Bones without Contrast

### ⚕ Medications Given
ibuprofen (ADVIL,MOTRIN) Last given at 10:27 PM
iohexol (OMNIPAQUE) Last given at 9:06 PM
sodium chloride 0.9% (NORMAL SALINE) Stopped at 8:53 PM

Hill, Lindsey (███████████)███████████

# CT Head without Contrast

Status: Final result

## PACS Images

⚲ Show images for CT Head without Contrast

## Study Result

EXAM:
CT Head Without Intravenous Contrast

CLINICAL HISTORY:

Head trauma, repeat vomiting

TECHNIQUE:
Axial computed tomography images of the head/brain without intravenous contrast. CTDI is 70.55 mGy and DLP is 1443 mGy-cm. Numerous low-radiation dose strategies were employed including AEC (Automatic Exposure Control), individualized BMI-based low dose scan protocols and the exam was performed on a CT scanner that is compliant with the NEMA XR-29 Smart Dose Standard. DICOM Radiation Dose Structured Reporting capability and Dose Check Standard are also features of this scanner.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Brain: No acute intracranial hemorrhage, mass effect or evidence of intracranial edema.
Ventricles: Unremarkable.
Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Unremarkable.
Sinuses: Unremarkable as visualized.
Mastoid air cells: No mastoid effusion.
Orbits: Symmetric.

IMPRESSION

No acute intracranial process.

Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2159

StatRad Exam Id 6654059

## Imaging

CT Head without Contrast (Order: 223599510) - 5/17/2021

## Result History

CT Head without Contrast (Order #223599510) on 5/17/2021 - Order Result History Report

## Link to IMG Procedure Log

IMG Procedure Log

## Orders Requiring a Screening Form

Hill, Lindsey (███████████) Printed by [124810] at 5/17/21 11:21 PM

99

Hill, Lindsey

| Procedure | Order Status | Form Status |
|---|---|---|
| CT Head without Contrast | Completed | Created |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **MALHI, HARSHAWN** | 5/17/2021 21:59 | 858-546-3800 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 5/17/2021   20:22 | 5/17/2021   20:59 |

## IMG Transfer Details

Transfer Details:
Please
answer the
below
questions
about the
transfer.:

## External Result Report

External Result Report

⚕ **Encounter**

View Encounter

## End Exam Questions

| | Answer | Comment |
|---|---|---|
| # of repeat films | | |
| Reason for repeat films? | | |
| CTDI: | 70.55 | |
| DLP: | 1443 | |
| Did you shield the patient | | |
| How was the patient shielded during exam? | | |
| Isotope expiration date? | | |
| Isotope lot #? | | |
| Was procedure discontinued? | | |
| Procedure was discontinued | | |
| Reason procedure was discontinued | | |

## Order Requisition

CT Head without Contrast (Order #223599510) on 5/17/21

## Decision Support

| Appropriateness Score | Ordering Provider |
|---|---|
| 9 - Indicated | Brigitte B Korkuch, PA |

Hill, Lindsey (                    ) Printed by [124810] at 5/17/21 11:21 PM

Hill, Lindsey 

| Session ID | Source | CDSM Identifier | Adherence |
|---|---|---|---|
| 183411973 | Web Service | National Decision Support Company CareSelect (G1004) | Yes (ME) |

| Date Time Consulted | Exception | Comment |
|---|---|---|
| 05/17/21 19:20:50 | | |

## Reason for Exam                                                        Priority: STAT

Head trauma, repeat vomiting (Age 19-64y)
Comments:

Hill, Lindsey (                    Printed by [124810] at 5/17/21 11:21 PM

Name:Hill, Lindsey (              94 Gender:1                          Page 3 of 7

**Albumin, Urine POC**

Specimen Collected: 05/17/21 19:13          Last Resulted: 05/17/21 19:20

▦ ⚹ Lab Flowsheet   🗐 Order Details   ⚕ View Encounter   ⚗ Lab and Collection Details   ⤴ Routing
                                                              ↺ Result History

☢ **POCT pregnancy, urine**                                    Order: 223599499
Status: Final result   Visible to patient: No (not released) Next appt: None

| | Ref Range & Units | 5/17/21 1912 |
|---|---|---|
| **Preg Test, Ur** | Negative, Borderline | Negative |

Specimen Collected: 05/17/21 19:12          Last Resulted: 05/17/21 19:20

▦ ⚹ Lab Flowsheet   🗐 Order Details   ⚕ View Encounter   ⚗ Lab and Collection Details   ⤴ Routing
                                                              ↺ Result History

### Lab Information

Lab
AH CLINICAL LABORATORY

### ED Provider Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Brigitte B Korkuch, PA | Cosign Needed | Brigitte B Korkuch, PA | 5/17/2021  9:37 PM | 5/17/2021  7:08 PM |

**Emergency Department Provider Note. Enc: 5/17/2021  6:51 PM**
Lindsey Hill MRN: 108684318 Acct# 726000130639 AH EMERGENCY ROOM

**HPI**

**Chief Complaint: Facial Pain** (pt had rough sex 2 days ago, and was chocked out for 30 mins. pt states vision changes (OD 20/13  OS 20/20)  bilateral zygoma pain, right cheek pain. buttock bruising.  pt doesnt want to fill charges.   ) **and Rectal Pain**

Lindsey Hill is a 27 y.o. female who presents to the ED after she was physically assaulted while having intercourse with a man two days ago. The patient tells me that he became violent and started choking her. She tells me that she passed out for what she believes was about 30 minutes. She now has pain over her cheeks and in her jaw. She has a headache and vomited twice today. She also has pain behind her left ear. Current pain 6/10. She took ibuprofen 400 mg mid day today, with mild improvement. Patient does not want to file police incident report. Patient has a history of alcoholism, and has been sober for 18 months.

**REVIEW OF SYSTEMS**

Please refer to HPI, remainder of 10 systems reviewed are negative.

**PMH**

Hill, Lindsey (                    )Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...   Page 3 of 7

Name:Hill, Lindsey (░░░░░░░░░░░░) Gender:1 Page 4 of 7

**PMH:**
**Past Medical History:**
Diagnosis
  • Alcoholic (CMS/HCC)

Date

History reviewed. No pertinent surgical history.

Previous Medications



Take 10 mg by mouth daily

Take 600 mg by mouth 2 (two) times a day

Take 50 mg by mouth nightly

**Social:**
**Social History**

Tobacco Use
  • Smoking status:        Current Every Day Smoker
  • Smokeless tobacco:     Never Used
Substance Use Topics
  • Alcohol use:           Not Currently
  • Drug use:              Not Currently

**Family:** History reviewed. No pertinent family history.
**Allergies:** She has No Known Allergies.

**PHYSICAL EXAMINATION**

**Vital signs:**Temp: 99.4 °F (37.4 °C) Heart Rate: 78 Resp: 18 BP: 126/86 SpO2: 100 %
Gen: Patient is in NAD, WDWN, responsive.
HEENT: No palpable skull depressions or cephalohematomas. There is bilateral infraorbital ecchymoses, as well as left periorial ecchymoses. +TTP bilateral zygoma, more prominent on the left. +TTP left side of mandible. No battles sign. PERRL. EOMI. Nares clear, no nasal septal hematoma. Normal oropharynx. No malocclusion. MMM.
Neck: No midline TTP or stepoffs, no swelling, trachea midline.
Lungs: Equal breath sounds bilaterally. No increased work of breathing.
Chest: Normal heart sounds. No chest wall TTP. No crepitus.
Abdomen: Soft. Nontender. Nondistended. No peritoneal signs. No palpable masses.
Back: No midline spinal tenderness or stepoffs. No flank tenderness.
Extr: Well perfused, distal pulses intact. No deformity, swelling, or TTP. Full AROM in bilat UE and LE.
Skin: Warm, dry. Facial ecchymoses as above. There is also ecchymoses over the buttocks and the mons pubis and labia.
Neurologic: GCS 15. Follows commands. Normal speech. No focal motor or sensory deficits. Normal gait.

Data

**Lab results:**

Labs Reviewed

Name:Hill, Lindsey

Page 6 of 7

| | |
|---|---|
| BUN | 11.8 |
| Creatinine | 0.9 |
| Glucose | 94 |
| Calcium | 9.1 |
| GLOMERULAR FILTRATION RATE | >60.0 |
| Anion Gap | 10.1 |

**Imaging results as read by Radiology:**

CTA gram Neck W Contrast

Result Date: 5/17/2021
Unremarkable neck CT angiogram.  Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2131  StatRad Exam Id 6653977

Labs & imaging studies/reports reviewed independently by me.
Interpretation of Results:
- Chemistry shows no acute renal dysfunction; no significant derangement of electrolytes or glucose.
- Urinalysis shows UTI, culture pending.
- CTA neck unremarkable.
- CT maxillofacial and CT head pending.
- EKG without acute ischemia or dysrhythmia.

**COURSE/MEDICAL DECISION MAKING:**
Course:
Lindsey Hill presented to the Emergency Department by walk-in for evaluation.  I reviewed the nursing notes.

This is a 27-year-old male who presented to the ED after a physical assault that occurred 2 days prior to my examination.  Patient was alert and appropriately oriented with a nonfocal logic examination.  She appears to have sustained significant head and facial trauma, and reports a strangulation injury and loss of consciousness.

Patient presents for evaluation after suffering a minor blunt head trauma.  I considered high-risk diagnoses such as intracranial hemorrhage, spinal cord injury, acute fracture/dislocation and/or concussion.

Patient is well appearing and neurologically intact with GCS of 15

Severe headache
Vomiting x 2 or more
Signs of basilar skull fx (raccoon eyes, Battle's sign)

A Head CT was ordered based on positive indicators as stated above.  These results, in addition to CT maxillofacial for evaluation of facial fractures, are currently pending.  CT of the neck was obtained secondary to strangulation injury, and showed no acute vascular injury.  Urinalysis shows findings consistent with urinary tract infection and patient will require antibiotics. I will transfer further care of this patient to the attending.

Hill, Lindsey                              Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...   Page 6 of 7

Name:Hill, Lindsey ███████████████                                    **Page 7 of 7**

████████████████ DISPOSITION ████████████████

Final diagnoses:
**Acute head injury**
**Assault by manual strangulation**

███ New Prescriptions ████████████████████
   No medications on file

No follow-up provider specified.

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**Brigitte B Korkuch, PA**
**05/17/21 2137**

### Print Lab Component
   BMP (Order #223599514) on 5/17/21

### Lab Component SmartPhrase Guide
   BMP (Order #223599514) on 5/17/21

## Additional Information

| Specimen ID | Bill Type | | Client ID |
| --- | --- | --- | --- |
| 21AH137-C147 | | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
| --- | --- | --- | --- | --- | --- |
| May 17, 2021 | 7:36 PM | May 17, 2021 | 7:39 PM | May 17, 2021 | 8:13 PM |

Hill, Lindsey ███████████ Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2...   Page 7 of 7

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

118

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

**201**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

223

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

# EXHIBIT F

4/26/22, 10:48 AM
Trevor Bauer could help the Blue Jays. But is his total package worth the risk? - The Athletic

Case 2:22-cv-02062-MWF-AGR Document 39 Filed 08/23/22 Page 252 of 323 Page ID
#:1404

Invite Friends

Following   NFL Draft   NBA Playoffs   UCL   Cities   NFL   NBA   MLB   NHL   Soccer   NCAAF   WNBA   NCAAM   • • •

# Trevor Bauer could help the Blue Jays. But is his total package worth the risk?



By Kaitlyn McGrath   Nov 17, 2020                                          ⧉ 82        🔖

*The free-agent season is well underway. The Blue Jays are expected to be active on the market this year, with the intention of pursuing an impact player to add to their promising roster, according to general manager Ross Atkins.*

*We've done a general overview of the starters, relievers, infielders and outfielders who could interest the Blue Jays. Now, we're going deeper on a handful of players who could make a sizeable impact if they were brought into the fold.*

*We begin today with right-handed starter Trevor Bauer.*

## Biography

Bauer was drafted third overall by the Arizona Diamondbacks out of UCLA in 2011. He was ranked the Diamondbacks' No. 1 prospect in 2012 by Baseball America and he made his MLB debut in June of that year. But according to reports, Bauer's approach to pitching rubbed some people in the organization the wrong way, leading to a trade to the Cleveland Indians in the ensuing offseason.

He spent the next six and a half years in the Cleveland organization, enjoying a breakout season in 2018 when he had a 2.21 ERA in 175 1/3 innings and was a first-time All-Star. He was traded mid-way through 2019, to the Cincinnati Reds, where he had a lacklustre finish to the season. But the shortened 2020 campaign was a career year for Bauer, as he finished with a 1.73 ERA in 73 innings with 100 strikeouts. Last week, he won his first NL Cy Young Award.

**249**

Case 2:22-cv-02062-MWF-AGR   Document 39   Filed 08/23/22   Page 253 of 323   Page ID
#:1405

Throughout his career, Bauer has been a controversial figure. He famously cut his finger while working on his drone a few days before a postseason start and had to exit Game 3 of the 2016 ALCS against the Blue Jays in the first inning because his stitches split and he was bleeding on the mound. Last year, after a frustrating outing, he threw a ball over the centre field fence before his manager removed him from the game. He apologized for the incident afterward.

Off the field, he's an active Twitter user and he's been a part of some ugly interactions, including one in 2019 when a young woman said she felt harassed by Bauer and his followers after interacting with the pitcher online. Bauer acknowledged the situation and asked his followers to stop.

## 2020 in review

In his age 29 season, Bauer was exceptional through the 60-game campaign. His 1.73 ERA led the National League, while he held opposing hitters to a meagre .159/.219/.302 batting line. He set career-best marks in strikeout (36 percent) and walk (6.1 percent) rates. A season ago, Bauer was prone to the home-run ball, allowing 1.4 home runs per nine. But in 2020, he lowered that to 1.1 home runs per nine. It wasn't quite the elite 0.5 per nine he put up in 2018, but it was better nonetheless. He pitched 7 2/3 scoreless innings with 12 strikeouts in Game 1 of the Reds wild-card series loss to the Atlanta Braves. Bauer received 27 of 30 first-place votes for the NL Cy Young Award.

## How is Bauer trending?

Borrowing from colleague Grant Brisbee's piece on Bauer, here are his ERAs in seasons with at least 70 innings pitched ranked from first to worst.

- 1.73 (2020)
- 2.21 (2018)
- 4.18 (2014)
- 4.19 (2017)
- 4.26 (2016)
- 4.48 (2019)
- 4.55 (2015)

In the last seven years, he's had only two seasons with an ERA below 4.00, but those two dominant came in the last three years. (Of note, his FIP was routinely lower than his ERA in the seasons it was above 4.00). His best season, 2020, was also his most recent, which bodes well for his wallet. Big-picture, though, we're hardly talking about a year-to-year elite resume. But it doesn't mean he isn't poised to be great in the years to come. Perhaps he finally came upon the right formula for mixing his pitches in 2020.

**250**



(Via Baseball Savant)

Bauer is a notorious tinkerer who embraces analytics and technology. He has six pitches in his repertoire, although he hardly used his changeup in 2020 and relied more on the four-seamer, cutter, slider, curveball and sinker. He generates plenty of swing and miss with the cutter, slider curveball and four-seamer. Since 2015, he hasn't been great at limiting hard contact, save for 2018, which could be a concern in the hitter-friendly Rogers Centre and tough AL East division.

It must be noted that observers have drawn a line between previous comments Bauer made about foreign substances and spin rates and his improvement in that area in 2020. Bauer wrote in The Players' Tribune in February that he had been searching for a way to throw his fastball with more spin for eight years but "I haven't found any other way except using foreign substances." He also tweeted this in 2018. His fastball spin went from 2,412 rpm in 2019 (89th percentile) to 2,776 rpm in 2020 (100th percentile). Bauer also wrote he thought 70 percent of MLB pitchers were using a foreign substance. Our Eno Sarris looked at the pervasive issue, citing people in baseball who think the percentage is much higher than that. Again, as colleague Brisbee wrote, these are just Bauer's words, and using the accompanying statistics, we can draw our own conclusions. It's possible he cracked the code naturally, but it's worth noting in the event MLB ever stepped in to enforce stricter rules on foreign substances. (Although that appears unlikely.)

## Possible Suitors

In a free agent pitching class with plenty of high-risk, high-reward candidates, Bauer stands alone at the top as the best starter available. He should attract interest from a host of MLB clubs, especially ones looking to bolster their competitive chances.

Beyond the Blue Jays, interested teams could include Reds, Braves, Angels, Yankees, Red Sox, Twins, Mets, Astros, Padres, White Sox, Giants and Dodgers.

## What will he cost?

Case 1:22-cv-02062-MW-AGR  Document 39  Filed 08/23/23  Page 255 of 323  Page ID #:1407

One big question mark around Bauer is how long his deal will be. He has previously expressed interest in signing one-year deals. Although, his agent recently said on Twitter her client would be considering all kinds of deals.

FanGraphs predicts Bauer will sign for three years, $87 million. *The Athletic's* Jim Bowden suggests a one-year deal would be worth $32.5 million, but if he signs for multiple years, it'll be for five years, $135 million. MLB Trade Rumors projected his contract to be four years, $128 million.

Because Bauer rejected a qualifying offer from the Reds, if another team signs him, they will owe the Reds a compensation draft pick. It would cost the Blue Jays their second-highest selection in next year's draft.

## Why Bauer is a fit for the Blue Jays

Toronto needs another top of the rotation arm, to pair with Hyun Jin Ryu. Atkins has said the Blue Jays are looking for a high-impact starter. "We feel good about our ability to cover innings. And now we'd like to increase our ability to prevent runs."

If Bauer can be the 2018 or 2020 version of himself on the mound, he'd provide a significant boost to the starting rotation. With their projected payroll for 2021 at $89 million, per Roster Resource, the Blue Jays should be able to afford Bauer's price tag.

He'll only be 30 years old next season so he should still have a few prime years left in his career. If the Blue Jays believe they are about to enter their competitive window, those timelines match up well. While Bauer has previously expressed interest in signing one-year deals, it appears he's softened on that stance. An adopter of analytics and technology, Bauer fits with a team that embraces modern baseball thinking and the Blue Jays certainly do.

There is also some familiarity between Bauer and Atkins and team president Mark Shapiro, dating back to their time in the Indians organization. Shapiro would have been the Indians president when they traded for Bauer in 2012. In 2015, Shapiro said this to the Akron Beacon Journal when asked why the Indians had traded for Bauer.

"You don't get a guy who was picked where he was in the draft that quickly unless there's something wrong or some emotion. We had to realize when we got him there was some issue that caused (Arizona) to do that. He's been great with us, he's bought in. He's been a hard-working guy that's committed to everything we've recommended. A smart guy, a guy we've partnered with in a process to develop."

## Why Bauer is not a fit for the Blue Jays

Bauer has put up two excellent seasons in which he looked like a No. 1 starter, but they came with a disappointing year (2019) in between and he hasn't yet shown it consistently over a multiple-year stretch. Meanwhile, *The Athletic's* Keith Law pointed out that at various points of his career, he has struggled to throw strikes consistently. For his career, Bauer has a 62.2 percent strike percentage, which is below the MLB average of 63.8 percent. In his best two seasons, Bauer threw about 63 percent strikes. The Blue Jays have circled strike-throwing as an area they need to improve in.

Bauer is polarizing. He is outspoken (he prefers to call it honest and direct). He has had on-field outbursts, has displayed poor judgement on social media and has engaged in problematic interactions with ordinary people, including the aforementioned young woman. A quick survey of Jays fans on Twitter suggests opinions are mixed about whether the team should pursue him. Any team that signs him would need to be prepared for the potential headaches he might bring. The Jays front office would need to consider his reputation and his personality, and whether he's a fit for the culture they're building in Toronto.

## In conclusion

This offseason, Bauer has been engaging online with various fan bases, including the Blue Jays, about his future destination. But Bauer is the best starter on the market and Toronto is just one of the many places he could end up. Based on some recent

**252**

comments of his, perhaps the Mets are the favourites now. He's the type of arm the Blue Jays need to complement their rotation and his 2020 could be a springboard into a period of dominance for him. The Blue Jays could afford his price, but with other areas of need — centre field, the infield — they may opt to make a bigger splash on the position player side and choose to upgrade their rotation with a next-tier arm, like Taijuan Walker, James Paxton or Jake Odorizzi. Bauer's clubhouse fit is another careful consideration. Toronto has committed to trying to add an impact player this winter, we're just not sure Bauer is the guy.

*(Top photo: AP Photo / Aaron Doster)*

## What did you think of this story?



MEH



SOLID



AWESOME

Kaitlyn McGrath is a staff writer for The Athletic covering the Toronto Blue Jays. Previously, she worked at the National Post and CBC. Follow Kaitlyn on Twitter @kaitlyncmcgrath

| National | US | Canada | Share |
|---|---|---|---|
| Boxing | MLS | Arizona | Memphis | Calgary | Buy a Gift |
| Bundesliga | Motorsports | Atlanta | Miami | Edmonton | Invite Friends |
| Champions League | NBA | Baltimore | Minnesota | Montreal | |
| College Football | NFL | Bay Area | Nashville | Montréal (français) | HQ |
| Culture | NHL | Boston | New Orleans | Ottawa | Careers |
| EFL | NWSL | Buffalo | New York | Toronto | Code of Conduct |
| Europa League | Olympics | Carolina | Oklahoma | Vancouver | Business Inquiries |
| Fantasy Baseball | Premier League | Chicago | Oregon | Winnipeg | Press Inquiries |
| Fantasy Basketball | Scottish Premiership | Cincinnati | Orlando | | |
| Fantasy Football | Serie A | Cleveland | Philadelphia | | Support |
| Fantasy Hockey | Sports Betting | Columbus | Pittsburgh | | FAQ |
| Fantasy Premier League | Sports Business | Dallas | Sacramento | | Forgot Password? |
| Gaming | UK Women's Football | Denver | San Antonio | | Redeem Gift |
| Golf | WNBA | Detroit | San Diego | | Contact Us |
| International Soccer | Women's College Basketball | Houston | Seattle | | |
| La Liga | The Athletic Ink | Indiana | St. Louis | | Newsletters |
| LNH | Podcasts | Jacksonville | Tampa Bay | | The Pulse |
| Men's College Basketball | Headlines | Kansas City | Utah | | |
| Mixed Martial Arts | Real Time | Las Vegas | Washington DC | | |
| MLB | The Athletic UK | Los Angeles | Wisconsin | | |

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support

  

 

# EXHIBIT G

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 258 of 323 Page ID #:1410

# Rosenthal: Mets increasing focus on free-agent pitcher Trevor Bauer

By Ken Rosenthal   Jan 22, 2021                        🗩232    🔖

---

(**Editor's note:** *This story has been updated with additional information about Bauer's social media interactions and a statement from Bauer.)*

The Mets are considering signing free-agent right-hander Trevor Bauer, a move that, coming days after the team's firing of general manager Jared Porter for sexual harassment, would invite a different form of scrutiny for the club.

Bauer, the top pitcher on the open market, never has been accused of doing anything as egregious as Porter. But he is an active and occasionally controversial social-media presence, and the Mets are aware his addition would renew questions about the team's culture.

In 2019, a student at Texas State University, Nikki Giles, said she felt harassed by a series of tweets from Bauer. Bauer's exchange with Giles was not sexual, but he later acknowledged on Twitter that it was out of line.

"I have been made aware that some of the interactions related to a specific Twitter exchange may have had a negative impact," Bauer said. "That was not my intention. I will wield the responsibility of my public platform more responsibly in the future."

Bauer, however, got into another Twitter conflict in August, after New York Daily News writer Kate Feldman responded to his promotion of a video in which he discussed a potential COVID-19 outbreak among the Reds.

Feldman said, "When you're definitely worried about the health and safety of your teammates . . ." Bauer replied, "When you're definitely terrible at your job or desperate for someone to notice you. Here, let me send more followers your way. Have a wonderful day."

**255**

"I had death threats and Holocaust jokes in my mentions for months after he went after me," Feldman tweeted Friday night. "I didn't tag him. I didn't even (quote tweet) him. This is what his followers did after he told them to go after me. This is OK with his agent, reporters and, I guess, the Mets."

Bauer frequently responds to fans on Twitter, male and female, who he believes are provoking him or seeking attention. He had at least one other tweet in recent months that caused some of his followers to go after the recipient, exposing her to their harassment. In general, the fallout for women on Twitter is harsher than it is for men.

In a statement on Friday, Bauer said, "I have always tried to be an open book and appreciate that social media gives me a platform to have an open dialogue with fans and the greater public.

I don't shy away from confrontation and am often quick to defend myself, but I am by no means a bully and I take great offense to my character being called into question. I understand what comes with having a following on social media but I have never asked for nor do I condone anyone making threats or lewd comments on my behalf."

Some in baseball also take exception with Bauer's personality, but he was well-liked by his Reds teammates last season while producing a 1.73 ERA in 73 innings and winning the National League Cy Young Award. The Mets are not the only club talking about signing him. The Dodgers and Blue Jays are among the other clubs believed to be in the mix. The Twins are not, sources said, in response to an earlier version of this story.

The Mets' interest in Bauer is not new, but sources said it has become more focused in recent days, in the wake of the Blue Jays reaching an agreement with free-agent outfielder George Springer on a six-year, $150 million contract.

The Blue Jays struck their deal with Springer on Tuesday, the same day the Mets dismissed Porter after an ESPN report revealed that he had sent a journalist from a foreign country explicit, unsolicited photos, including a photo of a naked penis.

The Mets had targeted Springer and appear likely to sign shortstop Francisco Lindor, whom they acquired in a trade earlier this month from the Indians, to a contract extension worth more than $300 million.

The addition of Bauer likely would put them over the $210 million luxury-tax threshold, recently described by team president Sandy Alderson as a "significant demarcation." But the team also has maintained it might be willing to exceed the threshold for certain players.

The price Bauer would command is unclear. Entering his age-30 season, he is open to both short- and long-term contracts. The Mets, like the Dodgers, likely would prefer a short-term deal with a high average annual value. And because Bauer rejected the Reds' qualifying offer, the Mets would forfeit their second-highest pick in the draft and $500,000 from their international bonus pool if they signed him.

*(Photo: Adam Hagy / MLB Photos via Getty Images)*

**What did you think of this story?**

**256**



**MEH**



**SOLID**



**AWESOME**

**Ken Rosenthal** is the senior baseball writer for The Athletic who has spent more than 25 years covering the major leagues. In addition, Ken is a broadcaster and regular contributor to Fox Sports' MLB telecasts. He's also won Emmy Awards in 2015 and 2016 for his TV reporting. Follow Ken on Twitter **@Ken_Rosenthal**

# EXHIBIT H

Invite Friends

# Dodgers accept Trevor Bauer's history and bet he will pitch great



By Pedro Moura    Feb 5, 2021                                                    💬 153    🔖

After lingering in the market for months, the Dodgers on Friday agreed to a massive contract with talented, antagonistic starter Trevor Bauer.

Bauer, 30, will join the World Series winners on a three-year deal that guarantees him $102 million, according to *The Athletic's* Ken Rosenthal. The pact is clearly designed to last two seasons and pay him $85 million. It contains opt-out clauses and record-breaking sums of $40 million in 2021 and $45 million in 2022, then a $17 million figure in 2023 that protects the right-hander in case of injury.

It is an unusual agreement. In the modern era, top free agents of Bauer's age have not often signed for short terms, though two years ago the Dodgers agreed to another three-year contract with another top 30-year-old pitcher: Clayton Kershaw.

Bauer's case was always a bit different, as he years ago promised a friend he would never sign a contract longer than one year. This is not quite that, but he can make it that. And in that way, he was the ideal target for the Dodgers, who repeatedly have offered top free agents deals with shorter terms but larger annual payouts than their peers.

This time, it worked, in part because Bauer's market never materialized beyond a few teams. His previous employer, the Cincinnati Reds, never seriously tried to bring him back. The New York Mets reportedly offered Bauer more money than the Dodgers, but less over the first two seasons. The Dodgers are betting that Bauer will be one of baseball's best pitchers in those two seasons, strengthening a rotation now seven-deep in above-average starters.

**259**

Dodgers: Breaking down Bauer's history and new deal – The Athletic

That's no easy bet, as Bauer's results were a disappointment until 2018. But his impact on modern pitching cannot be overstated. He has exhaustively studied how to stay healthy, throw hard and develop new pitches, and he has been successful in all three pursuits. Because of his rise to fame, hundreds of amateur and professional pitchers flock to Driveline Baseball, where he trains, and places like it. Pitch design, weighted balls and velocity development are en vogue. Bauer is a clear progenitor of the new era, and he has capitalized by building an outsized online brand for a pitcher with an unspectacular track record.

Alex Cobb, whom the Angels acquired in a salary dump this week, shares the same ERA (3.90) as Bauer since the latter's 2012 debut. Cobb does not have an Instagram or Twitter account. Between those two platforms and his YouTube channel, Bauer is approaching 1 million devotees. He has wielded his influence to belittle and harass people, particularly women, across the internet. He has trolled. He also has told fans asking about the Cleveland Indians' logo to shut up, writing, "I haven't met a single Native American yet who thinks it's racist." He has denied humans' role in climate change and denied denying it. There are many more examples.

Bauer has repeatedly denied being a bully, arguing instead that fans bully him.

"It probably isn't smart," Bauer once told Sports Illustrated of his online actions. "It probably isn't ideal. I don't go out of my way to harass anybody. But, I mean, if you're going to come at me, that's just what I do."



Trevor Bauer has had success on the mound but has been antagonistic toward fans online. (Michael McLoone / USA Today)

Evidently, the Dodgers decided that his pitching potential outweighs the risk that he will behave that way while in their organization.

**260**

And, yes, he has a lot of potential. The Dodgers are not signing Bauer expecting a 3.90 ERA. In two of his last three seasons, he dominated, including a 1.73 ERA in the shortened 2020 season. That effort won him the National League Cy Young Award. But Bauer benefited from the unique COVID-19-influenced schedule that enabled him to face the weakest slate of offenses in the sport. Ten of his 11 starts were against offenses that ranked in baseball's bottom third.

This will be a homecoming. Bauer attended high school 30 miles north of Dodger Stadium in Santa Clarita. He went to college 16 miles west at UCLA. Arizona selected him third overall in the 2011 draft, then traded him 18 months later to Cleveland. The organization had grown tired of him. "He just had a really tough year with his teammates," Diamondbacks president Derrick Hall told USA Today.

"When you get a guy like that and he thinks he has everything figured out," catcher Miguel Montero told Arizona Sports 620 after the trade, "it's just tough to convince him to get on the same page with you."

Fewer teammates publicly griped about Bauer's behavior during his Cleveland tenure, and none over his months with Cincinnati. But the Dodgers must have considered and accepted the possibility his arrival will disrupt what has long been a prized environment. And, as the reigning World Series winners, they were the furthest team from desperate.

The Dodgers made, in that way, a bewildering decision. For six years under president of baseball operations Andrew Friedman, they have collected financial flexibility and cultivated clubhouse chemistry. On Friday, they agreed to soar past the luxury-tax threshold and surrender much of the former while risking much of the latter. They acquired a man with a history of antagonistic behavior. As the contract has not yet been formally announced, the Dodgers have not spoken to that yet. Soon enough they must.

*(Top photo of Trevor Bauer: Justin Berl / Getty Images)*

### What did you think of this story?



MEH



SOLID



AWESOME

| National | | US | | Canada | Share |
|----------|--|----|--|--------|-------|
| Boxing | Motorsports | Arizona | Memphis | Calgary | Buy a Gift |
| Bundesliga | NBA | Atlanta | Miami | Edmonton | Invite Friends |
| Champions League | NFL | Baltimore | Minnesota | Montreal | |
| College Football | NHL | Bay Area | Nashville | Montréal (français) | HQ |
| Culture | NWSL | Boston | New Orleans | Ottawa | Careers |
| EFL | Olympics | Buffalo | New York | Toronto | Code of Conduct |
| Europa League | Premier League | Carolina | Oklahoma | Vancouver | Business Inquiries |
| Fantasy Baseball | Scottish Premiership | Chicago | Oregon | Winnipeg | Press Inquiries |
| Fantasy Basketball | Serie A | Cincinnati | Orlando | | |
| Fantasy Football | Sports Betting | Cleveland | Philadelphia | | Support |
| Fantasy Hockey | Sports Business | Columbus | Pittsburgh | | FAQ |
| Fantasy Premier League | UK Women's Football | Dallas | Sacramento | | Forgot Password? |
| Gaming | WNBA | Denver | San Antonio | | Redeem Gift |
| Golf | Women's College Basketball | Detroit | San Diego | | Contact Us |
| International Soccer | Women's Euros | Houston | Seattle | | |
| La Liga | World Cup | Indiana | St. Louis | | Newsletters |
| | | | | | The Pulse |

**261**

| LNH | The Athletic Ink | Jacksonville | Tampa Bay |
| Men's College Basketball | Podcasts | Kansas City | Utah |
| Mixed Martial Arts | Headlines | Las Vegas | Washington DC |
| MLB | Real Time | Los Angeles | Wisconsin |
| MLS | The Athletic UK | | |

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support

 

 

# EXHIBIT I

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 267 of 323 Page ID
#:1419

Invite Friends

Following    NFL Draft    NBA Playoffs    UCL    Cities    NFL    NBA    MLB    NHL    Soccer    NCAAF    WNBA    NCAAM    • • •

# Knight: Trevor Bauer isn't worth the headache, so why would the Dodgers want him?



By Molly Knight   Feb 5, 2021                                                475

It has been a painful two weeks for women who work in baseball and for any fans who are upset by the harassment of women within the sport.

But if there was one silver lining in the gross stories detailing the alleged inappropriate behavior of former Mets general manager Jared Porter and current Angels pitching coach Mickey Callaway, it was that they were being published at all and that anyone cared. Porter was fired. The Angels suspended Callaway on Tuesday while they investigate. There was a growing feeling around the sport that harassment of women would finally — finally — have consequences.

That feeling lasted three days.

On Friday, the Dodgers agreed to make Trevor Bauer their highest-paid player. This season, he will earn more than Mookie Betts, Clayton Kershaw, Cody Bellinger and Corey Seager. In fact, Bauer's $40 million salary for 2021 will not only be the highest in the sport, but it also will be the highest annual salary in the history of the game. He will earn a whopping $45 million in 2022 (another record) in a contract that will guarantee him $102 million over three years.

Bauer will sign this contract on the heels of the Porter and Callaway debacles despite being notorious for harassing women online. He also has mocked those who identify as trans or non-binary. Some might consider Bauer's online menacing as "confrontational" or "controversial." Many of those people will never experience walking into a locker room and not being aware of their gender identity or their race or their sexual orientation every single second, constantly ready for it to be weaponized

**264**

against them. A tweet, a comment or a joke only crosses the line from "controversial" to unacceptable when it makes one aware that they've never belonged and never will.

Bauer is hardly the only professional athlete to harbor prehistoric cultural opinions, but he's certainly one of the loudest about them. And because of the nature of the internet, and because of how vocal he is through Twitter and his own YouTube channel, he has built an army of hundreds of thousands of followers ready to attack others on his behalf.

Surely, the Dodgers are aware of this problem. They may even have read about New York Daily News writer Kate Feldman, who said she endured death threats and Holocaust jokes in her mentions for months after Bauer told his followers to go after her. But it obviously didn't bother the Dodgers because they went ahead and guaranteed Bauer the highest average annual salary for a player in baseball history anyway.

It's no longer enough to just blame players for being cruel or abusive online. The Dodgers must now answer for this as well. They bought Bauer for $102 million. They now own all of this. Are they cool with stuff he's tweeted in the past? Will they monitor his feeds going forward and suspend him if he crosses the line? Where exactly is that line? Have they interviewed women who work in the organizations where he's played to find out if any of this harassment extended offline?

It's been a week since Mets team president Sandy Alderson was asked whether he had contacted any women as character references for Porter. Alderson said he had not. Every single team in MLB should have learned from that mistake. Did the Dodgers?

Do they care?

I understand a lot of fans aren't bothered by this stuff at all. They use sports to escape their lives and not think about the bad stuff some athlete says online. The last thing they want is their favorite sports team to add to their daily stress outside of wins and losses. That's understandable. Except that Bauer's questionable judgment and immaturity has bled onto the field as well and has hurt the teams he's played for.

There was the time he nearly severed the pinky finger on his pitching hand before the biggest start of his life and couldn't pitch. Then there was the time he had a bad outing and humiliated himself with a temper tantrum for the ages, launching the ball from the mound over the center-field fence in disgust as Terry Francona pulled him from the game.

He never threw another pitch for Cleveland and got traded to Cincinnati.

In six full seasons before the pandemic, Bauer posted an ERA below 4.00 just once. In 2020, he established himself as an ace and won the National League Cy Young Award. Critics say the honor only half-counts because the regular season was just 60 games. Scouts say his stuff ranks him as a top-five pitcher in the game right now.

Under Andrew Friedman, the Dodgers have been incredibly selective in signing free agents. While Friedman did grant Mookie Betts a 12-year deal worth $365 million last season, it was technically a contract extension because Betts was still playing out the last year of the deal he signed with Boston. At the time of that signing, the Dodgers' president of baseball operations said he knew Betts was the type of franchise player he wanted to give that kind of money because of his character and work ethic.

Friedman said that, when he got to his office on the club level in left field at Dodger Stadium to go to work every day last summer, Betts was always the first player on the field. He also had been impressed when Betts, not known as a rah-rah blowhard, called a team meeting in spring training and spoke to his teammates about what it took to win a championship. Friedman believed in Betts's character so much that he offered him that extension before the right fielder had even played a game for the Dodgers. He was right.

**265**



The clubhouse culture that Andrew Friedman prioritized could be put to the test with Trevor Bauer. (Gary A. Vasquez / USA Today)

I've been following the Dodgers my whole life and lived through so many heartbreaking playoff losses. Yet when Betts led the Dodgers off the field in silent protest of police brutality last August, I knew they would win the World Series for the first time in 32 years. Not because of some woke political awakening, but because the team appeared to finally A) have a leader in the form of a position player and B) pull from the same side of the same rope after years of fielding an insanely talented roster with an even more insane collection of disparate and competing personalities.

And win they did. Team chemistry is often overrated, but the Dodgers showed their mettle when they fought back from being down 3-1 in the National League Championship Series and then again after that disastrous World Series loss in Game 4, which would have been played on a loop forever had the Rays won the series. Of course, there will never be a clubhouse of 26 guys who love each other all the time, but this group seemed to excel after vamoosing some of its biggest divas.

This brings us back to Bauer.

By all accounts, he got along just fine with his teammates in Cincinnati. We know what happened in Cleveland. His early years in Arizona did not go well. At one point, he was only interacting with his catcher through reporters.

The Dodgers are reigning champions with the talent to repeat. Did they really need to introduce such a strong personality who might disrupt that locker room?

**266**

Maybe the Dodgers felt pressure to keep up in the arms race with the Padres, who brought in Yu Darvish and Blake Snell to complement Dinelson Lamet, Chris Paddack, and Mike Clevinger (when he returns from Tommy John surgery).

Bauer will bolster a rotation that already has co-aces Walker Buehler and Kershaw, playoff hero Julio Urías, burgeoning talents Dustin May and Tony Gonsolin and veteran David Price. The Dodgers could choose to flip one or more of the younger pitchers for a corner bat should they fail to re-sign Justin Turner. They could convert Urías into their closer. Hell, they could experiment with a six-man rotation for part of the year to help preserve arms for October.

It's not a great feeling to be a fan who's conflicted about rooting for a favorite team. Obviously, the Dodgers didn't feel that Bauer's past was enough to preclude them from adding him to their roster. They also don't seem to be concerned that his personality could fracture the chemistry in a clubhouse that finally overcame its near-decade of titanic ego clashes to win a title. Maybe he'll pitch well and stay off social media altogether.

It's just hard to see how alienating a segment of the team's loyal fan base is worth whatever value he provides on the field. The Dodgers won without him three months ago. Signing him isn't worth the headache.

(*Top photo of* Trevor Bauer: *Joe Robbins / Getty Images*)

## What did you think of this story?



MEH



SOLID



AWESOME

| National | | US | | Canada | Share |
|---|---|---|---|---|---|
| Boxing | MLS | Arizona | Memphis | Calgary | Buy a Gift |
| Bundesliga | Motorsports | Atlanta | Miami | Edmonton | Invite Friends |
| Champions League | NBA | Baltimore | Minnesota | Montreal | |
| College Football | NFL | Bay Area | Nashville | Montréal (français) | HQ |
| Culture | NHL | Boston | New Orleans | Ottawa | Careers |
| EFL | NWSL | Buffalo | New York | Toronto | Code of Conduct |
| Europa League | Olympics | Carolina | Oklahoma | Vancouver | Business Inquiries |
| Fantasy Baseball | Premier League | Chicago | Oregon | Winnipeg | Press Inquiries |
| Fantasy Basketball | Scottish Premiership | Cincinnati | Orlando | | |
| Fantasy Football | Serie A | Cleveland | Philadelphia | | Support |
| Fantasy Hockey | Sports Betting | Columbus | Pittsburgh | | FAQ |
| Fantasy Premier League | Sports Business | Dallas | Sacramento | | Forgot Password? |
| Gaming | UK Women's Football | Denver | San Antonio | | Redeem Gift |
| Golf | WNBA | Detroit | San Diego | | Contact Us |
| International Soccer | Women's College Basketball | Houston | Seattle | | |
| La Liga | The Athletic Ink | Indiana | St. Louis | | Newsletters |
| LNH | Podcasts | Jacksonville | Tampa Bay | | The Pulse |
| Men's College Basketball | Headlines | Kansas City | Utah | | |
| Mixed Martial Arts | Real Time | Las Vegas | Washington DC | | |
| MLB | The Athletic UK | Los Angeles | Wisconsin | | |

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 271 of 323 Page ID #:1423

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support



# EXHIBIT J

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 273 of 323 Page ID
#:1425

Invite Friends

# Knight: What Trevor Bauer should've said at his first Dodgers press conference



By Molly Knight    Feb 11, 2021                                    💬 295

It wasn't as big of a debacle as, say, Justin Turner returning to the field to celebrate a world championship with his teammates while infected with the coronavirus last October. But it wasn't as mellow as a typical sunny February afternoon at Chavez Ravine, either.

If Trevor Bauer thought that, in signing with the Dodgers over the Mets, he could escape New York's famously tough media for a benign and breezy pack of beat writers not frothing at the mouth with tabloid teeth, he certainly received a rude awakening at his introductory press conference on Thursday. About two-thirds of the 45-minute media session at Dodger Stadium was devoted to questions about Bauer having harassed women on social media.

---

**Los Angeles Dodgers** ✔️  🐦
@Dodgers

LIVE: Watch the press conference from Dodger Stadium.

---

**270**



Los Angeles Dodgers
Dodger Stadium presser

1:34 PM · Feb 11, 2021

♡ 1K        ↩ Reply       ⬆ Share

**Read 22 replies**

The timing for Bauer's record-setting $102 million contract could not have been worse for the Dodgers. Three weeks ago, Mets general manager Jared Porter was fired for having harassed a female reporter. Last week, the Angels suspended pitching coach Mickey Callaway while the club investigates a report that five women in the industry accused him of lewd behavior.

Bauer — who has cultivated an online presence totaling nearly 900,000 followers on Twitter, Instagram and YouTube — has been involved in two highly publicized incidents in which young women came forward to say they were harassed by him and his followers. One of those women, who is Jewish, said she received Holocaust jokes in her Twitter mentions for months.

When asked about these incidents on Thursday, Bauer said he had learned from his past mistakes. He was pressed by multiple reporters on what he had learned. He declined to answer. He said it was "not the right forum" to discuss what happened, what he learned and how he is going to do better moving forward.

But whether saying that was his idea or some kind of crisis management PR person's brainchild, the strategy was misguided.

Thursday marked Bauer's introduction to Los Angeles. He signed a free-agent deal in a post-Jared Porter and Mickey Callaway world. People in baseball harassing women is one of the biggest topics in the sport right now. The Dodgers are paying Bauer $40 million to pitch for them this season. That's more than Mookie Betts and Clayton Kershaw — two future Hall of Famers whose characters are above reproach. Of course, Bauer was going to be asked about his past behavior.

Here is what he could have said:

*Hi, everyone. It's so great to be signing with my hometown team today and realize a dream come true. I used to sit in those bleachers out there and listen to Vin Scully call the games. To have a world championship team like this want me to join them is the honor of my career. I'm so excited to be here, and I can't wait to meet all my teammates soon and interact with all of you fans when it's safe. I've got so many ideas for working within the community to help grow the game. Giving back is important to me. I grew up here and went to college here, and it's so great to be back.*

*But before we begin, I want to address some things that I think are important. There have been some incidents lately of men in this sport treating women badly, and I just want to say that, if the stuff that I've read is true, then I'm disgusted by it. Some people might know that I've gotten into a couple of online incidents in the past with two women, and I just want to explain a little bit about what happened and how I've grown from it.*

*I've always felt like a bit of an outsider, or an underdog maybe. It's tough to remember that I'm a Major League Baseball pitcher with a ton of social media followers. Some of these strangers I don't even know will just go after someone I might be sparring with online and say the*

Case 2:22-cv-02062-MWF-AGR   Document 38   Filed 08/29/22   Page 275 of 323   Page ID #:1427

*most horrible, shocking, hurtful and vile things I would never say myself, nor would I condone. But even though I myself didn't say some of these things, I do have to own my part in retweeting some of these women and encouraging my fans to engage with them. I realize now that I wasn't just defending the underdog I've always felt like I am. Instead, I was punching down. That's not cool. I respect women. I'm sorry for what's happened in the past, and I've privately made amends.*

*Becoming famous is weird. Going from having 20 Twitter followers to over 400,000 can be disorienting. I'm human, and I made mistakes. I'm really sorry, and I want to do better. I'm not going to encourage my followers to go after those who don't have the same kind of status as I do anymore. I'm no longer an underdog. I'm a Cy Young Award winner, and I'm going to be the highest-paid player in baseball this year. I'm going to represent the Dodgers well in everything I do. I take that seriously. I've made mistakes, and I'm committed to listening to how I may have hurt others in the past and growing up so it doesn't happen again.*

*I just want to help the team win. I don't want to be a distraction. I want to be a good teammate, give back to the community and bring another championship back to L.A. as soon as possible.*

It's possible for people to grow and to change. Maybe Bauer really has learned from his mistakes and he will do better. But the problem is, he doesn't have any motivation to change a single thing about his behavior, not after the Dodgers found nothing wrong with it and gave him $40 million to pitch for them in 2021 and $45 million to pitch for them next year.

Some Dodgers fans do not care about Bauer's online behavior, and they think all this handwringing is a waste of time. But a great many fans feel alienated by the signing and are stung that the organization they love signed this guy.

Young people make dumb mistakes, especially online. But the first step to forgiveness is accountability. Unfortunately for Bauer and the Dodgers, there was none of that Thursday.

*(Photo of Trevor Bauer: Jon SooHoo / Los Angeles Dodgers)*

**What did you think of this story?**



MEH



SOLID



AWESOME

---

National    US    Canada    Share

Boxing — MLS — Arizona — Memphis — Calgary — Buy a Gift
Bundesliga — Motorsports — Atlanta — Miami — Edmonton — Invite Friends
Champions League — NBA — Baltimore — Minnesota — Montreal
College Football — NFL — Bay Area — Nashville — Montréal (français) — HQ
Culture — NHL — Boston — New Orleans — Ottawa — Careers
EFL — NWSL — Buffalo — New York — Toronto — Code of Conduct
Europa League — Olympics — Carolina — Oklahoma — Vancouver — Business Inquiries
Fantasy Baseball — Premier League — Chicago — Oregon — Winnipeg — Press Inquiries
Fantasy Basketball — Scottish Premiership — Cincinnati — Orlando
Fantasy Football — Serie A — Cleveland — Philadelphia — Support
Fantasy Hockey — Sports Betting — Columbus — Pittsburgh — FAQ
Fantasy Premier League — Sports Business — Dallas — Sacramento — Forgot Password?

Redeem Gift

**272**

| | | | | |
|---|---|---|---|---|
| Gaming | UK Women's Football | Denver | San Antonio | Contact Us |
| Golf | WNBA | Detroit | San Diego | |
| International Soccer | Women's College Basketball | Houston | Seattle | Newsletters |
| La Liga | The Athletic Ink | Indiana | St. Louis | The Pulse |
| LNH | Podcasts | Jacksonville | Tampa Bay | |
| Men's College Basketball | Headlines | Kansas City | Utah | |
| Mixed Martial Arts | Real Time | Las Vegas | Washington DC | |
| MLB | The Athletic UK | Los Angeles | Wisconsin | |

©2022 The Athletic Media Company. All rights reserved.   Policy Center   Support



# EXHIBIT K

Invite Friends

Following    Warriors-Mavs    Cities    NFL    NBA    MLB    NHL    Soccer    NCAAF    WNBA    NCAAM    NCAAW    Betting    • • •

# Introduced as a Dodger, Trevor Bauer declines to address his online behavior



By Pedro Moura    Feb 11, 2021                                                  ⬜ 118

The Dodgers introduced Trevor Bauer to their fan base on Thursday afternoon. Those who wanted to hear what all the team saw in him heard it from center field at Dodger Stadium. President of baseball operations Andrew Friedman emphasized his infatuation with Bauer's talent and durability.

"His ability to take the ball every turn," Friedman said, "is really impactful."

Even discounting his stated desire to start every fourth day, Bauer becomes the best bet to lead the Dodgers' staff in innings pitched. The team sees that as particularly valuable given the uncertainty over how much pitchers will be able to handle in 2021.

Those who wanted to hear what Bauer saw in the Dodgers heard it, too. He mentioned three key factors: the existing organizational structure, the assembled roster and a willingness to approach his tenure as a "partnership." He said he considered a host of other factors, with tax ramifications and locale among them. He said he was tired of finishing second for a championship, as he has twice, and not first, as the Dodgers just did.

Those who wanted to hear Bauer address his internet bullying heard little of substance. He was willing to delve into granular detail about his experience with what he saw as harassment: a fan who this week followed him through his Los Angeles hotel lobby all the way to near the elevator in pursuit of an autograph. "Just have a little bit of respect and understand that we are people too," Bauer advised that person and all fans, promising he will sign autographs for and interact with "everybody possible."

Bauer, 30, was unwilling to offer any detail about the online harassment he has inflicted on other people. He would say only that he has made mistakes, that he has learned from those mistakes, that he's trying his best to be better, and that his pursuit has included

conversations with fellow humans to "understand other perspectives."

He offered no apologies, only platitudes. Asked if he planned to stop attacking people online, he did not say. He said Thursday was not the forum for such a discussion. Earlier, he called it a "very nuanced issue."

That obscures the simplicity of what has happened. Bauer has for years wielded his sizable platform to harass people on the internet and espouse views that marginalize people. There are too many examples to recount here. He has suggested that Barack Obama was not born in the United States. He has tagged a young woman in dozens of tweets and sent his parade of followers her way, after she told him he was her least favorite athlete. He has told a person asking about his opinion on the Indians' logo to shut up and added that he hadn't "met a single Native American yet who thinks it's racist."



Here are two less publicized exchanges, both of which remained on Twitter as of Thursday night.

1. On the penultimate day of 2018, he filmed an airport conversation between two young women and posted it. "This is one of the worst self inflicted verbal train wrecks I have ever witnessed. My generation is stupid," he wrote. One week later, a user wrote back to him, criticizing his decision to record them. Five minutes later, he wrote back: "I identify as a 12 year old. This is 2019. You have to have empathy for me and my condition." It appeared to be a transphobic reference to people changing their gender identities; he has used a variation of the line at least four times.

2. In June, a woman tagged Bauer on a tweet that linked to *The Athletic*'s roundtable with six Black baseball players. "How bout you educate yourself a bit," she wrote, "you said it yourself, you haven't had a chance to yet." Bauer replied with a previous tweet of his own that promoted an upcoming video from his media network that featured Black players. She replied that she had pre-judged him and promised to watch the video. "Typical — try to shit on an athlete without doing any research, then realize you're in the wrong, then get excited when they reply and look dumb," Bauer wrote back. "Can you see why I want to do more research on a subject and educate myself on it more before I voice an opinion now?"

The Dodgers, of course, know about this, if not these specific instances. Friedman referred to Bauer's online history as "something that we wanted to dig into" as they pursued him as a free agent. Friedman said the Dodgers did dig into it. He said both he and team president Stan Kasten talked to Bauer about it.

"From our standpoint, it was important to have that conversation," Friedman said. "We came away from it feeling good about it. Now, obviously, time will tell. But I feel like he's gonna be a tremendous add, not just on the field but in the clubhouse, in the community. That's obviously why we're sitting here."

Friedman deferred to his track record with the Dodgers as evidence of his decision making. The team has prided itself on an inclusive clubhouse, particularly in recent seasons, one where veterans do not demean more inexperienced players.

"Hopefully over the last six-plus years, some trust and credibility has been built up, in terms of the research we do on players, the vetting process we go through in terms of talking to teammates of players we're looking at, talking to clubhouse guys, talking to trainers," Friedman said. "We get as much information as we can on players."

Friedman spoke similarly while sitting in the same spot 365 days ago, introducing Mookie Betts. But that time it came with a track record to match. Betts had always been an encouraging teammate, and he again proved to be in his first year as a Dodger.

"The most important thing is every teammate we talked to, all the feedback we got from every organization he was with," Friedman said of Bauer, "was not only incredibly positive in terms of what type of teammate he is, but also in terms of the impact that he makes on each organization."

Bauer's clubhouse history is more muddled than that makes it sound. He has admitted that he did not get along with high school or college teammates. He began his pro career with the Diamondbacks, who traded him after 18 months, the team president telling USA Today he had a "really tough year with his teammates." Eight years have passed since, but Sports Illustrated reported in 2019 that multiple Indians teammates referred to their clubhouse as "24 plus Trevor."

That's one matter, one that's likely to remain removed from the public eye in 2021, as the pandemic keeps clubhouses closed to reporters. There's also the matter of Bauer's antagonistic behavior online, which might become more public than ever. He is the reigning National League Cy Young winner, now playing not in Arizona or Ohio but California. The Dodgers expressed no concern about that possibility.

"I actually think that from a cultural standpoint, from a continuing to strive to get better in everything we do, I actually think he's gonna be a tremendous asset in that," Friedman said. "It's not for me to speak for Trevor, but in our conversations he's alluded to past mistakes he's made. We're all gonna make mistakes. What's important for me is how people, including myself when I make mistakes, internalize it, what our thoughts are about it going forward."

The issue is not that Bauer cannot change. He can. He might. The issue is that he has declined to acknowledge the harm his behavior has exacted on less powerful people, or given indications that he has internalized it and will act differently going forward. The Dodgers say they are confident he will. If he does not, they will share in the responsibility for amplifying his voice.

*(Photo of Trevor Bauer: Jon SooHoo / Los Angeles Dodgers)*

**What did you think of this story?**



MEH



SOLID



AWESOME

| National | | US | | Canada | Share |
| Boxing | Motorsports | Arizona | Memphis | Canada | Buy a Gift |
| Bundesliga | NBA | Atlanta | Miami | Calgary | Invite Friends |
| Champions League | NFL | Baltimore | Minnesota | Edmonton | |
| College Football | NHL | Bay Area | Nashville | Montreal | HQ |
| Culture | NWSL | Boston | New Orleans | Montréal (français) | Careers |
| | | | | Ottawa | |

277

https://theathletic.com/2383080/2021/02/12/dodgers-trevor-bauer-online-behavior/ 3/4

EFL                          Olympics                     Buffalo                  New York                  Toronto                   Code of Conduct
Europa League                Premier League               Carolina                 Oklahoma                  Vancouver                 Business Inquiries
Fantasy Baseball             Scottish Premiership          Chicago                  Oregon                    Winnipeg                  Press Inquiries
Fantasy Basketball           Serie A                       Cincinnati               Orlando
Fantasy Football             Sports Betting                Cleveland                Philadelphia                                        Support
Fantasy Hockey               Sports Business               Columbus                 Pittsburgh                                          FAQ
Fantasy Premier League       UK Women's Football           Dallas                   Sacramento                                          Forgot Password?
Gaming                       WNBA                          Denver                   San Antonio                                         Redeem Gift
Golf                         Women's College Basketball    Detroit                  San Diego                                           Contact Us
International Soccer          Women's Euros                 Houston                  Seattle
La Liga                      World Cup                      Indiana                  St. Louis                                           Newsletters
LNH                          The Athletic Ink              Jacksonville             Tampa Bay                                           The Pulse
Men's College Basketball     Podcasts                      Kansas City              Utah
Mixed Martial Arts           Headlines                     Las Vegas                Washington DC
MLB                          Real Time                     Los Angeles              Wisconsin
MLS                          The Athletic UK

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support






# EXHIBIT L

Case 2:22-cv-02062-MWF-AGR   Document 36   Filed 08/23/22   Page 283 of 323   Page ID
#:1435

Invite Friends

Following   Warriors-Mavs   Cities   NFL   NBA   MLB   NHL   Soccer   NCAAF   WNBA   NCAAM   NCAAW   Betting   • • •

# Rosenthal: MLB cannot allow Trevor Bauer to pitch on Sunday



By Ken Rosenthal   Jul 1, 2021

---

*Content warning: This story includes allegations of sexual assault that may be difficult to read and emotionally upsetting.*

Major League Baseball must act. A woman, in an official request to a court for a domestic violence restraining order, said that Dodgers pitcher Trevor Bauer assaulted her on two occasions. She made her allegation under the penalty of perjury. The league has the power to hit the pause button on Bauer's season while continuing an investigation, and that is absolutely the step it must take.

Under its joint domestic violence policy with the players' union, commissioner Rob Manfred can immediately place a player accused of domestic violence on administrative leave for up to seven days. The placement is not disciplinary, not a declaration of guilt. The player continues to get paid. He can also request a hearing before an arbitration panel within 24 hours seeking reinstatement.

It's a procedural move, a relatively minor one at that. It's the necessary move, considering the seriousness of the allegations against Bauer. And while the Dodgers could decide on their own to skip Bauer's next start on Sunday, the joint policy says the initial authority to discipline players rests with the commissioner's office. Dodgers manager Dave Roberts defaulted to that position Thursday night, telling reporters, "It's out of our hands."

That's not true. The Dodgers choose which players they want to use every day. Near the end of the 2015 season, the Nationals suspended Jonathan Papelbon for four games without pay after he tried to choke teammate Bryce Harper in the dugout. Papelbon filed a grievance and won back his pay. The Nationals knew such an outcome was possible. But they went ahead with the suspension anyway, believing it was the right thing to do.

**280**

Evidently, the Dodgers are unwilling to take the same step, perhaps out of fear the union will file a grievance if they skip Bauer's turn when he is healthy, perceiving it as an act of discipline. Fine, follow the domestic violence policy to the letter, and leave this to Manfred. Earlier this week, Manfred suspended Mariners pitcher Héctor Santiago 10 games for possessing a foreign substance on his glove. Granted, the offenses are entirely different. But how ridiculous would it look for MLB to dock Santiago and not even buy time with Bauer, whose alleged offense is far more serious? What exactly would Manfred's trepidation be here?

To repeat: The woman signed a sworn statement. A temporary restraining order was granted. The Pasadena (Calif.) Police Department is conducting an active investigation. Also: Bauer responded to the allegations not by denying they happened, but by saying they were consensual. His attorney, Jon Fetterolf, said in a statement Tuesday that Bauer "did what was asked."

In her statement, the woman said she did not ask Bauer to punch her in the face, vagina and buttocks, to stick his fingers down her throat, to engage in anal sex while she was unconscious. She said she sought medical attention after her second encounter with Bauer. And, as attorney Sheryl Ring noted Thursday on Twitter, "the law says that certain things are illegal EVEN IF CONSENT IS GIVEN (Ring's cap) because they're so eminently harmful, either that consent cannot be freely given for them, or because that consent is invalid as a matter of public policy."

Which is not to say Bauer is guilty. The Pasadena Police Department will recommend to a district attorney whether to file charges against him, and he is entitled to due process, both from the legal system and the league. If he is charged, the league likely will withhold judgment until his case moves through the courts. Under its domestic violence policy, Bauer need neither be charged nor convicted for Manfred to suspend him. The legal principles and standards that apply in a courtroom do not necessarily apply in the workplace. The league has more latitude to exercise discretion, as do the Dodgers.

Placing Bauer on a seven-day administrative leave not only would spare the league the tone-deaf look of him taking the mound four days after *The Athletic* reported details of the restraining order, but also give Manfred and his investigators time to form a fuller judgment. The seven days would end just before the All-Star break, and the downtime at the break effectively would give the league nearly two weeks to determine its next course of action.

Bauer cannot remain on administrative leave indefinitely; after the seven days expire, Manfred would lose sole authority to keep him off the field. The union must approve any extension of administrative leave, as it did with former Cubs shortstop Addison Russell in 2018 and Yankees pitcher Domingo Germán in 2019, two players the league ultimately suspended.

Would the union fight a similar extension with Bauer? Perhaps, if it believed the league was acting unfairly. The union, after all, exists to defend and assert the rights of the players. But based on the details in the domestic violence restraining order against Bauer, the union also might view a prolonged investigation into his conduct as warranted.

One step at a time. The first question is whether the league should allow Bauer to take the mound Sunday when it has the power to place him on a form of leave that assigns him no guilt and enables him to continue getting paid.

The answer for Manfred is so obvious, he should have announced the decision almost immediately. If Bauer wants to challenge it, fine. If he prevails in front of an arbitrator or ultimately is cleared of any wrongdoing, so be it. But when a star player faces such pointed allegations, a league that professes to be taking domestic violence and sexual misconduct against women seriously cannot abandon that responsibility. It cannot allow Bauer to pitch Sunday.

*(Photo: Norm Hall / Getty Images)*

Ken Rosenthal is the senior baseball writer for The Athletic who has spent more than 25 years covering the major leagues. In addition, Ken is a broadcaster and regular contributor to Fox Sports' MLB telecasts. He's also won Emmy Awards in 2015 and 2016 for his TV reporting. Follow Ken on Twitter @Ken_Rosenthal

National                                    US                              Canada                  Share

Boxing                  Motorsports         Arizona         Memphis         Calgary                 Buy a Gift
Bundesliga              NBA                 Atlanta         Miami           Edmonton                Invite Friends
Champions League        NFL                 Baltimore       Minnesota       Montreal
College Football        NHL                 Bay Area        Nashville       Montréal (français)     HQ
Culture                 NWSL                Boston          New Orleans     Ottawa                  Careers
EFL                     Olympics            Buffalo         New York        Toronto                 Code of Conduct
Europa League           Premier League      Carolina        Oklahoma        Vancouver               Business Inquiries
Fantasy Baseball        Scottish Premiership Chicago        Oregon          Winnipeg                Press Inquiries
Fantasy Basketball      Serie A             Cincinnati      Orlando
Fantasy Football        Sports Betting      Cleveland       Philadelphia                            Support
Fantasy Hockey          Sports Business     Columbus        Pittsburgh                              FAQ
Fantasy Premier League  UK Women's Football Dallas          Sacramento                              Forgot Password?
Gaming                  WNBA                Denver          San Antonio                             Redeem Gift
Golf                    Women's College Basketball Detroit  San Diego                               Contact Us
International Soccer     Women's Euros       Houston         Seattle
La Liga                 World Cup           Indiana         St. Louis                               Newsletters
LNH                     The Athletic Ink    Jacksonville    Tampa Bay                               The Pulse
Men's College Basketball Podcasts           Kansas City     Utah
Mixed Martial Arts      Headlines           Las Vegas       Washington DC
MLB                     Real Time           Los Angeles     Wisconsin
MLS                     The Athletic UK

©2022 The Athletic Media Company. All rights reserved.    Policy Center    Support      

# EXHIBIT M

Dodgers plan to start Trevor Bauer on Sunday amid assault allegations - The Athletic

Invite Friends

Following   Warriors-Mavs   Cities   NFL   NBA   MLB   NHL   Soccer   NCAAF   WNBA   NCAAM   NCAAW   Betting   • • •

# Dodgers plan to start Trevor Bauer on Sunday amid assault allegations



By Fabian Ardaya   Jul 1, 2021

The Dodgers plan to allow right-hander Trevor Bauer to make his scheduled start Sunday in Washington, D.C., while the pitcher is under police and MLB investigation amid allegations of assault, Dodgers manager Dave Roberts said Thursday.

The decision came at the direction of Major League Baseball, Roberts said in a video teleconference, saying "it's out of our hands" whether to allow Bauer to take the mound.

"As of now, we're kind of in the middle of letting the Commissioner's Office and Major League Baseball handle this," Roberts said. "It's in their hands, and right now our kind of direction was to just move forward and not do anything as far as the player and Trevor."

Court documents obtained by The Athletic on Wednesday outlined graphic details related to two allegations of assault that led to a temporary restraining order that was enacted Tuesday. Bauer's representatives have denied those allegations, stating that they stemmed from a consensual sexual relationship. Jon Fetterolf, an agent representing Bauer, disputed the accusations in a prepared statement Tuesday: "Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law."

Under MLB's domestic violence policy, which has been collectively bargained, teams cannot act independently to impose discipline. The stipulation ostensibly prevents the Dodgers from removing Bauer from the active roster before their weekend series against the Nationals.

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 288 of 323 Page ID
#:1440

MLB commissioner Rob Manfred can also place Bauer on paid administrative leave for seven days under the policy, with the ability to extend that leave with cooperation from the union should the investigation require more time and as players hold the right to challenge any decisions made.

The league followed the same protocol in 2019 when Dodgers left-hander Julio Urías was arrested on the suspicion of domestic violence, placing him on administrative leave the next day. Prosecutors did not file charges against Urías, who served a 20-game suspension that August after being placed and reinstated on leave in May.

As of Thursday, MLB had not placed Bauer on any type of leave; Roberts said Bauer is with the club and was expected to play catch on the field Thursday. Roberts said Thursday that it was MLB's "recommendation" to allow Bauer to make his scheduled start rather than have someone else start in his place with him on the roster.

"I'm in the position of following the lead of Major League Baseball," Roberts said. "Their recommendation was for us to — he was our scheduled Sunday starter, and to move forward and have him start that game on Sunday. And so for me to try to read into it anymore outside of just following what they had advised me and us to do, I just choose to follow their lead."

It is not an inordinate practice for teams to skip starts for starters, even healthy ones, or shuffle their rotations midseason, particularly coming off an off day as the Dodgers had Wednesday. Though Bauer could file a grievance for getting skipped while healthy, doing so would likely require the backing of the MLB Players Association.

Bauer's off-the-field behavior, including his online interactions, especially with women, was a subject of focus even before the Dodgers gave him a record-setting three-year, $102 million deal this winter. In his news conference announcing the signing, Bauer called his online behavior a "very nuanced issue." Andrew Friedman, the club's president of baseball operations, said at that conference that he and Dodgers president Stan Kasten spoke to Bauer about his behavior in the process.

"From our standpoint, it was important to have that conversation," Friedman said. "We came away from it feeling good about it. Now, obviously, time will tell. But I feel like he's gonna be a tremendous add, not just on the field but in the clubhouse, in the community. That's obviously why we're sitting here."

Asked Thursday if he was disappointed, Roberts declined to comment. Roberts said he's spoken to Bauer, but he chose not to divulge the details of their conversation. As for the state of the club, Roberts said, "I haven't talked to players about anything outside of trying to beat (the Nationals) tonight."

*(Photo of Dave Roberts from June 24: John McCoy / Icon Sportswire via Associated Press)*

Fabian Ardaya is a staff writer for The Athletic covering the Los Angeles Dodgers. Previously, he spent three seasons covering the crosstown Los Angeles Angels for The Athletic from 2018 to the beginning of 2021. He graduated from Arizona State University's Walter Cronkite School of Journalism and Mass Communication in May 2017 after growing up in a Phoenix-area suburb. Follow Fabian on Twitter @FabianArdaya. Follow Fabian on Twitter @FabianArdaya

---

| National | | US | | Canada | | Share |
| --- | --- | --- | --- | --- | --- | --- |
| Boxing | Motorsports | Arizona | Memphis | Calgary | | Buy a Gift |
| Bundesliga | NBA | Atlanta | Miami | Edmonton | | Invite Friends |
| Champions League | NFL | Baltimore | Minnesota | Montreal | | |
| College Football | NHL | Bay Area | Nashville | Montréal (français) | | HQ |
| Culture | NWSL | Boston | New Orleans | Ottawa | | Careers |
| EFL | Olympics | Buffalo | New York | Toronto | | Code of Conduct |
| Europa League | Premier League | Carolina | Oklahoma | Vancouver | | Business Inquiries |
| Fantasy Baseball | Scottish Premiership | Chicago | Oregon | Winnipeg | | Press Inquiries |
| Fantasy Basketball | Serie A | Cincinnati | Orlando | | | |
| Fantasy Football | Sports Betting | Cleveland | Philadelphia | | | Support |
| | | | | | | FAQ |

**285**

| | | | | |
|---|---|---|---|---|
| Fantasy Hockey | Sports Business | Columbus | Pittsburgh | Forgot Password? |
| Fantasy Premier League | UK Women's Football | Dallas | Sacramento | Redeem Gift |
| Gaming | WNBA | Denver | San Antonio | Contact Us |
| Golf | Women's College Basketball | Detroit | San Diego | |
| International Soccer | Women's Euros | Houston | Seattle | Newsletters |
| La Liga | World Cup | Indiana | St. Louis | The Pulse |
| LNH | The Athletic Ink | Jacksonville | Tampa Bay | |
| Men's College Basketball | Podcasts | Kansas City | Utah | |
| Mixed Martial Arts | Headlines | Las Vegas | Washington DC | |
| MLB | Real Time | Los Angeles | Wisconsin | |
| MLS | The Athletic UK | | | |

©2022 The Athletic Media Company. All rights reserved.   Policy Center   Support   



# EXHIBIT N



Document title: (1) Molly Knight on Twitter: &quot;I'm too angry to keep tweeting about this. Signing off to protect my own mental health.&quot; / Twitter
Capture URL: https://twitter.com/molly_knight/status/1410700997790355458
Capture timestamp (UTC): Tue, 26 Apr 2022 21:54:02 GMT



Document title: (1) Molly Knight on Twitter: &quot;I'm too angry to keep tweeting about this. Signing off to protect my own mental health.&quot; / Twitter
Capture URL: https://twitter.com/molly_knight/status/1410700997790355458
Capture timestamp (UTC): Tue, 26 Apr 2022 21:54:02 GMT

Page 2 of 3



# EXHIBIT O









Document title: (1) Molly Knight on Twitter: &quot;Anyway, a person with a pattern of abusive behavior online towards women allegedly escalating it to physical violenc...
Capture URL: https://twitter.com/molly_knight/status/1411334218680913922
Capture timestamp (UTC): Tue, 26 Apr 2022 21:56:50 GMT



Document title: (1) Molly Knight on Twitter: &quot;Anyway, a person with a pattern of abusive behavior online towards women allegedly escalating into physical violenc…
Capture URL: https://twitter.com/molly_knight/status/1411334218680913922
Capture timestamp (UTC): Tue, 26 Apr 2022 21:56:50 GMT

# EXHIBIT P





Document title: (1) Molly Knight on Twitter: &quot;Some of you have asked me why I have not yet written about Bauer's situation in my newsletter. It's a fair question...

Capture URL: https://twitter.com/molly_knight/status/1428433295449026561

Capture timestamp (UTC): Tue, 26 Apr 2022 21:59:41 GMT

299

Page 2 of 3



# EXHIBIT Q

Case 2:22-cv-02062-MWF-AGR Document 38 Filed 08/23/22 Page 305 of 323 Page ID #:1457

0 COMMENTS

# Trevor Bauer accused Astros' pitchers of cheating and their response was hilariously savage

*Alex Bregman with the critical hit.*

By Whitney McIntosh@WhitneyM02   May 1, 2018, 4:54pm EDT



Photo by Bob Levey/Getty Images

Monday morning, Indians pitcher Trevor Bauer woke up and decided he wanted to stir some shit up on Twitter by suggesting the Astros' pitchers are cheating by using illegal methods to increase the spin rates on their pitches.

It's a specific way to jump on the "Astros' pitchers are very good therefore they must be cheating" train, but it should also be said that *most* major league pitchers may be finding "advantages" one way or another so this isn't even that much of a shocking accusation and mostly a weird thing to bring up on Twitter in the first place.

Bauer pulling this move is not exactly a surprise, since Bauer is intent on speaking his mind whenever he wants and he's seemed fine with the blowback so far. We're not going to get into it much more than that because we're here for the current dunking, not past instances of Bauer making himself look bad.

Today's fun started with Bauer replying to a tweet from @drivelinebases suggesting there must be something to the increased spin rates of Justin Verlander, A.J. Cole, and Charlie Morton since they joined the Astros.

You can read the thread that follows his tweets to see him decline to say *how* he thinks the Astros are specifically increasing spin rate while being egged on by sportswriter Molly Knight.

The best piece of this though, by far, is that the Astros themselves decided to have a little dunk contest throughout the afternoon. First, Lance McCullers went with the "your point is stupid, but if it wasn't I want that secret because my spin rate could indeed use some help" reply.

A solid opening volley right there. Collin McHugh followed that up with a reply dripping with so much smoking sarcasm that it might be classified as a dangerous toxic substance.

**302**

But the most recent and, as of now, final response from the Astros came from Alex Bregman, and just like his high-difficulty throws from third to first it was a ruthless snipe.

> Relax Tyler ... those World Series balls spin a little different.... https://t.co/MZ7iIPXhbC
>
> — Alex Bregman (@ABREG_1) May 1, 2018

Let's take a look at that replay!



In one swift move, Bregman reminded Bauer of Houston's World Series win, possibly took a shot at Cleveland's 2016 World Series loss to the Cubs, and called him Tyler. No mercy. Absolutely brutal.

Well done, and while it probably won't make Bauer think twice before pulling this stuff again it at least gave us some solid Baseball Twitter Beef and everyone had fun online dunking on Bauer for a while. A well-spent afternoon.

# EXHIBIT R

# Indians' Trevor Bauer and Reporter Molly Knight Are in Middle of Worst Twitter Beef Ever

**UP** 12up.com/posts/6203427-indians-trevor-bauer-and-reporter-molly-knight-are-in-middle-of-worst-twitter-beef-ever

Zack Smolen



The World Series is the pinnacle of competition in baseball, with the two best teams in the nation clashing for supremacy as the leaves begin to turn. And even though his team got knocked out in the ALDS for the second year in a row, Trevor Bauer decided he needed a late October battle of his own.

On Sunday night, LA-based sports journalist Molly Knight Tweeted out a video of Clayton Kershaw warming up in Fenway Park days before the start of the Fall Classic, and Bauer did *not* appreciate her comments on Kershaw's work ethic.

> *Nobody in baseball works harder than this man, or wants it more. Watching him win a ring would restore at least a sliver of my faith in humanity.* *https://t.co/X2iBcWPMFT*
>
> — Molly Knight (@molly_knight) *October 22, 2018*

Even I rolled my eyes at his response.

**305**

> *Molly can you present evidence that supports these claims?*
>
> — *Trevor Bauer ( トレバー ・ バウアー) (@BauerOutage)* <u>*October 22, 2018*</u>

We get it Trevor, maybe Kershaw isn't irrefutably the *hardest working* player in the game, but there's no reason to call someone out for complimenting his work ethic. I'm usually a fan of Bauer's, but some of his responses in this thread came off as condescending, which I'm sure Knight gets enough of from ignorant male critics.


This last tweet from Bauer had me shaking my head:

> *Spare me from what? The WRATH of twitter? Lol Its fairly clear that I welcome that. And since we're giving each other unsolicited advice, it's probably not a good idea to like tweets calling players in your industry a dummy* 🤷🏻‍♂️
>
> — *Trevor Bauer ( トレバー ・ バウアー) (@BauerOutage)* <u>*October 22, 2018*</u>

I agree with Knight in that Bauer should've just let the whole thing go and stuck to <u>shutting down hecklers</u> on his favorite social media platform.


While some of his tweets have been <u>informative and valid</u>, I can't back him up here in good conscience.

**306**

# EXHIBIT S

4/25/22, 5:59 PM    Case 2:22-cv-02062-MWF-AGR  Document 39  Filed 08/23/22  Page 311 of 323   Page ID
Trevor Bauer must not start after sexual assault allegations - Sports Illustrated
#:1463

**MLB**

# Trevor Bauer Must Not Start Sunday

Major League Baseball and the Dodgers organization are so consumed with technicalities that they can't be bothered to do the right thing.

STEPHANIE APSTEIN • JUL 1, 2021

You are reading 1 of 4 free premium articles. Subscribe for unlimited access for just $1. Members log in.

*Editor's Note:* *This story includes graphic descriptions of sexual assault allegations. After this story published on Friday, MLB placed Bauer on seven-day administrative leave, meaning he will miss his next start. This story has also been updated to reflect post-publication comments from Trevor Bauer's representatives.*

In May, Trevor Bauer allegedly used his hands to inflict severe head trauma on a woman during sex. On Sunday, the Dodgers announced Thursday, he will use them to start a baseball game.

On Wednesday, *The Athletic* published the details of the temporary ex parte restraining order the woman filed against Bauer on Monday. They are sickening: She says that consensual rough sex on one occasion devolved into unconsensual choking and anal rape, and then on another into assault that sent her to the hospital with "significant head and facial trauma" and signs of a basilar skull fracture. (A CT scan entered into court filings, highlighted by Bauer's representatives, indicated that she did not suffer a skull fracture.) If reporters got a hold of these documents, the team and the league surely can, too.

Bauer declined comment to reporters at Nationals Park on Thursday. His agent, Jon Fetterolf, provided a statement that read, in part, "Mr. Bauer had a brief and wholly consensual sexual relationship initiated by [the woman] beginning in April 2021. We have messages that show [her] repeatedly asking for 'rough' sexual encounters involving requests to be 'choked out' and slapped in the face. … Her basis for filing a protection order is nonexistent, fraudulent, and deliberately omits key facts, information, and her own relevant communications. Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law." Bauer's representatives also included what they say are one example of the relevant messages.

*Get SPORTS ILLUSTRATED's best stories every weekday. Sign up now.*

Dodgers manager Dave Roberts, asked Thursday whether Bauer would make his scheduled Sunday start, said he would. "I'm in the position of following the lead of Major League Baseball," Roberts told reporters. "Their recommendation was to—he was our scheduled Sunday starter, and to have him move forward and start that game on Sunday. And so for me to try to read into it anymore outside of just following what they had advised me and us to do, I just choose to kind of follow their lead."

Roberts added, "It's out of our hands."

| Scroll to Continue |
| --- |

## SI Recommends







### MLB Power Rankings: The Mariners Crack the Top 10

BY WILL LAWS

### The King of Spin: Yu Darvish Epitomizes Pitching in 2022

BY TOM VERDUCCI

### ESPN's Kirk Herbstreit Will Not Attend NFL Draft Due to Blood Clot

BY JELANI SCOTT

That is not true. Per the terms of the domestic violence policy agreed to by the league and the union, the Dodgers cannot unilaterally discipline him. But they can certainly give the ball to someone else.

Instead they seem to be counting on MLB to deal with this. So far, that has not been a smart bet. That domestic violence policy says that the league can place an accused player on paid administrative league for up to seven days while it investigates. That leave can be extended by agreement of the league and the union.

Perhaps MLB is waiting until Sunday so as not to start the clock. If they wait, that would keep him out of action until after the All-Star break. That may make sense legally. It is indefensible morally. These people are so consumed with technicalities that they can't be bothered to do the right thing. "We are not going to start Trevor Bauer on Sunday." Not "We are going to take away Trevor Bauer's money." Not "We are going to suspend him." Not "We are going to release him." Not "We are going to throw him in prison." Just "We are not going to offer this man the privilege of striding out to a mound in front of tens of thousands of people who paid for a nice afternoon."

The cowardice has infected people on every level. Commissioner Rob Manfred should have by now placed Bauer on administrative leave, which exists for exactly a case such as this one. Dodgers majority owner Mark Walter, minority owner and president Stan Kasten and president of baseball operations Andrew Friedman should have ordered Bauer's start pushed back. At a minimum, they should have faced the media rather than let Roberts answer questions the whole organization knew were coming. And Roberts, as the man who fills out the lineup card, should have said he wouldn't be writing Bauer's name Sunday.

Instead, fans of the Dodgers and of the sport and of civil society have to wait days to learn whether a man said to have inflicted severe head trauma on a woman will get to pitch on the Fourth of July in the nation's capital.

*(After publication of this story, a representative for Bauer highlighted documents to SI indicating that, while the emergency room doctor suspected an acute basilar skull fracture, a subsequent CT scan did not find one. This story has been updated to reflect that.)*

# EXHIBIT T

4/25/22, 5:53 PM    Trevor Bauer is accused of Sexual Assault - Beyond the Box Score
Case 2:22-cv-02062-MWF-AGR   Document 38   Filed 08/23/22   Page 315 of 323   Page ID
#:1467

# Trevor Bauer is Accused of Sexual Assault

*A restraining order has been entered against the reigning Cy Young winner*

By Sheryl Ring, Esq.@Ring_Sheryl  Jul 1, 2021, 3:00pm EDT

*If you buy something from an SB Nation link, Vox Media may earn a commission. See our ethics statement.*



Photo by Meg Oliphant/Getty Images

*Editor's note: an earlier version of this story stated that Trevor Bauer's lawyer released the victim's name, however the victim's lawyer previously released his client's name. The story has been updated to reflect that.*

Late Tuesday, news broke that Los Angeles Dodgers right-handed pitcher and reigning National League Cy Young award winner Trevor Bauer **had been accused of physically assaulting a woman**. The details, **as related by Britt Ghiroli and Katie Strang,** are horrifying. Bauer denied the allegations, **saying that Bauer and his accuser had engaged in consensual "rough sex" on two occasions**. However, **it's worth noting that Bauer's accuser has already requested** *and received* **a restraining order from the Los Angeles County Superior Court**. That last part gives these allegations *significant* credibility and makes him the second high-profile star MLB player to face credible sexual assault allegations this year, **after Marcell Ozuna**.

The law used by Bauer's accuser - whom I will not name here to protect her privacy - is the **California Domestic Violence Prevention Act**. That statute allows a court to issue what is commonly called a "restraining order" or "order of protection," but what is really, under Section 6218 of that statute, what we lawyers call an "injunction." **An injunction is a special kind of court order prohibiting a person from doing certain acts**. For example, a restraining order is an injunction prohibiting the respondent (the person against whom the order is entered) from having contact with the petitioner (the person seeking the order).

**Typically, there are two parts of a case seeking an injunction**. The first step is a temporary restraining order, which remains in effect for a limited period of time, sometimes during the pendency of a parallel or underlying civil or criminal case. The second step is the issuance of a permanent injunction, which remains in effect essentially forever. Injunctions of both types are considered drastic remedies in the law, and so they are considered difficult to obtain. To satisfy either step, a **petitioner must demonstrate to the satisfaction of the Court several elements**, most notably that the petitioner will suffer irreparable harm if the injunction isn't issued *and* that the petitioner has shown "a likelihood of success on the merits." That last part is legalese for "the judge thinks you're probably going to win," and that is, as any litigator knows, a really high standard to reach early in a case.

Certainly, just because the judge thinks you're going to win doesn't mean the respondent is guilty beyond a reasonable doubt. **There have been instances where a temporary restraining order was granted, and the allegations were later found to be fabricated**. However, they are extraordinarily rare, for two reasons. First, all requests for restraining orders must be signed under oath, which means that false allegations are literal perjury. Second, judges who hear these cases tend - and are taught - to be quite conservative in granting injunctions. Any doubts are resolved *against* granting the restraining order. So the fact that

Bauer's accuser was granted one means that in the view of a court, her allegations are more likely true than not. That's buttressed by the medical evidence, **as The Athletic related**.

> Together, the woman said those two incidents included Bauer punching her in the face, vagina, and buttocks, sticking his fingers down her throat, and strangling her to the point where she lost consciousness multiple times.
>
> The alleged assaults described by the woman, which are extremely graphic in nature, happened during what she said began as consensual sexual encounters between the two. According to the woman's declaration attached to the request and obtained by *The Athletic*, she suffered injuries as a result of the second encounter, including two black eyes, a bloodied swollen lip, significant bruising and scratching to one side of her face. In the woman's declaration, signed under penalty of perjury of California state laws, she said that her medical notes state that she had "significant head and facial trauma" and that there were signs of basilar skull fracture.

And in *that* vein, **the response of Bauer's lawyer, Jon Fetterolf**, is absurdly awful. Fetterolf claims that the allegations are "defamatory," which is a legally ridiculous statement; the **California Supreme Court**, like every other state supreme court, has held that statements made in court proceedings cannot be defamatory under **a doctrine called the litigation privilege**. Fetterolf also *volunteered* the information that the petitioner had suffered a concussion at Bauer's hand, which constitutes an **admission against interest**. Fetterolf's response, therefore, only serves to buttress the case for Bauer's accuser whilst undermining his own.

But frankly, whilst the headlines are filled with the scandal of a reigning Cy Young winner facing potential criminal charges for brutally fracturing a woman's skull, we really shouldn't be nearly as shocked as the headlines would have us believe. This is **the same man who spent days harassing a college student online**; **the same man who brags about how he treats women as disposable**; the same man **who retweeted antisemitic conspiracy theories and trafficked in racism and transphobia**. **This is a man who said on multiple occasions that former President Barack Obama wasn't born in the United States** and responded "the truth" to a statement that **accused Jews of paying "Black hate groups" because "The Black community is the easiest to manipulate."** And yet despite all of this, all of the warning signs, we - the baseball media - made him a star.

**I've written before about the moral rot infecting Major League Baseball as a result of the evils of racism and misogyny, and how that rot extends to the MLB press as well.** Bauer is a prime example. **We said he was changing baseball**, and **chalked up his toxicity as being "quirky." We called him "unique" and "willing to speak his mind."** We filled news columns with his "**unfiltered commentary**," no matter who he might harm along the way.

**And we made a star out of his agent, Rachel Luba**, even as she, too, **publicly undermined domestic assault survivors** to defend her *other* marquee client, Yasiel Puig, w**ho is *also* facing sexual assault charges**. **We held podcasts with her and praised her as a trailblazer because he was a trailblazer, even as she defended his racism. Here they were - the "unique, quirky" right-hander and his photogenic agent - and we elevated them even as all the warning signs were there. We breathlessly reported on his spin rate, his mechanics, his "quirks"...**

...and now a woman has been forever traumatized. And we - the baseball media - are complicit in causing her trauma. We cannot fawn over Bauer, elevating him despite his toxicity, and then disclaim any fault or blame when that toxicity causes tangible harm.

*Sheryl Ring is a consumer rights and civil rights attorney practicing in the Chicago, Illinois area. You can reach her on Twitter @Ring_Sheryl. This post is for informational purposes only and is not legal advice, and does not create any attorney-client relationship.*

# EXHIBIT U



 Print    Close

# Dodgers' Trevor Bauer sex assault allegations detailed in graphic report; pitcher denies claims

By Daniel Canova, Ryan Gaydos

Published July 02, 2021

Fox News

Los Angeles Dodgers star Trevor Bauer's biggest challenge may be off the baseball field given the allegations of sexual assault that were detailed in a temporary ex parte restraining order that surfaced Wednesday.

The woman who accused Bauer of assault on two separate occasions filed a protection order under the Domestic Violence Prevention Act against the star pitcher and it was executed June 28. The 67-page documents, obtained by The Athletic, reportedly featured graphic images provided by the woman.

**CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM**

A temporary ex parte restraining order can be granted if a judge determines the person filing the order needs it to protect their life. The order is based on the information of the alleged victim only. Bauer's representatives told Fox News a formal hearing to refute the allegations is set for July 23.

In those two incidents, Bauer allegedly punched the woman in the face, vagina and buttocks. He was also accused of sticking his fingers down her throat and choking her until she lost consciousness.

Initially, the sexual encounters began consensually, The Athletic reported.

**DODGERS' TREVOR BAUER UNDER INVESTIGATION OVER ALLEGED ASSAULT OF WOMAN: REPORT**

However, in the second encounter, the woman alleged she suffered multiple injuries, including two black eyes, a bloodied swollen lip, and bruising and scratching to one side of her face. She was also left with "significant head and facial trauma" and claimed to have had a skull fracture.

On Friday, a copy of the CT scan provided to Fox News did not appear to show the woman having any skull fracture, contrary to what was first reported.

The accuser said while she was unconscious, Bauer penetrated her anally, which she did not consent to.

"I agreed to have consensual sex; however, I did not agree or consent to what he did next," she said in the documents, via The Athletic. "I did not agree to be sexually assaulted."

Bauer's representatives provided screenshots of flirty messages between Bauer and the woman taking place between May 9 and May 12 – sometime after their first encounter. The messages include her requests to "choke me out" and "gimme all the pain."

The alleged assault occurred May 15, according to The Athletic.

Bauer's agent, Jon Fetterolf, denied the allegations against his client in a statement obtained by Fox News on Wednesday night.

"Mr. Bauer had a brief and wholly consensual sexual relationship initiated by [the woman] beginning in April 2021. We have messages that show [the woman] repeatedly asking for 'rough' sexual encounters involving requests to be 'choked out' and slapped in the face. In both of their encounters, [the woman] drove from San Diego to Mr. Bauer's residence in Pasadena, Calif. where she went on to dictate what she wanted from him sexually and he did what was asked. Following each of her only two meetings with Mr. Bauer, [the woman] spent the night and left without incident, continuing to message Mr. Bauer with friendly and flirtatious banter. In the days following their second and final encounter, [the woman] shared photos of herself and indicated that she had sought medical care for a concussion. Mr. Bauer responded with concern and confusion, and [the woman] was neither angry nor accusatory," the statement read.

**315**

"Mr. Bauer and [the woman] have not corresponded in over a month and have not seen each other in over six weeks. Her basis for filing a protection order is nonexistent, fraudulent, and deliberately omits key facts, information, and her own relevant communications. Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law."

Pasadena police confirmed to Fox News they were looking into the allegations.

**CLICK HERE TO GET THE FOX NEWS APP**

The Dodgers acknowledged being informed of the sex assault allegations in a statement Tuesday afternoon.

"The Dodgers were made aware of the allegations against Trevor Bauer late this afternoon and immediately contacted Major League Baseball, which will be handling this matter. The Dodgers take any allegations of this nature very seriously, but will have no further comment at this time," the team said in a statement to Fox News.

*The Associated Press contributed to this report.*

*Dan Canova is a sports reporter for Fox News Digital. Story tips can be sent to Daniel.Canova@fox.com and on Twitter: @DanCanova*

Print    Close

**URL**
https://www.foxnews.com/sports/dodgers-trevor-bauer-sex-assault-allegations

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ

# EXHIBIT V

SPORTS | JULY 1, 2021 1:35 PM

# On the Trevor Bauer Allegations and the Need for Better Consent Education

The graphic details in a 67-page order filed earlier this week prove we need to prioritize consent education



Trevor Bauer of the Los Angeles Dodgers throws the first pitch in the first inning against the San Francisco Giants at Dodger Stadium on June 28, 2021 in Los Angeles, California.

Getty Images

**BY THE EDITORS**   **@INSIDEHOOK**

**Update July 2:**

In an email to InsideHook after the publication of this story, representatives for Trevor Bauer refuted a number of claims that appeared in The Athletic's report on a claim filed by an unnamed California woman alleging that she was the victim of domestic and sexual assault by Bauer.

According to The Athletic, "In the woman's declaration, signed under penalty of perjury of California state laws, she said that her medical notes state that she had 'significant head and facial trauma' and that there were signs of basilar skull fracture." Bauer's representatives assert that "In the medical documents supplied by the woman in her petition, there is a CT scan included that **clearly states <u>she does NOT have a skull fracture</u>**." (Emphasis theirs.) On Tuesday, The Athletic added, "After publication, Trevor Bauer's representatives emphasized that medical records showed that while the woman was initially diagnosed with signs of a basilar skull fracture, a subsequent CT scan found no acute fracture."

Further, this story initially referred to the 67-page document filed by the accusing party as a "domestic violence restraining order." Bauer's representatives pointed out that the claim is legally referred to as a "temporary ex parte restraining order," which means "that nothing has been corroborated and that her statement is taken at face value without him being given an opportunity to respond." Bauer has been informed of the allegations and a formal hearing is scheduled for July 23, at which time Bauer's representatives can confirm they plan to refute and defend him against the allegations.

318

InsideHook was also provided with screenshots of text messages that were sent by the accused party to Bauer between the first and second encounters detailed in The Athletic's report. In those messages, the two explicitly discuss topics that include erotic asphyxiation and "slaps to the face" in what can be described as a flirtatious manner.

Here is the full statement from Jon Fetterolf, Trevor Bauer's agent:

"Mr. Bauer had a brief and wholly consensual sexual relationship initiated by [the woman] beginning in April 2021. We have messages that show [the woman] repeatedly asking for "rough" sexual encounters involving requests to be "choked out" and slapped in the face. In both of their encounters, [the woman] drove from San Diego to Mr. Bauer's residence in Pasadena, Calif. where she went on to dictate what she wanted from him sexually and he did what was asked. Following each of her only two meetings with Mr. Bauer, [the woman] spent the night and left without incident, continuing to message Mr. Bauer with friendly and flirtatious banter. In the days following their second and final encounter, [the woman] shared photos of herself and indicated that she had sought medical care for a concussion. Mr. Bauer responded with concern and confusion, and [the woman] was neither angry nor accusatory.

Mr. Bauer and [the woman] have not corresponded in over a month and have not seen each other in over six weeks. Her basis for filing a protection order is nonexistent, fraudulent, and deliberately omits key facts, information, and her own relevant communications. Any allegations that the pair's encounters were not 100% consensual are baseless, defamatory, and will be refuted to the fullest extent of the law."

On Friday, Major League Baseball announced it was putting Bauer on a seven-day paid administrative leave while the league and the Pasadena Police Department conduct investigations of the allegations against him. "MLB's investigation into the allegations made against Trevor Bauer is ongoing. While no determination in the case has been made, we have made the decision to place Mr. Bauer on seven-day administrative leave effective immediately," MLB said in a statement. "MLB continues to collect information in our ongoing investigation concurrent with the Pasadena Police Department's active criminal investigation. We will comment further at the appropriate time."

On Wednesday, The Athletic **published a story** recounting the details of a 67-page temporary ex parte restraining order filed against Dodgers pitcher Trevor Bauer, and they're horrific to say the least. In the document, Bauer's accuser (a 27-year-old woman whose name is being kept anonymous) claims he assaulted her on two separate occasions, "punching her in the face, vagina, and buttocks, sticking his fingers down her throat, and strangling her to the point where she lost consciousness multiple times" and leaving her with "significant head and facial trauma" including a possible basilar skull fracture. (You can read the full, detailed allegations **here**, but consider yourself warned: they're very graphic.

Bauer claims through his attorney that he and the woman were simply engaging in consensual "rough sex," but in reading through the allegations, it's clear that — based on the woman's account of the events, at least — the pitcher lacks an understanding of what exactly consent entails. Even if she did consent to rough sex, she never gave him carte blanche to do whatever he wanted to her, and he **should have sought her consent** before engaging in each "rough" act. (It seems highly unlikely anyone, no matter what their kinks happen to be, would consent to having their skull fractured

**319**

"I agreed to have consensual sex; however, I did not agree or consent to what he did next," the woman says. "I did not agree to be sexually assaulted."

She claims that when Bauer began "putting his fingers down her throat in an aggressive manner," she asked him to stop. "He stopped, but then without asking me or telling me in advance, he wrapped my hair around my neck and choked me," she says in the report. "I lost consciousness."

"I woke up face down on the bed, disoriented," the woman wrote in the official declaration attached to the order. "I began realizing that he was having sex with me in my anus, which I never communicated that I wanted, nor did I consent."

If these allegations are found to be true, it would follow that these are acts she never consented to. It should go without saying, but to be crystal clear about it, *a person who is unconscious cannot consent to any sexual activity*. That's rape, and it's something Bauer — and every man, for that matter — must understand.

The most chilling details in the report are the ones in which Bauer appears to have no idea why what he (allegedly) did was so traumatic and attempts to comfort the woman. After a second incident in which she claims he choked her until she was unconscious and she woke up to him punching her, The Athletic reports, "the woman said that when she regained consciousness, she was crying and shaking violently and that Bauer said to her repeatedly: 'You're safe. I'm here. You're safe.' He began scratching her back and whispered to her, 'I would never do those things to you if it wasn't sexually.'"

Is "I'm here" supposed to be comforting when coming from a man who has just assaulted you to the degree that you've lost consciousness against your will? The alleged lack of self-awareness is frightening. It'd almost be *less* disturbing if someone had simply attacked her in an alley somewhere in a more clear-cut case; the fact that, per her account, he can't see why what he allegedly did was so wrong serves as a harrowing reminder to women that any consensual sexual encounter can quickly devolve into non-consensual trauma.

If the accused party's characterization of Bauer's behavior is accurate, it sounds as though Bauer eventually realized he was in the wrong; however, The Athletic notes that "the woman also provided text messages and screenshots of voicemails she said Bauer sent to her inquiring about her well being and checking in with her to see what he could do; in one message, Bauer offers to deliver groceries to her." It's impossible to say whether he was genuinely remorseful and concerned about her or just trying to cover his tracks and ensure she didn't go public, but it would appear that at that point, he understood he crossed a line. Later, the woman recalls a phone call with the pitcher that was recorded by police in which she asks him what he did to her while she was unconscious.

"Bauer admitted to punching her in the buttocks repeatedly, but when she said that she did not consent to that and did not consider it a 'free-for-all,' Bauer then tried to change the conversation," The Athletic writes.

No man wants to hear that he violated a woman. But it's hard not to feel as though incidents like this might be avoided if we prioritized teaching boys and young men about consent and boundaries — both **explicit and implicit** — in sex education programs. If it can prevent even *one* woman from being assaulted in the manner described in the Bauer document, it's well worth it.

---

**MORE LIKE THIS**

- **Noah Syndergaard Should Probably Delete This Tweet About Trevor Bauer's Assault Allegation**

- **MLB Bans Hall-of-Famer Roberto Alomar Over 2014 Allegation of Sexual Misconduct**

- **Baseball's Reckoning With Sexual Misconduct Continues With Reporter's Account of 2002 Rape**

---

*Thanks for reading* InsideHook. *Sign up for our daily newsletter and be in the know.*

**320**