Name and address:
Diana Palacios (Cal. Bar No. 290923)
Eric H. Lamm (Cal. Bar No. 324153)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor,
Los Angeles, CA 90017-2566
Telephone: (213)633-6800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TREVOR BAUER,

Plaintiff(s)

v.

THE ATHLETIC MEDIA COMPANY, et al.,

Defendant(s).

**CASE NUMBER**

CV 22-2062-MWF (AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Green, Dana R.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)556-5290   (212)556-4634
*Telephone Number*   *Fax Number*

dana.green@nytimes.com
*E-Mail Address*

of

The New York Times Company
620 Eighth Avenue, 13th Floor
New York, NY 20018

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
The Athletic Media Company

Name(s) of Party(ies) Represented         ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Palacios, Diana
*Designee's Name (Last Name, First Name & Middle Initial)*

290923   (213)633-6800   (213)633-6800
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dianapalacios@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
865 S. Figueroa St., 24th Floor,
Los Angeles, CA 90017-2566

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

*Counsel are reminded that compliance with the Local Rules is mandatory. See Local Rule 5-4.4 regarding proposed Orders. Failure to comply may result in documents being stricken.*

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated   August 23, 2022

*(signature)*
Michael W. Fitzgerald, U.S. District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1