Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**APPLICATION FOR LEAVE TO FILE DECLARATION OF DIANA PALACIOS UNDER SEAL**<br><br>Action Filed:  March 29, 2022 |

Pursuant to Local Rule 79-5.2.2, Defendants hereby apply for leave of Court to file a redacted version of the Declaration of Diana Palacios in Support of (A) Defendants' Special Motion to Strike Plaintiff's Complaint and (B) Defendants' Motion to Dismiss Plaintiff's Complaint, and attached Exhibits A through V, in place of the unredacted version previously filed as Dkt. 20-1 and 22-1.

Due to inadvertent error, records unrelated to this case were mistakenly included in the Declaration between Exhibits E and F, pages 106 through 247. As these records appear to be medical records pertaining to an individual who has no relation to these proceedings, they are irrelevant and may contain highly sensitive personal information. To protect the privacy interests of this individual, Defendants accordingly request that these documents be removed from the public docket and replaced with the redacted version submitted concurrently herewith.[1] *See, e.g.*, *Pratt v. Gamboa*, No. 17-CV-04375, 2020 WL 8992141 at *2 (N.D. Cal. May 22, 2020) ("Courts routinely conclude that the need to protect medical privacy qualifies as a compelling reason for sealing records.") (citations and quotation marks omitted).

This Application is supported by the accompanying Declaration of Diana Palacios.

DATED: August 24, 2022

DAVIS WRIGHT TREMAINE LLP
DIANA PALACIOS
ERIC H. LAMM

By: */s/ Diana Palacios*
　　　Diana Palacios

Attorneys for Defendants THE ATHLETIC MEDIA COMPANY & MOLLY KNIGHT

---

[1] Because an unredacted version of the Declaration has previously been filed at Dkt. 20-1 and 22-1, and served, due to the potential sensitivity of the information therein, and because the unredacted information is irrelevant to this case, Defendants have not resubmitted an unredacted version in connection with this Application. The redacted version submitted herewith marks which pages have been redacted.