
Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>            Plaintiff,<br><br>vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>            Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF DIANA PALACIOS IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Action Filed:  March 29, 2022 |

I, Diana Palacios, declare:

1. I am a duly licensed attorney in the State of California and a partner at Davis Wright Tremaine LLP, counsel for Defendants The Athletic Media Company and Molly Knight in this matter. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto under oath.

2. On May 31, 2022, I caused to be filed Defendants' Motion to Strike Plaintiff's Complaint pursuant to the Anti-SLAPP Statute [Dkt. 20] and concurrent Motion to Dismiss Plaintiff's Complaint [Dkt. 22]. In support of each Motion, I caused to be filed an identical Declaration of Diana Palacios and attached Exhibits A through V [Dkt. 20-1 and 22-1].

3. While preparing the documents for filing, an unrelated document was inadvertently added to the Declaration between Exhibits E and F, pages 106 through 247 [Dkt. 20-1 and 22-1]. This document was not intended to be included as an exhibit, does not pertain in any way to this dispute or any party to this dispute, and appears to contain personal information pertaining to an irrelevant third party.

4. On August 24, 2022, Plaintiffs' counsel indicated via email that Plaintiff does not intend to oppose this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 24th day of August, 2022, at Altadena, California.

_____
Diana Palacios