1  Diana Palacios (State Bar No. 290923)
     dianapalacios@dwt.com
2  Eric H. Lamm (State Bar No. 324153)
     ericlamm@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa St., 24th Floor
4  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
5  Facsimile:   (213) 633-6899

6  Attorneys for Defendants
   THE ATHLETIC MEDIA
7  COMPANY and MOLLY KNIGHT

8
9                **UNITED STATES DISTRICT COURT**
10                **CENTRAL DISTRICT OF CALIFORNIA**
11                        **WESTERN DIVISION**
12

| TREVOR BAUER, | Case No. 2:22-cv-02062-MWF-AGR |
|---|---|
| Plaintiff, | Assigned for all purposes to the Hon. Michael W. Fitzgerald |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DECLARATION OF DIANA PALACIOS UNDER SEAL** |
| THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT, | |
| Defendants. | Action Filed: March 29, 2022 |

Pursuant to Local Rule 79-5 and good cause having been shown, Defendants' Application to File the Declaration of Diana Palacios Under Seal is hereby **GRANTED**.

The following documents shall be sealed:

| Document | Pages |
|---|---|
| Declaration of Diana Palacios In Support of (A) Defendants' Special Motion to Strike Plaintiff's Complaint and (B) Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. 20-1]. | 106 through 247, inclusive |
| Declaration of Diana Palacios In Support of (A) Defendants' Special Motion to Strike Plaintiff's Complaint and (B) Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. 22-1]. | 106 through 247, inclusive |

**IT IS SO ORDERED.**

Dated: _____       By:_____
                                                                    Hon. Michael W. Fitzgerald
                                                                    United States District Judge