1  Diana Palacios (State Bar No. 290923)
     dianapalacios@dwt.com
2  Eric H. Lamm (State Bar No. 324153)
     ericlamm@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa St., 24th Floor
4  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
5  Facsimile:   (213) 633-6899

6  Attorneys for Defendants
   THE ATHLETIC MEDIA
7  COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>　　　　　Defendants. | Case No. CV 22-2062-MWF(AGRx)<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DECLARATION OF DIANA PALACIOS UNDER SEAL**<br><br>Action Filed:  March 29, 2022 |

Pursuant to Local Rule 79-5 and good cause having been shown, Defendants' Application to File the Declaration of Diana Palacios Under Seal is hereby **GRANTED**.

The following documents shall be sealed:

| Document | Pages |
|---|---|
| Declaration of Diana Palacios In Support of (A) Defendants' Special Motion to Strike Plaintiff's Complaint and (B) Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. 20-1]. | 106 through 247, inclusive |
| Declaration of Diana Palacios In Support of (A) Defendants' Special Motion to Strike Plaintiff's Complaint and (B) Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. 22-1]. | 106 through 247, inclusive |

**IT IS SO ORDERED.**

Dated: August 25, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge