UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 22-2062-MWF(AGRx)**                                       Dated: **August 29, 2022**

Title:       Trevor Bauer -v- The Athletic Media Company, et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Rita Sanchez                         Amy Diaz
    Courtroom Deputy            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Nell Z. Peyser                     Dana R. Green
    Suann MacIsaac                 Diana Palacios

**PROCEEDINGS:**       **IN PERSON MOTION TO STRIKE COMPLAINT [20];**
                              **MOTION TO DISMISS CASE [22]**

    The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

    Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

    IT IS SO ORDERED.

Initials of Deputy Clerk  Rs

:45 min