1 | Diana Palacios (State Bar No. 290923)
    dianapalacios@dwt.com
2 | Eric H. Lamm (State Bar No. 324153)
    ericlamm@dwt.com
3 | DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa St., 24th Floor
4 | Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
5 | Facsimile:  (213) 633-6899

6 | Attorneys for Defendants
    THE ATHLETIC MEDIA
7 | COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                    Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the<br>Hon. Michael W. Fitzgerald<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Action Filed: March 29, 2022 |

This stipulation is entered into between plaintiff Trevor Bauer ("Plaintiff"), on the one hand, and defendants The Athletic Media ("The Athletic") and Molly Knight ("Ms. Knight") (collectively, "Defendants"), on the other hand, based on the following facts:

1. In the Complaint, Plaintiff asserted the first claim against The Athletic and asserted the second claim against The Athletic and Ms. Knight. Dkt. No. 1. Defendants filed a Special Motion to Strike ("SLAPP motion") to strike both claims. Dkt. No. 20.

2. On December 5, 2022, the Court issued an order (the "Order") granting Defendants' SLAPP motion as to Plaintiff's first claim with leave to amend and denying Defendants' SLAPP motion as to Plaintiff's second claim. Dkt. No. 45.

3. In the Order, the Court provided Plaintiff until January 6, 2023 to file an amended complaint.

Plaintiff's Stipulated Request to Extend Time to File an Amended Complaint

4. There is good cause to grant a modest twenty-five (25) day extension of Plaintiff's time to file an amended complaint from January 6, 2023 to January 31, 2023.

5. In the Order, the Court identified several issues that must be addressed in an amended complaint. Plaintiff needs additional time to conduct the necessary legal and factual research. This is particularly so because the original time to prepare an amended complaint fell within the holiday period, in which Plaintiff's counsel has a series of scheduling conflicts and other professional and personal obligations.

6. Defendants consent to this extension of the time to file an amended complaint until January 31, 2023.

Defendants' Stipulated Request to Extend Time to Appeal

7. There is good cause to grant a modest twenty-eight (28) day extension of Defendants' time to file a notice of appeal from January 4, 2023 to February 3, 2023.

8. Defendants' position is that, in the Ninth Circuit, the denial of a SLAPP motion is immediately appealable under the collateral order doctrine. *See DC Comics v. Pac. Pictures Corp.*, 706 F.3d 1009, 1011 (9th Cir. 2013); *Batzel v. Smith*, 333 F.3d 1018, 1024–26 (9th Cir. 2003).

9. The time to appeal begins to run from the date the court enters the order. *E.C. v. Capital Consultants LLC*, 453 F.3d 1166, 1173 (9th Cir. 2006) ("the time for appeal of an appealable collateral order begins to run on the date the court enters the order").

10. Defendants do not believe that the time to appeal has begun to run in this situation where the Court has granted leave to amend as to the first claim asserted against one defendant, which could lead to other issues for appeal once motion practice as to the amended complaint is complete. However, in the absence of a clear precedent and in abundance of caution, Defendants seek an extension of time to appeal pursuant to Federal Rules of Appellate Procedure 4(a)(5)(A). Defendants seek this extension without prejudice to the argument that the time to appeal has not begun to run.

11. Because Plaintiff's amended complaint may change Defendants' assessment of whether to appeal and the scope of any appeal, good cause exists for the extension of time to appeal – if it has begun to run – until after Plaintiff files his amended complaint.

12. Plaintiff consents to this extension of the time to appeal until February 3, 2023.

Now, therefore, the parties **HEREBY STIPULATE AND AGREE AND RESPECTFULLY REQUEST** that the deadline to appeal – to the extent it has begun to run – is extended until February 3, 2023 and Plaintiff's deadline to file an amended complaint is extended until January 31, 2023.

| | |
|---|---|
| DATED: December 29, 2022 | DAVIS WRIGHT TREMAINE LLP<br>DIANA PALACIOS<br>ERIC H. LAMM<br><br>By:   */s/ Diana Palacios*<br>         Diana Palacios<br><br>Attorneys for Defendants THE ATHLETIC MEDIA COMPANY & MOLLY KNIGHT |
| DATED: December 29, 2022 | ZUCKERMAN SPAEDER LLP<br><br>By:   */s/ Nell Z. Peyser*<br>         Nell Z. Peyser<br><br>Attorneys for Plaintiff TREVOR BAUER |

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                       */s/ Diana Palacios*
                                        Diana Palacios