Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
Eric H. Lamm (State Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                    Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Action Filed: March 29, 2022 |

# [PROPOSED] ORDER

Having read and considered the parties' stipulation, and good cause appearing, the Court hereby orders:

(1) The time to appeal the December 5, 2022 Order (Dkt. No. 45) – to the extent it has begun to run – is extended from January 4, 2023 to February 3, 2023.

(2) Plaintiff's deadline to file an amended complaint is extended from January 6, 2023 to January 31, 2023.

**IT IS SO ORDERED.**

DATED: _____     _____

Hon. Michael W. Fitzgerald
United States District Judge

1

[PROPOSED] ORDER RE: EXTENSION
4876-5637-4045v.1 0051461-003540
4892-0833-9526v.2 0113180-000004

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899