# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>　　　　　Defendants. | Case No. CV 22-2062-MWF(AGRx)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Having read and considered the parties' stipulation, and good cause appearing, the Court hereby orders:

(1) The time to appeal the December 5, 2022 Order (Dkt. No. 45) – to the extent it has begun to run – is extended from January 4, 2023 to February 3, 2023.

(2) Plaintiff's deadline to file an amended complaint is extended from January 6, 2023 to January 31, 2023.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER RE: EXTENSION
4876-5637-4045v.1 0051461-003540
4892-0833-9526v.2 0113180-000004