# EXHIBIT B-1



