# EXHIBIT B-2

3/15/22, 5:34 PM  Molly Knight on Twitter: "There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not pos…

Case 2:22-cv-02062-MWF-AGR   Document 50-3   Filed 01/31/23   Page 2 of 3   Page ID #:1929



3/15/22, 5:04 PM
Molly Knight on Twitter: "There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not pos…
Case 0:22-cv-02062-MWF-AGR Document 50-3 Filed 01/31/23 Page 3 of 3 Page ID #:1930

