# EXHIBIT B-3



3/15/22, 4:49 PM                    Molly Knight on Twitter: "Saying you'd like to engage in rough sex that involves slapping or choking does not equal consent to a cr…

Case 0:22-cv-02062-MWF-AGR Document 50-4 Filed 01/31/23 Page 3 of 3 Page ID #:1983

