# EXHIBIT C

| | |
|---|---|
| **From:** | Emma Span <espan@theathletic.com> |
| **Sent:** | Friday, July 2, 2021 5:43 PM |
| **To:** | Melanie Wadden |
| **Cc:** | paul.fichtenbaum@theathletic.com; Fetterolf, Jon R. |
| **Subject:** | Re: Urgent: Messages // Bauer-Hill |

Hi Melanie,

Having looked over the records, we believe our story is accurate as currently phrased.

Thank you,

Emma

On Fri, Jul 2, 2021 at 3:37 PM Melanie Wadden <melanie@berkcommunications.com> wrote:

> Hi Emma –
>
> Following up on this. Thank you.
>
> Melanie
>
> --
>
> **BERK**
>
> **Melanie (Wadden) Van Dusen**
> Vice President
>
> M: 703-627-6580 | melanie@berkcommunications.com
> 6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028
>
> berkcommunications.com

**From:** Melanie Wadden
**Sent:** Friday, July 2, 2021 9:17 AM
**To:** 'Emma Span' <espan@theathletic.com>
**Cc:** paul.fichtenbaum@theathletic.com; Fetterolf, Jon R. <JFetterolf@zuckerman.com>
**Subject:** RE: Urgent: Messages // Bauer-Hill

1

Hi Emma,

Thank you for your prompt response. I have attached here the entirety of the medical records provided with her uncorroborated and unsubstantiated petition. I have also attached as an individual file the CT Scan specifically. I urge you in the strongest possible terms to have your own medical expert review them, as these documents show – without any possible misinterpretation – that she **did not** have a skull fracture.

We would like this corrected as soon as possible in the story and a formal retraction on the topic.

Thank you.

Melanie

--



**Melanie (Wadden) Van Dusen**
Vice President

M: 703-627-6580 | melanie@berkcommunications.com
6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028

berkcommunications.com

**From:** Emma Span <espan@theathletic.com>
**Sent:** Friday, July 2, 2021 8:19 AM
**To:** Melanie Wadden <melanie@berkcommunications.com>
**Cc:** paul.fichtenbaum@theathletic.com; Fetterolf, Jon R. <JFetterolf@zuckerman.com>
**Subject:** Re: Urgent: Messages // Bauer-Hill

Hi Melanie,

We do not have the CT scan you refer to. If you have medical documents that show this, please feel free to send them to us and we will look them over.

In the meantime, what we have in our story is accurate:  "In the woman's declaration, signed under penalty of perjury of California state laws, she said that her medical notes state that she had "significant head and facial trauma" and that there were signs of basilar skull fracture."

She also states in her declaration that she had a rapid CT scan and was diagnosed with an acute head injury and assault by manual strangulation.

Thanks,

Emma

On Fri, Jul 2, 2021 at 12:28 AM Melanie Wadden <melanie@berkcommunications.com> wrote:

> Emma –
>
> A detail I overlooked in your original story yesterday has emerged and I ask you to re-read the medical portion of the report as your claim is being widely syndicated and it is wholly false by her own medical reports included in the petition.
>
> The Athletic references "that there were signs of basilar skull fracture." In the medical documents supplied within the petition, a CT scan is included as a follow-up to her initial visit which **clearly states <u>she does NOT have a skull fracture</u>**.
>
> Please advise if you have questions.
>
> Melanie
>
> --
>
> 
>
> **Melanie (Wadden) Van Dusen**
> Vice President
>
> M: 703-627-6580 | melanie@berkcommunications.com
> 6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028
>
> berkcommunications.com

**From:** Emma Span <espan@theathletic.com>
**Sent:** Wednesday, June 30, 2021 6:49 PM
**To:** Melanie Wadden <melanie@berkcommunications.com>
**Cc:** paul.fichtenbaum@theathletic.com; Fetterolf, Jon R. <JFetterolf@zuckerman.com>
**Subject:** Re: Urgent: Messages // Bauer-Hill

Hi Melanie, we appreciate you reaching out. At this time we are not planning to further alter the article or add additional quotes from the texts. If anything in the article is factually incorrect, let us know and we will adjust. However, the article as currently written and reported is fair and accurate to the best of our knowledge.

Best,

Emma

On Wed, Jun 30, 2021 at 9:35 PM Melanie Wadden <melanie@berkcommunications.com> wrote:

Hi Emma and Paul –

Following up here. As you can appreciate, this is timely information. Thank you in advance.

Melanie

--



Melanie (Wadden) Van Dusen
Vice President

M: 703-627-6580 | melanie@berkcommunications.com
6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028

berkcommunications.com

**From:** Melanie Wadden
**Sent:** Wednesday, June 30, 2021 5:23 PM
**To:** espan@theathletic.com; paul.fichtenbaum@theathletic.com
**Cc:** Fetterolf, Jon R. <JFetterolf@zuckerman.com>

4

**Subject:** Urgent: Messages // Bauer-Hill
**Importance:** High

Emma and Paul –

Britt passed on your emails. We ask that you quote verbatim Lindsey Hill's texts to Trevor provided again in the attached. Given the level of detail you share from her uncorroborated petition, it is only fair that you also quote her verbatim in text as she asks repeatedly to be choked, slapped, etc. and how turned on she is at these notions. While the excerpt below is appreciated, it hardly brings attention to her messages that directly contradict aspects of her petition and that were purposefully withheld from the petition, which should also be noted.

Thank you for your prompt attention to this matter.

*The two stayed in touch. After this report was published Wednesday, Bauer's representatives sent The Athletic screenshots of friendly messages the two exchanged between their first and second meetings discussing topics that included erotic asphyxiation and "slaps to the face."*

Melanie

--



**Melanie (Wadden) Van Dusen**
Vice President

M: 703-627-6580 | melanie@berkcommunications.com
6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028

berkcommunications.com

---

**From:** Melanie Wadden
**Sent:** Wednesday, June 30, 2021 3:41 PM
**To:** bghiroli@theathletic.com; katie@theathletic.com
**Cc:** Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Rachel Luba <rachel@lubasports.com>
**Subject:** Messages // Bauer-Hill

Britt –

Please find attached one of the relevant and exculpatory text chains that Ms. Hill purposefully omitted from her petition for the temporary ex parte restraining order. As you can see from the time stamps, this exchange occurred between their first and second meetings. Ms. Hill's messages are in white.

The messages can be attributed to Bauer's representatives. Again, there will be no additional statement at this time.

Additionally – FYI – here is a publicly available tweet (since deleted) that Ms. Hill posted on May 16 at 1:57 a.m. PT: https://web.archive.org/web/20210516085758/https://twitter.com/lindsssalicious/status/1393853182871097347

Melanie

--



**Melanie (Wadden) Van Dusen**
Vice President

M: 703-627-6580 | melanie@berkcommunications.com
6255 Sunset Blvd, Ste. 1806, Los Angeles, CA 90028

berkcommunications.com

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

--

*Emma Span*

*Managing Editor (MLB)*

*The Athletic*

[espan@theathletic.com](espan@theathletic.com)

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

--

*Emma Span*

*Managing Editor (MLB)*

*The Athletic*

[espan@theathletic.com](espan@theathletic.com)

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

--
*Emma Span*
*Managing Editor (MLB)*
*The Athletic*
[espan@theathletic.com](espan@theathletic.com)

This e-mail transmission, including any attachments, may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.