# EXHIBIT D



Blair G. Brown
PARTNER
Zuckerman Spaeder LLP
bbrown@zuckerman.com
(202) 778-1829

July 2, 2021

**VIA E-MAIL**

Paul Fichtenbaum, Chief Content Officer
Emma Span, Managing Editor (MLB)
The Athletic
paul.fichtenbaum@theathletic.com; espan@theathletic.com

      Re:     Correction of Article Concerning Trevor Bauer

Dear Mr. Fichtenbaum and Ms. Span:

I represent Trevor Bauer. An article regarding my client that first appeared in *The Athletic* on June 30, 2021 is misleading and defamatory. That article, "Graphic details, photos emerge in restraining order filed against Dodgers pitcher Trevor Bauer," continues to be prominently featured on *The Athletic*'s website.[1] The article falsely creates the impression that Mr. Bauer caused Lindsey Hill to suffer a skull fracture, when in fact she had no such injury. The article states that Ms. Hill declared in her petition for a restraining order "that there were signs of basilar skull fracture" in her medical notes. But a CT scan attached to the petition found that there was "[n]o acute fracture." Mr. Bauer's representative provided that CT scan, along with all of the other medical records attached to the petition, to *The Athletic* and requested that the article be updated and corrected to include the results of the CT scan. *The Athletic* has refused to do so.

Multiple other news sites presented with Ms. Hill's medical records have corrected their articles to make it clear that Ms. Hill did not suffer a fractured skull. Sports Illustrated corrected its reporting and issued a tweet explaining that the CT scan found no fracture. *See* https://www.si.com/mlb/2021/07/01/trevor-bauer-must-not-start-after-assault-allegations; https://twitter.com/stephapstein/status/1411027916893429762?s=20. ESPN has also corrected its reporting, and Fox News described the CT scan's findings of no fracture as "contrary to what was first reported." *See* https://www.espn.com/mlb/story/_/id/31751155/what-know-know-mlb-puts-los-angeles-dodgers-trevor-bauer-leave; https://www.foxnews.com/sports/dodgers-trevor-bauer-sex-assault-allegations. Inside Hook has likewise added a lengthy update to its initial reporting,

---

[1] https://theathletic.com/2682479/2021/06/30/graphic-details-photos-emerge-in-restraining-order-filed-against-dodgers-pitcher-trevor-bauer/.

which includes that the CT scan clearly stated that there was no fracture. *See* https://www.insidehook.com/daily_brief/sports/trevor-bauer-allegations-consent.

By refusing to correct its article in the face of incontrovertible evidence—evidence that its competitors recognized had to be acknowledged and reported—*The Athletic* is intentionally perpetuating the dissemination of a false, misleading, and damaging statement. That utter disregard for the truth is textbook defamation.

There can be no question that the article is understood by readers to mean that Ms. Hill suffered a fractured skull at the hands of Mr. Bauer. Molly Knight, a writer for The Athletic, has repeatedly tweeted that Ms. Hill suffered a skull fracture. *See* https://twitter.com/molly_knight/status/1411040215234355201?s=20 ("There seems to be some confusion surrounding the issue of consent but here is some clarity: it's not possible to consent to a cracked skull."); https://twitter.com/molly_knight/status/1411040526455898114?s=20 ("Saying you'd like to engage in rough sex that involves slapping or choking does not equal consent to a cracked skull."); https://twitter.com/molly_knight/status/1411039821091409920?s=20 ("Not possible to consent to a fractured skull.").

I demand that *The Athletic* correct its article by stating that the CT scan of Ms. Hill found no fractures. In addition, the authors of the article, and those associated with *The Athletic* who have tweeted about this article, must issue tweets highlighting this correction. I also demand that *The Athletic* contact all other media and websites that have published *The Athletic*'s false and misleading statements and inform them of its corrective statement.

To be clear, while we focus here on the inflammatory claim of a fractured skull, there is much in Ms. Hill's petition for a restraining order that is false and there are many facts that are omitted, as is more fully addressed in the statement issued by Jon Fetterolf, Mr. Bauer's agent. Ms. Hill's allegations will be refuted as the process proceeds. But the public is entitled to know now, as responsible journalists have recognized, that materials submitted by Ms. Hill herself with her petition contradict any implication that she suffered a fractured skull at the hands of Mr. Bauer.

I recommend that you provide this letter to *The Athletic*'s legal advisor. This demand is made without prejudice to Mr. Bauer's rights, and he expressly reserves all rights against *The Athletic*, any persons or entities associated with *The Athletic*, and others.

Sincerely,

*/s/ Blair G. Brown*

Blair G. Brown


cc: Jon R. Fetterolf
    Melanie Wadden