# EXHIBIT E

| | |
|---|---|
| **From:** | Brown, Blair G. |
| **Sent:** | Saturday, July 3, 2021 5:25 PM |
| **To:** | David Ortenberg |
| **Cc:** | Fetterolf, Jon R.; Melanie Wadden; Ventresca, Ivano; paul.fichtenbaum@theathletic.com; Emma Span |
| **Subject:** | RE: The Athletic article regarding Trevor Bauer and Lindsey Hill |

Mr. Ortenberg:
While appreciate your prompt response to my letter, *The Athletic's* remedial action is insufficient, both in substance and in scope.

First, Ms. Hill presented at the emergency room with indications of a possible fractured skull and the CT scan ruled out a fractured skull. Unlike what is stated in *The Athletic's* correction, she was not "initially <u>diagnosed</u> with signs of a basiliar skull fracture." I do not understand why *The Athletic* will not do what other publications have done – choose words for a correction that make it clear Ms. Hill had no skull fracture – which was the impression given in the prior misleading reporting.

Second, the steps taken by *The Athletic* to correct the original article are insufficient. The original article was viewed and tweeted many times and other sites have relied on the article for their own posts. In order to remedy the prior false and misleading article, it is necessary to make a correction at the top of the article and, as my letter requests, the authors of the article, and anyone associated with *The Athletic* who tweeted about this article, must issue tweets highlighting this correction. I note that Molly Knight has deleted some but not all of her tweets referencing the non-existent "fractured skull." *The Athletic* should also contact all other media and websites that have published its false and misleading statements and inform them of its corrective statement.

As indicated in my letter of yesterday, Mr. Bauer reserves all rights.

Regards,
Blair G. Brown

 

**Blair Brown**
**Zuckerman Spaeder LLP**
bbrown@zuckerman.com

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** David Ortenberg <david@theathletic.com>
**Sent:** Saturday, July 3, 2021 2:55 PM

**To:** Brown, Blair G. <bbrown@zuckerman.com>
**Cc:** Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Melanie Wadden <melanie@berkcommunications.com>; Ventresca, Ivano <iventresca@zuckerman.com>; paul.fichtenbaum@theathletic.com; Emma Span <espan@theathletic.com>
**Subject:** Re: The Athletic article regarding Trevor Bauer and Lindsey Hill

**EXTERNAL**

Dear Mr. Brown,

I was forwarded your letter, dated July 2, 2021, by my colleague Emma Span.

While I appreciate your position, our article clearly and truthfully sets forth the facts at issue. Ms. Hill categorically states in her ex-parte filing that her injuries contained signs of a basilar skull fracture, and our reporting reflects this, noting that she made this declaration under penalty of perjury. This statement is corroborated by the medical records your client's representatives provided yesterday, which state that Ms. Hill presented to the Scripps Clinic Carmel Valley with "signs of a basilar skull fx." Nowhere in our reporting do we state that Ms. Hill suffered a skull fracture. As a journalistic entity, we have an absolute right to report on information contained in publicly available filings, which the ex-parte document is, and we have done so fairly and accurately by stating that Ms. Hill had symptoms consistent with those of a basilar skull fracture.

Ms. Knight's statements on Twitter should be taken as the hyperbole they are and which is common within the exchanges on the medium.

Despite not having any obligation to make any further changes to our reporting, we have updated our article to highlight your client's concern. It now notes that an initial CT scan of Ms. Hill did not present an acute fracture.

Should you have any further questions, please let me know.

Best,

David

On Sat, Jul 3, 2021 at 7:59 AM Emma Span <espan@theathletic.com> wrote:

> We have passed this on to our legal counsel and will get back to you. Thank you.
>
> On Fri, Jul 2, 2021 at 11:15 PM Brown, Blair G. <bbrown@zuckerman.com> wrote:
>
>> Mr. Fichtenbaum and Ms. Span:
>>
>> Attached is correspondence demanding that *The Athletic* correct an article regarding my client Trevor Bauer and take other remedial action.
>>
>> Regards,
>>
>> Blair Brown

2

 

**Blair Brown**
**Zuckerman Spaeder LLP**
**bbrown@zuckerman.com**

[1800 M STREET NW, SUITE 1000](#) • [WASHINGTON,  DC 20036-5807](#)
202.778.1829 direct • 202.320.8369 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

--
*Emma Span*
*Managing Editor (MLB)*
*The Athletic*
*espan@theathletic.com*


--
David Ortenberg
The Athletic Media Company
Chief Legal Officer & General Counsel
(650) 464-1363