## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CENTRAL CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-02062-MWF-AGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/29/2022

Date of judgment or order you are appealing: 12/05/2022

Docket entry number of judgment or order you are appealing: 45

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Kelli L. Sager          **Date** Feb 2, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT

Name(s) of counsel (if any):

Kelli L. Sager; Diana Palacios
Davis Wright Tremaine LLP

Address: 865 S. Figueroa Street, 24th Floor, Los Angeles, CA 90017

Telephone number(s): (213) 633-6800

Email(s): kellisager@dwt.com; dianapalacios@dwt.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Trevor Bauer

Name(s) of counsel (if any):

Blair G. Brown
Jon R. Fetterolf
Zuckerman Spaeder LLP

Address: 1800 M Street NW, Suite 1000, Washington, DC 20036

Telephone number(s): (202) 778-1800

Email(s): bbrown@zuckerman.com; jfetterolf@zuckerman.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Trevor Bauer

Name(s) of counsel (if any):

Nell Z. Peyser
Zuckerman Spaeder LLP

Address: 485 Madison Avenue, 10th Floor

Telephone number(s): (212) 704-9600

Email(s): npeyser@zuckerman.com

Name(s) of party/parties:

Trevor Bauer

Name(s) of counsel (if any):

Suann C. MacIsaac; Shawn Holley
Kinsella Weitzman Iser Kump Holley LLP

Address: 808 Wilshire Boulevard, Suite 300

Telephone number(s): (310) 566-9840

Email(s): smacisaac@kwikhlaw.com; sholley@kwikhlaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*