DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
DAN LAIDMAN (State Bar No. 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com
ZOË N. McKINNEY (State Bar No. 312877)
 zoemckinney@dwt.com
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899

THE NEW YORK TIMES COMPANY
DANA R. GREEN (*appearing pro hac vice*)
 dana.green@nytimes.com
620 8th Ave, 13th Fl.
New York, NY 10018
Telephone:  (202) 556-5290
Facsimile:  (212) 556-4634

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TREVOR BAUER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                    Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br><br>**[PROPOSED] ORDER ON SPECIAL MOTION OF DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Notice of Motion and Special Motion to Strike, Request for Judicial Notice, and Declaration of Dan Laidman with Exhibits A-V filed concurrently]<br><br>Hearing Date: March 20, 2023<br>Time:           10:00 a.m.<br>Courtroom:  5A<br><br>Action Filed: March 29, 2022 |

[PROPOSED] ORDER ON MOTION TO STRIKE
4886-0886-8688v.2 0113180-000004

   The Special Motion to Strike Count One of Plaintiff's First Amended Complaint, filed by Defendants The Athletic Media Company and Molly Knight, came on for hearing on _____, 2023 in Courtroom 5A of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Defendants' Motion, the arguments of counsel at the hearing, and all other pleadings and papers on record in this matter, the Court finds that Count One of Plaintiff Trevor Bauer's First Amended Complaint is subject to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16, and that Plaintiff has failed to demonstrate a probability of prevailing on the merits of this claim. Defendants' Special Motion to Strike is therefore **GRANTED** and Count One of Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**. Defendants are prevailing parties and entitled to recover their reasonable attorneys' fees and costs pursuant to Cal. Civ. Proc. Code § 425.16(c). Defendants may file a motion for attorneys' fees and costs within 30 days.

   **IT IS SO ORDERED.**

Dated: _____    By:_____
                 Hon. Michael W. Fitzgerald
                 United States District Judge