```
 1  DAVIS WRIGHT TREMAINE LLP
    KELLI L. SAGER (State Bar No. 120162)
 2    kellisager@dwt.com
    DAN LAIDMAN (State Bar No. 274482)
 3    danlaidman@dwt.com
    DIANA PALACIOS (State Bar No. 290923)
 4    dianapalacios@dwt.com
    ZOË N. McKINNEY (State Bar No. 312877)
 5    zoemckinney@dwt.com
    865 S. Figueroa St., 24th Floor
 6  Los Angeles, California 90017-2566
    Telephone:  (213) 633-6800
 7  Facsimile:   (213) 633-6899

 8  THE NEW YORK TIMES COMPANY
    DANA R. GREEN (appearing pro hac vice)
 9    dana.green@nytimes.com
    620 8th Ave, 13th Fl.
10  New York, NY 10018
    Telephone:  (212) 556-5290
11  Facsimile:   (212) 556-4634

12  Attorneys for Defendants
    THE ATHLETIC MEDIA
13  COMPANY and MOLLY KNIGHT
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>　　　　Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br><br>**STIPULATED REQUEST TO SET NEW HEARING AND BRIEFING SCHEDULE FOR SPECIAL MOTION OF DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Date:　March 20, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　　5A<br><br>New Date:　　March 27, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　　5A<br><br>Action Filed:　March 29, 2022 |

1   The Parties in the above-captioned action, by and through their respective
2   counsel of record, jointly stipulate and request as follows:
3   WHEREAS, Plaintiff initiated this action by filing the Complaint on March
4   29, 2022 (Dkt. 1);
5   WHEREAS, Defendants filed a Special Motion to Strike the Complaint
6   pursuant to California Code of Civil Procedure §425.16 ("First SLAPP Motion") on
7   May 31, 2022 (Dkt. 20);
8   WHEREAS, the Court granted Defendants' First SLAPP Motion as to Count
9   One, granting Plaintiff leave to amend, on December 5, 2023 (Dkt. 45);
10  WHERAS, Plaintiff filed a First Amended Complaint ("FAC") on January
11  31, 2023 (Dkt. 50);
12  WHEREAS, Defendants filed a Second SLAPP Motion directed at Count
13  One of the FAC on February 14, 2023, setting it for hearing on March 20, 2023;
14  WHEREAS, counsel for the Parties met and conferred concerning the
15  Second SLAPP Motion, and have agreed to a briefing and hearing schedule subject
16  to this Court's approval in which the hearing on the Second SLAPP Motion will be
17  moved to March 27, 2023, at 10:00 a.m.; Plaintiff will file his opposition papers on
18  or before March 3, 2023; and Defendants will file their reply papers on or before
19  March 13, 2023;
20  WHEREAS, the parties believe that good cause exists for this slight
21  deviation from the default briefing schedule under the Local Rules to provide
22  counsel for the Parties adequate time to prepare the opposition and reply briefs,
23  given other previously scheduled professional and family obligations;
24  WHEREAS, this request will not alter the date of any other event or any
25  other deadline;
26  //
27  //
28

CASE NO. 2:22-cv-02062 MWF (AGRx)
STIPULATION TO SET MOTION
BRIEFING SCHEDULE

4878-3911-9441v.4 0113180-000004

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** that the hearing on Defendants' Second SLAPP Motion shall be moved to March 27, 2023, at 10:00 a.m.; Plaintiff's deadline to file opposition papers shall be March 3, 2023; and Defendants' deadline to file reply papers shall be March 13, 2023.

Dated: February 14, 2023

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
DAN LAIDMAN
DIANA PALACIOS
ZOË N. McKINNEY

THE NEW YORK TIMES COMPANY
DANA R. GREEN

/s/ Kelli L. Sager*
Attorneys for Defendants The Athletic Media Company and Molly Knight

Dated: February 14, 2023

ZUCKERMAN SPAEDER LLP
BLAIR G. BROWN
JON R. FETTEROLF
NELL Z. PEYSER

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
SHAWN HOLLEY
SUANN C. MACISAAC

/s/ Blair G. Brown
Attorneys for Plaintiff Trevor Bauer

*The undersigned, counsel of record for Defendants The Athletic Media Company and Molly Knight, certifies that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing, pursuant to L.R. 5-4.3.4(a)(2)(ii).

s/ Kelli L. Sager
Kelli L. Sager