DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
DAN LAIDMAN (State Bar No. 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com
ZOË N. McKINNEY (State Bar No. 312877)
 zoemckinney@dwt.com
865 S. Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

THE NEW YORK TIMES COMPANY
DANA R. GREEN (*appearing pro hac vice*)
 dana.green@nytimes.com
620 8th Ave, 13th Fl.
New York, NY 10018
Telephone: (202) 556-5290
Facsimile: (212) 556-4634

Attorneys for Defendants
THE ATHLETIC MEDIA
COMPANY and MOLLY KNIGHT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>            Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET NEW HEARING AND BRIEFING SCHEDULE FOR SPECIAL MOTION OF DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Date: March 20, 2023<br>Time:         10:00 a.m.<br>Courtroom: 5A<br><br>New Date:   March 27, 2023<br>Time:         10:00 a.m.<br>Courtroom: 5A<br><br>Action Filed: March 29, 2022 |

[PROPOSED] ORDER
4891-2067-5665v.3 0113180-000004

Having read and considered the parties' stipulation, and good cause appearing, the Court hereby orders:

(1) The hearing on Defendants' Special Motion to Strike Count One of Plaintiff's First Amended Complaint, currently set for hearing on March 20, 2023, is moved to March 27, 2023, at 10:00 a.m..

(2) Plaintiff's deadline to file opposition papers is March 3, 2023.

(3) Defendants' deadline to file reply papers is March 13, 2023.

**IT IS SO ORDERED.**

DATED: _____     _____
                                  Hon. Michael W. Fitzgerald
                                  United States District Judge

[PROPOSED] ORDER
4891-2067-5665v.3 0113180-000004

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899