1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2     kellisager@dwt.com
   DAN LAIDMAN (State Bar No. 274482)
3     danlaidman@dwt.com
   DIANA PALACIOS (State Bar No. 290923)
4     dianapalacios@dwt.com
   ZOË N. McKINNEY (State Bar No. 312877)
5     zoemckinney@dwt.com
   865 S. Figueroa St., 24th Floor
6  Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
7  Facsimile:  (213) 633-6899

8  THE NEW YORK TIMES COMPANY
   DANA R. GREEN (*appearing pro hac vice*)
9     dana.green@nytimes.com
   620 8th Ave, 13th Fl.
10 New York, NY 10018
   Telephone:  (202) 556-5290
11 Facsimile:  (212) 556-4634

12 Attorneys for Defendants
   THE ATHLETIC MEDIA
13 COMPANY and MOLLY KNIGHT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>　　　　　　　Defendants. | Case No. CV 22-2062-MWF(AGRx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO SET NEW HEARING AND BRIEFING SCHEDULE FOR SPECIAL MOTION OF DEFENDANTS THE ATHLETIC MEDIA COMPANY AND MOLLY KNIGHT TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Date:　March 20, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　 5A<br><br>New Date:　　March 27, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　 5A<br><br>Action Filed: March 29, 2022 |

Having read and considered the parties' stipulation, and good cause appearing, the Court hereby orders:

(1) The hearing on Defendants' Special Motion to Strike Count One of Plaintiff's First Amended Complaint, currently set for hearing on March 20, 2023, is **CONTINUED** to **March 27, 2023, at 10:00 a.m.**.

(2) Plaintiff's deadline to file opposition papers is March 3, 2023.

(3) Defendants' deadline to file reply papers is March 13, 2023.

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER
4891-2067-5665v.3 0113180-000004