UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THE ATHLETIC MEDIA COMPANY; MOLLY KNIGHT, <br><br> Defendants-Appellants. | No. 23-55107 <br><br> D.C. No. 2:22-cv-02062-MWF-AGR <br> Central District of California, Los Angeles <br><br> ORDER |

Before: TASHIMA, S.R. THOMAS, and KOH, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 12) is referred to the panel assigned to resolve the merits of the appeal for consideration with the petition for initial hearing en banc (Docket Entry No. 11). *See* 9th Cir. General Orders 5.2.

The opening brief is due May 1, 2023. The answering brief is due May 31, 2023. The optional reply brief is due within 21 days after service of the answering brief.