KINSELLA WEITZMAN ISER KUMP
HOLLEY LLP
Shawn Holley (CA Bar #136811)
Suann C. MacIsaac (CA Bar #205659)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Tel: (310) 566-9800
Fax: (310) 566-9873
sholley@kwikhlaw.com
smacisaac@kwikhlaw.com

ZUCKERMAN SPAEDER LLP
Blair G. Brown (admitted *pro hac vice*)
Jon R. Fetterolf (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 882-8106
bbrown@zuckerman.com
jfetterolf@zuckerman.com

ZUCKERMAN SPAEDER LLP
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
npeyser@zuckerman.com

Attorneys for Plaintiff
TREVOR BAUER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TREVOR BAUER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT,<br><br>                    Defendants. | Case No. 2:22-cv-02062-MWF-AGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (FED R. CIV. P. 41(a)(1)(A)(ii))**<br><br>Action Filed: March 29, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Trevor Bauer and Defendants The Athletic Media Company and Molly Knight, by and through their respective attorneys, stipulate to the dismissal with prejudice of this action, including all claims against all parties.  The parties are to bear their own costs and fees.

In stipulating to the dismissal of this action with prejudice, the parties, though their representatives, state as follows:

The Athletic today posted a clarification to its story dated June 30, 2021, about a protective order sought against Trevor Bauer by a California woman who claimed he injured her during rough sex. The clarification states that a CT scan found no evidence the woman suffered a skull fracture and emergency room medical records concluded she suffered no such fracture. The Athletic also clarifies that it did not intend to state or imply that the woman suffered a fractured skull. Tweets by The Athletic's reporter Molly Knight in July 2021 regarding the woman's alleged injuries previously were withdrawn.  Mr. Bauer has agreed that The Athletic's clarification and the withdrawal of Ms. Knight's tweets makes any further legal action unnecessary, and he has withdrawn his libel action against The Athletic and Ms. Knight

DATED: June 27, 2023          ZUCKERMAN SPAEDER LLP
                              BLAIR G. BROWN
                              JON R. FETTEROLF
                              NELL Z. PEYSER

                              KINSELLA WEITZMAN ISER KUMP
                              HOLLEY LLP
                              SHAWN HOLLEY
                              SUANN C. MACISAAC

                              */s/ Blair G. Brown*
                              Attorneys for Plaintiff Trevor Bauer

DATED: June 27, 2023

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
DAN LAIDMAN
DIANA PALACIOS
ZOË N. MCKINNEY

THE NEW YORK TIMES COMPANY
DANA R. GREEN

*/s/ Kelli L. Sager*
Attorneys for Defendants The Athletic Media
Company and Molly Knight

*The undersigned, counsel of record for Defendants The Athletic Media Company and Molly Knight, certifies that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing, pursuant to L.R. 5-4.3.4(a)(2)(ii).

*/s/ Kelli L. Sager*
Kelli L. Sager

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
4867-0703-1400v.4 0113180-000004