| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 30 2023 |
| | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

TREVOR BAUER,

        Plaintiff-Appellee,

 v.

THE ATHLETIC MEDIA COMPANY; MOLLY KNIGHT,

        Defendants-Appellants.

No.   23-55107

D.C. No. 2:22-cv-02062-MWF-AGR
Central District of California, Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 25), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

Mediation